*UNITED STATES POSTAL SERVICE*
*EQUAL EMPLOYMENT OPPORTUNITY CASE*
*IN THE MATTER OF*

2005 JUL -5 PM 3: 35

Marco J. Thomas,                  )   Date   June 7, 2005
     Complainant,                 )
                                  )   Agency Case No. 4K-220-0002-03
     v.                           )
                                  )   EEOC No. 100-2004-01034X
John E. Potter,                   )
Postmaster General,               )
U. S. Postal Service,             )
Capital Metro Operations,         )
     Agency.                      )
_____ )


## NOTICE OF FINAL ACTION

This will be the Agency's **Notice of Final Action**, in accordance with 29 C.F.R., Part 1614.110(a) on the above-cited discrimination complaints filed on February 20, 2003   The complainant alleged discrimination based on mental disability (Stress), age (DOB: 10/14/62) and retaliation for Prior EEO Activity), when: (1) on September 16, 2002, his request for LWOP in lieu of annual or sick leave for the period of September 5, 2002, until further notice was disapproved; (2) on December 9, 2002, he reported for duty as scheduled and was yelled at in front of fellow employees to get off the floor and return at 10:00 a.m.; (3) on December 2, 2002, he was harassed about his work performance; (4) on October 28 and 29, 2002, he was harassed by management officials about his work performance on a new work assignment; (5) on December 2, 2002, after returning from an appointment at the USPS medical unit, he was advised that his reporting time had been changed from 7:00 a.m. to 9:00 a.m. that day thus making the job related appointment off-the-clock; (6) on February 10, 2002, he received a Notice of 14-days suspension.

On June 2, 2005, EEOC Administrative Judge Richard W. Furcolo issued a decision dismissing the complaint for untimely filing of a formal complaint.  This decision was received by the Postal Service on June 6, 2005.

I have reviewed the entire record and I have decided to implement the decision of the Administrative Judge.

## COMPLAINANT'S APPEAL RIGHTS

*Right to file a civil action*

If you are dissatisfied with this final agency decision, you may file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of this decision. If you choose to file a civil action, that action should be captioned Marco J. Thomas vs John E. Potter, Postmaster General, U.S. Postal Service. You may also request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security in such circumstances as the court deems just. Your application must be filed within the same 90-day time period for filing the civil action.

*Appeal to the Equal Employment Opportunity Commission*

In lieu of filing a civil action, you may appeal to the Equal Employment Opportunity Commission **within 30 calendar days** of the date of your receipt of this decision, or, if you are represented by an attorney, **within 30 calendar days** of your attorney's receipt of the decision. The appeal must be in writing and filed with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, PO Box 19848, Washington, DC 20036-0848, or by personal delivery to 1801 L Street NW 5th Floor, Washington, DC 20507, or facsimile to (202) 663-7022. The complainant should use PS Form 3573, Notice of Appeal/Petition, (attached to the agency's decision) and should indicate what he or she is appealing. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. A copy of the appeal and any supporting documentation must also be submitted to the agency's designated office: Office of EEO Compliance and Appeals, U. S. Postal Service, Capital Metro Operations, P. O. Box 1730, Ashburn, VA 20146-1730. In or attached to the appeal to the EEOC, you must certify the date and method by which service of the appeal was made on the agency's office.

Failure to file within the 30-day period could result in the EEOC's dismissal of the appeal unless you explain, in writing, extenuating circumstances which prevented filing within the prescribed time limit. In this event, extending the time limit and accepting the appeal will be discretionary with the EEOC.

If you file an appeal with the EEOC's Office of Federal Operations, you may thereafter file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of the Office of Federal Operations' decision. A civil action may also be filed after 180 calendar days of your appeal to the EEOC, if you have not received a final decision on your appeal.

Kathleen M. Eley
Manager, EEO Compliance & Appeals
Capital Metro Operations

Attachments:
1. Certificate of Service
2. PS Form 3573, "Notice of Appeal/Petition" (Complainant and Complainant's representative, if an attorney)

UNITED STATES POSTAL SERVICE
EQUAL EMPLOYMENT OPPORTUNITY CASE
IN THE MATTER OF

Marco J. Thomas, Complainant
Agency Case No. 4K-220-0002-03
EEOC No. 100-2004-01034X

CERTIFICATE OF SERVICE

*For timeliness purposes, it is presumed that the Notice of Final Action was received by the following individuals within five (5) calendar days after it was mailed on the date indicated below.*

**COMPLAINANT (PRO SE):**
MARCO J THOMAS
10008 EDGEWATER TER
FT WASHINGTON MD  207445767

| | |
|---|---|
| **AGENCY'S REPRESENTATIVE:**<br>KATHERINE A GOOD<br>ATTORNEY AT LAW<br>CAPITAL METRO LAW OFFICE<br>400 VIRGINIA AVE SW #650<br>WASHINGTON DC  20024-2730 | **ADMINISTRATIVE JUDGE:**<br>RICHARD W FURCOLO<br>ADMINISTRATIVE JUDGE<br>EEOC - WASHINGTON FIELD OFFICE<br>1801 L STREET NW #100<br>WASHINGTON DC  20507-1002 |

A copy of the Agency's Notice of Final Action and the Administrative Judge's findings and conclusions were sent to:

| | |
|---|---|
| **MANAGER, HUMAN RESOURCES**<br>USPS - NO VIRGINIA DISTRICT<br>8409 LEE HIGHWAY<br>MERRIFIELD VA  22081-9994 | **MANAGER EEO DISPUTE RESOLUTION**<br>USPS - NO VIRGINIA DISTRICT<br>44715 PRENTICE DRIVE<br>DULLES VA  20101-9411 |

June 7, 2005
Date

*Mary Ana Sevint* (signature)
OFFICE OF EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS
US POSTAL SERVICE
PO BOX 1730
ASHBURN VA  20146-1730