UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MARCO J. THOMAS                )
       Plaintiff,              )
                               )
    v.                         )
                               ) Civil Action No. 05-1923
                               )           ECF
JOHN E. POTTER                 )
Postmaster General             )
United States Postal Service   )
                               )
       Defendant.              )
_____)
```

<u>PRAECIPE</u>

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik, and the United States Attorney's Office for the District of Columbia, as counsel for the federal defendant in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made by mail and/or electronic filing to, Marco J. Thomas, 10008 Edgewater Terrace, Fort Washington, MD 20744-5767, on this 18th day of October, 2005.

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)