UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO J. THOMAS,              ) | |
|     Plaintiff                             ) | Case No. 05-1923 (JDB) |
|                                       ) | |
| v.                                               ) | |
|                                       ) | |
| JOHN E. POTTER,                       ) | |
| POSTMASTER GENERAL,             ) | |
| UNITED STATES POSTAL SERVICE,  ) | |
|     Defendant                           ) | |

**ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss or to transfer, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of

_____, hereby:

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is hereby TRANSFERRED to the Eastern District of Virginia / Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C.  20530

Mr. Marco Thomas
10008 Edgewater Terrace
Ft. Washington, MD 20744-67