UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO J. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br><br>Defendant. | CA No. 1:05CV-01923 (JDB) |

### DECLARATION OF RANDOLPH A. WILKINSON

I, Randolph A. Wilkinson, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently employed by the Postal Service as the acting Manager of Labor Relations in the Northern Virginia Performance Cluster. I have held this position since August 11, 2005.

2. Agency records indicate that Plaintiff Marco J. Thomas is currently employed as a City Letter Carrier at the Arlington Post Office in Arlington, Virginia. He has held that position as a Full-time City Letter Carrier since October 21, 1989. His Official Personnel File (OPF) indicates that he has worked at Arlington, Virginia Post Office his entire postal career.

3. Files related to Plaintiff's employment which would be relevant to the above-captioned complaint are housed in the Northern Virginia Performance Cluster. Plaintiff's Equal Employment Opportunity (EEO) complaints, including reports of investigation, are maintained at a Postal facility in Sterling, Virginia. Plaintiff's OPF, time and attendance records and medical documents are located at the Merrifield Processing and Distribution Center located in Merrifield, Virginia. All disciplinary matters and other employment action affecting Mr. Thomas were made by Postal Service employees in Virginia. The Arlington Post Office is the custodian of Plaintiff's supervisory and discipline files.

4. I am aware of no documents relevant to Plaintiff's employment at the Arlington Post Office which are located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

_Randolph A. Wilkinson_
RANDOLPH A. WILKINSON
Acting Manager, Labor Relations

Executed on this 31st day of October 2005.

2