UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCO J. THOMAS         )
    Plaintiff,            )
                          )
v.                      )
                          )     Civil Action No. 05-1923 - JDB
                          )
JOHN E. POTTER          )
Postmaster General      )
United States Postal Service )
                          )
    Defendant,            )     Date: December 07, 2005


## PLAINTIFF'S MOTION FOR APPOINTMENT OF LEGAL CANCEL

I, Marco J. Thomas, Plaintiff request **Legal Cancel / Representation** for Civil Action No. 05-1923.

Respectfully Submitted/Requested.

*[signature]*

MARCO J. THOMAS, PLAINTIFF
10008 Edgewater Terrace
Ft. Washington MD 20744-5767
(301) 567-2473

RECEIVED

DEC - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT