UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCO J. THOMAS,         )
        Plaintiff,       )
                         )
    v.                   )
                         )   Civil Action No. 05-1923-JDB
                         )
JOHN E. POTTER           )
Postmaster General       )
United States Postal Service )
                         )
        Defendant,       )         Date: December 21, 2005


**PLAINTIFF'S MOTION FOR
APPOINTMENT OF LEGAL CANCEL**

I, Marco J. Thomas, Plaintiff request **Legal Cancel / Representation** for Civil Action No. 05-1923.

Plaintiff is unable to solely represent himself because of his disabled medical condition (Mental Illness). Plaintiff has been disabled since February of 2002 and is currently and will continue to be disabled through December 2006 (*see attachment #1* Medical notice from Arnold O. D. Peterson, Ph.D. date: 11/20/2005).

Additionally, Plaintiff cannot afford Legal Cancel/Representation at this time due to his insufficient income. Plaintiff only receives income from the Department Of Social Services (DSS) in the amounts of: $133.00 for Food Stamp Assistance (FSA) and $185.00 for Transitional Emergency Medical and Housing Assistance (TEMHA), for a total of $318.00 per month.

Plaintiff was endorsed on 9/27/05, by Judge Kollar-Kotelly in the above entitled

RECEIVED
DEC 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

case "Leave to file without prepayment of costs granted." due to insufficient income (*see attachment* #2) from clerks Office dated Thursday, 09/29/05.

Plaintiff originally filed this Motion for Appointment of Legal Cancel on December 07, 2005 (Attacment #3), his ORDER was denied without prejudice [Dkt.# 8], signed by Judge John D. Bates on 12-08-05 (jpm) (*attachments* #4,5 &6) .

Plaintiff was insulted/misrepresented when he was referred as "her" Plaintiff is a "HE" and should be referred as "HE," "Him," "HIS" etc. or Plaintiff in all future responses to the above case.

Respectfully Submitted/Requested.

*signature*

Mr. MARCO J. THOMAS, PLAINTIFF
10008 Edgewater Terrace
Ft. Washington MD 20744-5767
(301) 567-2473

**UNITED STATES DISTRICT COURT**