MD Lic. #385

Imagine a World Without War. Peace on Earth!
Think, Talk, Write for Democratic World Federated Government

Arnold O. D. Peterson, PH. D.
601 East Randolph Road, Apt. T09
Silver Spring, Maryland 20904
Telephone 301-879-5191

December 20, 2005

Re: Marco J. Thomas

To Whom It May Concern:

Mr. Thomas has been in treatment for a Generalized Anxiety Disorder (DSM-IV 300.02), since February 2002 to the present.

His symptoms initiatlly were strongly work related, though still work related it is still a part of Mr. Thomas' illness to date, his symptoms under cut his wellbeing in his daily personal life. He continues to experience suffering from debilitating headaches, increased depression, some disorientation of time, panic attacks, loss of concentration and sleep depravation for which results in him being totally incapacitated and disabled at this time and through December of 2006.

Sincerely,

*Arnold O. D. Peterson, Ph. D.*
Arnold O. D. Peterson, Ph. D.
Psychotherapist

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Thursday, September 29, 2005

Civil Action#: 051923

Plaintiff: MARCO J. THOMAS

DEAR MARCO J. THOMAS

In the above entitled case, please be advised that on 09/27/05, Judge Kollar-Kotelly endorsed theron as follows:

"Leave to file without prepayment of costs granted."

As a result of the Judge's ruling, your case has been assigned to Judge Bates. All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case.

NANCY MAYER-WHITTINGTON, CLERK
By: Mrs. M. Higgins



DCD_ECFNotice@dcd.uscour ts.gov

12/08/2005 04:21 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:05-cv-01923-JDB THOMAS v. POTTER "Order on Motion to Appoint Counsel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from jpm, entered on 12/8/2005 at 4:21 PM EDT and filed on 12/8/2005

**Case Name:** THOMAS v. POTTER
**Case Number:** 1:05-cv-1923
**Filer:**
**Document Number:** 9

Docket Text:
ORDER denying without prejudice [8] Plaintiff's Motion to Appoint Counsel. Signed by Judge John D. Bates on 12-8-05.(jpm)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\docs\thomascounsel.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/8/2005] [FileNumber=963891-0]
[2aef54ccc9ba57069a5d167e31fc5a80f993228367693509d876f0aa060280c94bf5f
55b20f1662f92667ac6b93b03db54684f82f2fb290c148a503dcf9cca44]]

**1:05-cv-1923 Notice will be electronically mailed to:**

Karen L. Melnik    karen.melnik@usdoj.gov,

**1:05-cv-1923 Notice will be delivered by other means to:**

MARCO J. THOMAS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCO J. THOMAS,

    Plaintiff,

    v.

JOHN E. POTTER,

    Defendant.

Civil Action No. 05-1923 (JDB)

## ORDER

Plaintiff has filed a motion to appoint counsel. Because plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent her. 28 U.S.C. §1915(e)(1). In making such a determination, the Court should take into account:

    (i) the nature and complexity of the action;
    (ii) the potential merit of the *pro se* party's claims;
    (iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
    (iv) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3)

It is too early in the litigation to determine whether counsel should be appointed. Defendants have filed a dispositive motion and plaintiff has yet to file a response to the motion. Plaintiff is not entitled as of right to counsel in a civil case. There are not enough members of the Civil Pro Bono Panel to appoint counsel in each case. Accordingly, it is

**ORDERED** that plaintiff's motion for appointment of counsel [Dkt.# 8] is **DENIED**