RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA 2005 DEC 33  PM 2: 04

NANCY M.
MAYER-WHITTINGTON
CLERK

MARCO J. THOMAS          )
    Plaintiff,            )
                         )
    v.                   )
                         )          **Civil Action No. 05-1923 (JDB)**
                         )
                         )
JOHN E. POTTER           )
Postmaster General       )
United States Postal Service  )
                         )
    Defendant,           )          Date:  January 2, 2006


## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME
## TO THE DEFENDANT'S MOTION TO DISMISS


I, Marco J. Thomas, Plaintiff, request an additional extension of 15 days time to

respond to the defendant's motion to dismiss, in lieu of the decision to his **MOTION FOR**

**APPOINTMENT OF LEGAL CANCEL** submitted on December 21, 2005, his lack of

sufficient income and his medical disability condition (Mental Illness), (see attached

statement from Arnold O. D. Peterson, PH. D.) dated December 20, 2005.


Respectfully Submitted/Requested.

Mr. MARCO J. THOMAS, PLAINTIFF
10008 Edgewater Terrace
Ft. Washington MD 20744-5767
(301) 567-2473

MD Lic. #385

Imagine a World Without War. Peace on Earth!
Think, Talk, Write for Democratic World Federated Government

Arnold O. D. Peterson, PH. D.
601 East Randolph Road, Apt. T09
Silver Spring, Maryland 20904
Telephone 301-879-5191

December 20, 2005

Re:  Marco J. Thomas

To Whom It May Concern,

Mr. Thomas has been in treatment for a Generalized Anxiety Disorder (DSM-IV 300.02), since February 2002 to the present.

His symptoms initiatlly were strongly work related, though still work related it is still a part of Mr. Thomas' illness to date, his symptoms under cut his wellbeing in his daily personal life.  He continues to experience suffering from debilitating headaches, increased depression, some disorientation of time, panic attacks, loss of concentration and sleep depravation for which results in him being totally incapacitated and disabled at this time and through December of 2006.

Sincerely,

Arnold O. D. Peterson, Ph. D.
Psychotherapist