*[Handwritten annotations: Interrogatory #15; EEOC Case No. 100-2004-01034X; Agency Case No. 4K-220-0009-03]*

**JUDGE BANKS' GROUP**
**FORMER ADMINISTRATIVE LAW JUDGES**
**1800 DIAGONAL ROAD**
**SUITE 600**
**ALEXANDRIA, VA. 22314-2840**
**[703] 575-8487**
**[703] 575-8489 FAX#**
email: judgebanks@msn.com

January 29, 2003

<u>VIA FACSIMILE TO 703 243-4061</u>
Mr. Carlton McComb
Arlington Main Postal Facility
3118 Washington Blvd.
Arlington, Va. 22210

Mr. McComb
Mr. Timothy Scott,
Station Manager

        RE: Marco Thomas
   SUBJECT: Medical documentation in support of
                  Continued Leave Request

Please find attached, second submission of Marco Thomas of medical documentation in support of his leave request.

On January 25, 2003 Mr. Thomas faxed to the Arlington P.O. Management, medical documentation from Dr. Wadeson Psychiatric Center, executed by Arnold O.D. Peterson, Ph.D, request that Mr. Thomas be excused from work pending medical regimen that he is presently undergoing. Should you have any further questions regarding this matter, please feel free to contact the undersigned.

With respect to specifics, it is understood that Mr. Thomas' privacy rights must be protected.

Sincerely,

*[Signature]*

Judge Simon Banks

Enclosed, letter of representation