HEALTH UNIT
NORTHERN VIRGINIA PERFORMANCE CLUSTER


UNITED STATES
POSTAL SERVICE

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notice 1 of 9

FORM

TO: Medical Office / Medical Occupational Health Nurse

Marco J. Thomas                    219   96   5571

Employee's Name                    Social Security Number

## PHYSICIAN'S DETAILED REPORT

*DIAGNOSIS:*   300.02  Generalized Anxiety Disorder

*DURATION OF TOTAL DISABILITY:*   From: 2 / 21 /02    To: 1 / 10 / 03

Medical Narrative History, Physical and Laboratory Reports: Mr. Thomas, a regular, hea
P.O. employee for 13 years, started to have administrative difficulties in early
which escalated to continuous conflict with management at his station. Basically
uncomplicated, compliant hardworking man apparently suddenly does not fit in with
management expectations complicated by his reactive anxiety state.

At the present time does the patient (employee) present a safety hazard to himself/herself o
others?      No

*PROGNOSIS:*   Good especially with the resolution of his external stress
             related to management.

*TREATMENT / MEDICATION / FOLLOW-UP CARE:*   Individual psychotherapy once a week/

Medication:  Paxil CR 25mg / Monthly meds check

Can patient (employee) return to Full Duty without limitations or restrictions?   No
If Not, explain why:   See Attached

Date Patient (employee) can return to Full Duty without limitations or restrictions:   / N/A /
  / .

*NOTE: If patient (employee) is returning to work following an absence resulting from illegal
substance abuse, submit a current Urine Drug Screen Result.

Arnold O.D. Peterson, Ph. D.

ATTENDING PHYSICIAN PRINTED NAME          ATTENDING PHYSICIAN SIGNATURE

January 10, 2003                          (301) 868-8291
DATE                                      PHONE NUMBER (INCLUDE AREA CODE)

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291  ◊  Fax 301-868-9008

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 2 of 9

Re: Marco Thomas

Can patient (employee) return to Full Duty without limitations or restrictions?        No

If not, explain why:  Mr. Thomas is physically able and wants to return to active work duty but, he feels not at the seemingly arbitrary, unfair and disadvantageous deviations from post office regulations by challenged and entrenched, uncooperative, over-reactive managing personnel who have induced his reactive anxiety state in the first place.

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 3 of 9

May 15, 2003

Arlington P.O. Mngmt
Re: Marco Thomas

To Whom It May Concern:

This letter is to acknowledge that Mr. Marco Thomas was seen in my office on May 01, May 08 and May 15, 2003 for medical treatment. He is still suffering from anxiety and tension related to job stress and should be excused from work from December 09, 2002 until further notice / or his grievance situations are resolved, due to continued agitation of his medical condition.

If you have any questions, please give me a call.

Sincerely:

Arnold O.D. Peterson, Ph. D.

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291  ◊  Fax 301-868-9008

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 4 of 9

November 13, 2003

Re:  Marco Thomas

To Whom It May Concern:

Mr. Marco Thomas has been in treatment with me since February 28, 2002 to present.
He has attempted to return to work on numerous occasions but was unable to sustain
himself in the work environment due to agitation due to the management personnel. He
is totally incapacitated and disabled at current time and unable to return to a work
environment.

If I can be of any further assistance, please do not hesitate to contact me at 301-868-8291.

Sincerely,

Arnold O. D. Peterson, Ph.D.
Psychotherapist

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 5 of 9

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

May 6, 2004

Re: Marco Thomas

To Whom It May Concern:

Mr. Marco Thomas has been in treatment with me since February 28, 2002. Since that time there have been seventy-two treatment sessions. He has attempted to return to work ten or more times and was unable to sustain himself in the work situation due to aggravation and over control by management personnel. He has been totally incapacitated and disabled during the whole period of treatment to this date. Also, since September 11, 2003 to today's date, he has been unable to maintain his psychotherapy treatment because he is unable to pay his insurance co-pay.

Sincerely,

Arnold O. D. Peterson, Ph.D.
Psychotherapist

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

Interrogator No. 6
EEOC Case No. 100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 6 of 9

May 20, 2004

Re: Marco Thomas

To Whom It May Concern:

Mr. Thomas has been in treatment with me since February 28, 2002. Since that time there has been seventy-six treatment sessions. He has attempted to return to work ten or more times and was unable to sustain due to aggravation and over control by management personnel. He has been and still is totally incapacitated and disabled. Also, since September 11, 2003 to the present time, he has been unable to maintain his psychotherapy treatment because he is frequently unable to pay his insurance co-pay amount of $20.00 per visit.

Sincerely,

Arnold O.D. Peterson, Ph.D.

Psychotherapist

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 7 of 9

August 24, 2004

RE:    Marco Thomas

To Whom It May Concern:

Mr. Thomas has been in treatment with me since February 28, 2002. Since that time
there has been several treatment sessions. He has attempted to return to work ten or more
times and was unable to sustain due to aggravation and over control by management
personnel. He has been and still is totally incapacitated and disabled. Also, since
September 11, 2003 to the present time, he has been unable to maintain his
psychotherapy treatment because he is frequently unable to pay his insurance co-pay
amount of $20.00 per visit.

Sincerely,

Arnold O.D. Peterson, Ph.D.
Psychotherapist

Imagine a World Without War. Peace on Earth!
Think, Talk, Write for Democratic World Federated Government.

Arnold O. D. Peterson, Ph. D.
6200 Summerhill Road
Camp Springs, Maryland 20748-3833
Tel: 301-423-8552

March 18, 2005

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 8 of 9

Re: Marco J. Thomas

To Whom It May Concern:

Mr. Thomas has been in treatment with me since February 28, 2002.
Initially he was seen one time a week. There has been need for two times a
week treatment sessions. He has attempted to return to work two or more
times but was unable to sustain the work stress due to aggravation and
arbitrary over-control by management personnel. He has been and still is
totally incapacitated and disabled. Since September 11, 2003 to the present
time he has been unable to pay for his treatment sessions.

Sincerely,

Arnold O. D. Peterson, Ph. D.
Psychotherapist

Arnold O. D. Peterson, Ph. D.
6200 Summerhill Road
Camp Springs, Maryland 20748-3833
Tel: 301-423-8552

April 26, 2005

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03
Medical Notices 9 of 9

Re: Marco J. Thomas

To Whom It May Concern:

Mr. Thomas has been in treatment with me since February 28, 2002. Initially he was seen one time a week. There has been need for two times a week treatment sessions. He has attempted to return to work two or more times but was unable to sustain the work stress due to aggravation and arbitrary over-control by management personnel. He has been and still is totally incapacitated and disabled. Since September 11, 2003 to the present time he has been unable to pay for his treatment.

Sincerely,

Arnold O. D. Peterson, Ph. D.
Psychotherapist