

January 20, 2003

Marco Thomas
SSN: 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
10008 Edgewater Terrace
Ft. Washington, MD 20744-5767

*Interrogatory #015*
*EEOC Case No. 100-2004-01034X*
*Agency Case No. 4K-220-0002-03*

Re:   Notification of Pre-Disciplinary Interview

You were notified on December 9, 2002, that acceptable evidence would be required to substantiate your extended absence from duty since December 9, 2001. You have not provided the requested evidence.

This letter is your official notice that you are to report for a Pre-Disciplinary Interview in the Managers office on January 27, 2003 and 10:00 a.m. You will meet with your supervisor, Aliexia Griffin, at that time for the purpose of discussing your absences.

This is a **mandatory** meeting. If you are unable to meet with your supervisor at that time, you are instructed to notify your supervisor immediately to make alternate arrangements. Failure to attend this meeting or to respond to make alternate arrangements may subject you to appropriate disciplinary action up to and including your removal from the US Postal Service.

This notice is being sent to you by Certified and regular mail.

Name
Tim Scott
Manager, Customer Service
3118 Washington Blvd
Arlington VA 22210-9998

*Interrogatory No. 15*
*EEOC Case No. 100-2004-01034X*
*Agency Case No. 4K-220-0002-03*

**JUDGE BANKS' GROUP**
**FORMER ADMINISTRATIVE LAW JUDGES**
**1800 DIAGONAL ROAD**
**SUITE 600**
**ALEXANDRIA, VA. 22314-2840**
**[703] 575-8487**
**[703] 575-8489 FAX#**
email: judgebanks@msn.com

January 29, 2003

<u>VIA FACSIMILE TO 703 243-4061</u>
Mr. Carlton McComb
Arlington Main Postal Facility
3118 Washington Blvd.
Arlington, Va. 22210

Mr. McComb
Mr. Timothy Scott,
Station Manager

                      **RE:** Marco Thomas
               **SUBJECT:** Medical documentation in support of
                              Continued Leave Request

Please find attached, second submission of Marco Thomas of medical documentation in support of his leave request.

On January 25, 2003 Mr. Thomas faxed to the Arlington P.O. Management, medical documentation from Dr. Wadeson Psychiatric Center, executed by Arnold O.D. Peterson, Ph.D, request that Mr. Thomas be excused from work pending medical regimen that he is presently undergoing. Should you have any further questions regarding this matter, please feel free to contact the undersigned.

With respect to specifics, it is understood that Mr. Thomas' privacy rights must be protected.

Sincerely,

*Simon Banks*

Judge Simon Banks

Enclosed, letter of representation



# NATIONAL FINANCE CENTER
# THRIFT SAVINGS PLAN
P.O. Box 61500, New Orleans, LA 70161-1500

SEPTEMBER 05, 2002

MARCO J THOMAS  
10008 EDGEWATER TER  
FT WASHINGTON, MD  20744-5767

219965571

Interrogator No. 6  
EEOC Case No. 100-2004-01034X  
Agency Case No. 4K-220-0002-03

A financial hardship in-service withdrawal payment from your Thrift Savings Plan (TSP) account has been processed and should arrive within two weeks. The distribution was made as follows:

    Total amount of distribution:              $    6,000.00

        Amount paid to you:           $    6,000.00
        Minus amount withheld:        $      600.00
        Amount of check:              $    5,400.00

The enclosed Worksheet shows the calculation of your financial hardship withdrawal based on your request form and your earnings and leave statement. The total amount of the distribution shown above may differ from the calculated amount if you requested less than the calculated amount or if the employee contributions and associated earnings in your account at disbursement were less than the calculated amount.

The total amount of your disbursement will be reported to the Internal Revenue Service in January of next year. Read the enclosed notice for information about taxes and tax reporting.

<u>Termination of Employee Contributions.</u> We have notified your agency that you are not entitled to make employee contributions and (if you are covered by FERS or an equivalent retirement system) receive Agency Matching Contributions for a period of 6 months beginning 10/21/02. You will be sent a notice before the end of this 6-month period which you can take to your agency if you want to resume contributions at that time.

If you have questions regarding this payment, contact the TSP Service Office at the address on the letterhead or call (504) 255-6000 (TDD: (504) 255-5113) Monday through Friday between 7:00 a.m. and 4:30 p.m. Central Time. Include your Social Security number and a daytime phone number on all correspondence to the TSP Service Office.

Enclosures: Notice TSP-1013, Important Tax Information About TSP In-Service  
            Withdrawal Payments  
            Notice TSP-1014, Financial Hardship Worksheet

'05 FEB 1 13:07:46

**DISTRICT COURT OF MARYLAND FOR** Prince George's County
Located at: UPPER MARLBORO, COURT WING, ROOM 263B
UPPER MARLBORO, MD 20772-3042
Court Address

Case No. 0502-35702-04

NAVY FEDERAL CREDIT UNION
C/O HERBERT A. ROSENTHAL
1020--19TH STREET, NW, #400
WASHINGTON, DC 20036-6101

Plaintiff/Judgment Creditor

vs.

Marco J. Thomas-Chesley
SSN: 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
12808 Edgewater Terrace
Fort Washington, MD 20744-5767

Defendant/Judgment Debtor

SERVE ON:

United States Postal Service
2825 Lone Oak Parkway
Eagan, MN 55121

☐ Serve by Sheriff
☒ Send by Restricted Delivery Mail
☐ Return to Plaintiff to serve.

Interrogator No. 6
EEOC Case No. 100-2004-01034X
Agency Case No. 4K-220-0002-03

### REQUEST FOR GARNISHMENT ON WAGES (3-646) (WRGW)

PLEASE ISSUE A WRIT OF GARNISHMENT on the judgment in the above entitled case to be directed to the Employer/Garnishee named above. ☐ Judgment was by confession. Judgment was entered on ...........
THE AMOUNT NOW DUE on the judgment is as follows:   JD: January 5, 2005

$ 9136.75 Original amount of judgment (excluding costs and attorney's fees)

$ _____ Less total credits

$ 9136.75 Net

$ 40.50 Plus post-judgment interest on $ 9137.75 at 10 % from 1-5-05 to 1/21/05

$ 95.-- Plus court costs due, including this Writ.

$ _____ Plus additional post-judgment interest on $ _____ %
for period from _____, to _____

$ 1203.44 Plus attorney's fee, if allowed by judgment.

$ 10475.24 TOTAL DUE ON JUDGMENT

Signature of Plaintiff or Attorney   1/21/05

GARNISHEE: See reverse side for additional instructions.

THE PURPOSE OF THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

HERBERT A. ROSENTHAL (2833)
Printed Name
1020--19TH STREET, NW, #400
WASHINGTON, DC 20036-6105
PH: 202-785-9773
Telephone

### WRIT OF GARNISHMENT ON WAGES (3-645)

TO THE GARNISHEE:
YOU ARE HEREBY ORDERED to withhold the attachable wages of the Defendant/Debtor for any work week or other pay period until the judgment, interest, other charges and costs as specified under the terms of the judgment are satisfied or until otherwise notified by this Court. In addition to the exemptions shown on the reverse side of this writ, other Federal and State exemptions may be available.

☐ YOU ARE HEREBY ORDERED to withhold any attachable wages and not to distribute the same, subject to the further order of this Court because the judgment is not yet final.

YOU ARE FURTHER ORDERED to send the amount withheld to the Plaintiff/Creditor or attorney for the Plaintiff/Creditor within fifteen (15) days after the close of the last pay period of the Defendant/Debtor each month. If you assert a defense or are notified that the Defendant has done so, you are to send the withheld wages to the Court.

YOU ARE FURTHER ORDERED, within thirty (30) days of the date this Writ is served on you, to complete the Answer on the reverse side of this Writ and to return one copy to the Court, one to the Plaintiff/Creditor and one to the Defendant/Debtor. You must state whether the Defendant/Debtor is employed by you, and if so employed, state the rate of pay, and whether there are any prior attachments against the wages which are or may become payable. If you do not file a timely answer, the Court, on motion of the Creditor, may order you to show cause why you should not be held in contempt and require you to pay reasonable attorney's fees and costs.

A copy of this Writ shall be given to the Defendant. The Defendant/Judgment Debtor may at any time contest the garnishment by filing a motion asserting a defense or objection.

1/25/05
Date                                    Judge/Clerk

DC/CV 65 (Rev. 9/2001)
(Print Date 11/2002)

# DISTRICT COURT OF MARYLAND FOR

Prince George's County
City/County

Located at _____
Court Address

Case No. 0500-35702-04

| Navy Federal Credit Union | Manco J. Thomas-Chesley |
|---|---|
| Plaintiff/Judgment Creditor c/o Herbert A. Rosenthal | Defendant/Judgment Debtor |
| 1020-19th Street, N.W., #400  vs. | 10008 Edgewater Terrace |
| Street Address | Street Address |
| Washington, D.C. 20036-6101 | Fort Washington, MD 20744-5767 |
| City  State  Zip  County | City  State  Zip  County |

## REQUEST FOR WRIT OF EXECUTION (3-641)

Please issue a Writ of Execution directing the sheriff to levy upon property of Judgment Debtor to satisfy the ☒ amount due on a judgment in the amount of 9,196.75 _____ entered in the above case ☐ amount claimed on attachment before judgment. If levy is to be made upon real property located in a county other than Baltimore City, a Notice of Lien was filed in the Circuit Court for Prince George's Co. on January 25, 2005

THE AMOUNT NOW DUE on the judgment is as follows:

$ 9136.75 — Original amount of judgment (excluding costs and attorney's fees)
$ 712.75 — Less total credits
$ 712.75 — Net
$ 140.18 — Plus accrued interest on $ 9136.75, at 10%, for period from 01/05/2005 to 3-2-2005
$ 135.00 — Plus court costs due, including this Writ
$ _____ — Plus additional accrued interest on $ _____, at ___%
for period from _____, 19___, to _____, 19___
$ 1203.44 — Plus attorney's fee, if allowed by judgment
$ 10618.37 — TOTAL DUE ON JUDGMENT

Interrogator No. 6
EEOC Case No.100-2004-01034X
Agency Case No. 4K-220-0002-03

The Judgment Debtor's last known address is 10008 Edgewater Terrace, Fort Washington, MD
The property to be levied is located at 10008 Edgewater Terrace, Fort Washington, MD 207
and described as Lot Number 42, Parcel No. 1247956, Block C, Section 5, as recorded on Liber 14844 at Folio 686.

The Sheriff is
☒ to leave the levied property where found. ☐ to exclude others from access to it or use of it. ☐ to remove it from the premises.

March 1, 2005
Date

RETURN BY MAY 1 '05

_____ Plaintiff
Herbert A. Rosenthal, Esquire    1020-19th Street, N.W., #400
Printed/Typed Name                Address
202-785-9773                      Washington, D.C. 20036-6101
Phone

## WRIT OF EXECUTION OF PROPERTY

To the Sheriff/Constable of Prince George's County _____ County/City:

You are to levy upon the property listed below:
10008 Edgewater Terrace, Fort Washington, MD 20744-5767

After levy you are to carry out the instructions of the Plaintiff as to the property, provided that, if bond is required for the payment of expenses that may be incurred by you in complying with Writ, it has been posted in the amount and with the security approved by you.





**RECEIPT** No. 403410
Date: 8-8-03
From: Erma Fenwick
For: Loan - Marco Thomas
One hundred fifty and 00/100 Dollars
Acct: 150.00
Paid: 150.00
Cash
$150.00

**RECEIPT** No. 403409
Date: 7-31-03
From: Marco Thomas (Loans)
Acct: 100.00
Paid: 100.00
Due: 100.00
Cash
$100.00

**RECEIPT** No. 403408
Date: 12-29-03
From: Erma Fenwick
For: Loan - Marco Thomas
Four hundred and 00/100 Dollars
Acct: 400.00
Paid: 400.00
Cash
$400.00

**RECEIPT** No. 403406
Date: 1-14-03
From: Erma Fenwick
For: Loan - Marco Thomas
Two hundred forty-five and 00/100 Dollars
Acct: 245.00
Paid: 245.00
Cash
$245.00

**RECEIPT** No. 403407
Date: 1-8-03
From: Erma Fenwick
For: Loan - Marco Thomas
Four hundred and 00/100 Dollars
Acct: 400.00
Paid: 400.00
Cash
$400.00



**RECEIPT** No. 403405
Date: 12-10-02
From: Marco Thomas (Loans)
Acct: 150.00
Paid: 150.00
Cash
$150.00

## Receipt 1
- No. 403414
- Date: 3-11-03
- From: Melly Miles
- For: Loan - Marco Thomas
- Amount: $350.00
- Three hundred fifty and 00/100 DOLLARS
- ACCT: 350.00
- PAID: 350.00
- CASH ☒

## Receipt 2
- No. 403415
- Date: 3-20-03
- From: Irma Fenwick
- For: Loan - Marco Thomas
- Amount: $200.00
- Two hundred and 00/100 DOLLARS
- ACCT: 200.00
- PAID: 200.00
- CASH ☒

## Receipt 3
- No. 403416
- Date: 4-6-03
- From: Irma Fenwick
- For: Loan - Marco Thomas
- Amount: $400.00
- Four hundred and 00/100 DOLLARS
- ACCT: 400.00
- PAID: 400.00
- CASH ☒

## Receipt 4
- No. 403417
- Date: 3-9-03
- From: Mary Miles
- For: Loan - Marco Thomas
- Amount: $100.00
- One hundred and 00/100 DOLLARS
- ACCT: 100.00
- PAID: 100.00
- CASH ☒

## Receipt 5
- No. 403412
- Date: 1-22-03
- From: Irma Fenwick
- For: Loan - Marco Thomas
- Amount: $300.00
- Three hundred and 00/100 DOLLARS
- ACCT: 300.00
- PAID: 300.00
- CASH ☒

## Receipt 6
- No. 403413
- Date: 2-28-03
- From: Mary Miles
- For: Loan - Marco Thomas
- Amount: $150.00
- One hundred fifty and 00/100 DOLLARS
- ACCT: 150.00
- PAID: 150.00
- CASH ☒

## Receipts

**Receipt No. 403420** — Date: 4-6-03
From: Lima Fenwick
For: Loan – Marco Thomas
Amount: One hundred fifty and 00/100 — $150.00
Cash ✓

**Receipt No. 403421** — Date: 1-23-03
From: Mary Miller
Acct. 200.00 / Due 200.00
Cash ✓ — $200.00
By: M. M. Thomas

**Receipt No. 403422** — Date: 2-8-03
From: Mary Miller
For Rent — Loan
Acct. 200.00 / Due 200.00
Cash ✓ — $200.00
By: M. M. Thomas

**Receipt No. 403417** — Date: 1-23-03
From: Mary Miller
For: Loan
Acct. 300.00 / Due 300.00
Cash ✓ — $300.00
By: M. M. Thomas

**Receipt No. 403418** — Date: 5-25-03
From: Lima Fenwick
For: Loan – Marco Thomas
One hundred fifty and 00/100 — $150.00
Acct. 150.00 / Due 150.00
Cash ✓

**Receipt No. 403419** — Date: 6-15-03
From: Lima Fenwick
For: Loan – Marco Thomas
Four hundred and 00/100 — $400.00
Acct. 400.00 / Due 400.00
Cash ✓

## RECEIPT (No. 403423)
DATE: 9-1-03
FROM: Erma Fenwick
FOR: Loan - Marco Thomas
Two hundred fifty and 00/100 DOLLARS
ACCT. 250.00 / PAID 250.00 / DUE —
CASH ☑
$250.00

## RECEIPT (No. 403424)
DATE: 9-23-03
FROM: Mary Miller
ACCT. 400.00 / PAID 400.00
CASH ☑
$400.00

## RECEIPT (No. 403425)
DATE: 1-8-03
FROM: Erma Fenwick
FOR: Loan - Marco Thomas
Two hundred and 00/100 DOLLARS
ACCT. 200.00 / PAID 200.00 / DUE —
CASH ☑
$200.00

## RECEIPT (No. 403426)
DATE: 11-15-03
FROM: Erma Fenwick
FOR: Loan - Marco Thomas
Two hundred and 00/100 DOLLARS
ACCT. 200.00 / PAID 200.00 / DUE —
CASH ☑
$200.00

## RECEIPT (No. 403427)
DATE: 12-8-03
FROM: Mary Miller
ACCT. 150.00 / PAID 150.00
CASH ☑
$150.00

## RECEIPT (No. 403428)
DATE: 12-23-03
FROM: Erma Fenwick
FOR: Loan - Marco Thomas
Five hundred and 00/100 DOLLARS
ACCT. 500.00 / PAID 500.00 / DUE —
CASH ☑
$500.00

### RECEIPT No. 403431
Date: 2-23-04
From: Irma Fenwick
For: Loan — Marco Thomas
Eighty and 00/100
Cash ✓
$80.00

### RECEIPT No. 403430
Date: 3-3-04
From: Irma Fenwick
For: Loan — Marco Thomas
Three hundred and 00/100
Cash ✓
$300.00

### RECEIPT No. 403429
Date: 1-11-04
From: Wiley Miller
Cash ✓
$400.00

### RECEIPT No. 403434
Date: 3-21-04
From: Wiley Miller
Cash ✓
$250.00

### RECEIPT No. 403433
Date: 3-11-04
From: Wiley Miller
Cash ✓
$45.00

### RECEIPT No. 403432
Date: March 9, 2004
From: Irma Fenwick
For: Loan + Marco Thomas
Fifty and 00/100
Cash ✓
$50.00













## Receipt 1

**RECEIPT**
DATE: 11-28-04  No. 403447
FROM: Mary Miles   $150.00
_____ DOLLARS
FOR RENT / FOR: Loan Marco Thomas
ACCT.: 150.00   ☒ CASH
PAID: —          ○ CHECK
DUE: 150.00    ○ MONEY ORDER

## Account Card

Date: / /
Acct. Name: Marco Thomas
Acct. Number: Loan - "CASH"
Reg. No. ___ Clerk ___ Account Forwarded

| # | Date | Amount |
|---|------|--------|
| 1 | Feb. 8, 2005 | 300.00 |
| 2 | April 14, 2005 | 300.00 |
| 3 | May 1, 2005 | 300.00 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |

53  Tax / Total

Your account stated to date - If error is found, return at once.

## Receipt 2

**RECEIPT**
DATE: 12-12-05   No. 403448
FROM: Irma Fenwick   $500.00
Five hundred and 00/100 DOLLARS
FOR RENT / FOR: Loan - Marco Thomas
ACCT.: 500.00   ☒ CASH
PAID: —          ○ CHECK
DUE: 500.00    ○ MONEY ORDER

## Receipt 3

**RECEIPT**
DATE: 1-2-05   No. 403449
FROM: Irma Fenwick   $50.00
Fifty and 00/100 DOLLARS
FOR RENT / FOR: Loan - Marco Thomas
ACCT.: 50.00   ☒ CASH
PAID: —          ○ CHECK
DUE: 50.00     ○ MONEY ORDER

## Receipt 4

**RECEIPT**
DATE: 1-18-05   No. 403450
FROM: Mary Miles   $715.00
_____ DOLLARS
FOR RENT / FOR: Loan - Marco Thomas
ACCT.: 715.00   ☒ CASH
PAID: —          ○ CHECK
DUE: 715.00    ○ MONEY ORDER

```
TERRY D. FENWICK
IRMA A. FENWICK                                    3479
19326 THREE NOTCH ROAD          Date  3-27-05
LEXINGTON PARK, MD 20653
301-863-8771                          65-7700/2550

Pay to the
Order of   Marco Chesley              $ 150.00

One hundred - fifty and 00/100                Dollars

Educational Systems
Federal Credit Union
3950 48th St, P.O. Box 226
Bladensburg, MD 20710-0226
                                  Irma A. Fenwick
Memo  Son

⑆255077008⑆    2 2062 6565⑈ 3479
```