



FOR DEPOSIT
NAVY FED CU
000000116






















