

**UNITED STATES POSTAL SERVICE®**

# EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| MARCO J. THOMAS | 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 | 4K-220-0002-03 |

| 4a. Mailing Address – Street or PO Box | 4b. City State & Zip +4 |
|---|---|
| 10008 Edgewater Terrace | Ft. Washington Md. 20744 |

| 5. Email Address | 6. Home Phone | 7. Work Phone |
|---|---|---|
| | (301) 567 2473 | (703) 575 8006 |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do you have Veteran's Preference Eligibility? |
|---|---|---|
| City Carrier | GL-6 | ☑ Yes ☐ No |

| 11. Installation Where You Believe the Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory |
|---|---|
| 3118 Washington Blvd | Station Mgr Ivy Cosh, Supervisors Anthony Huntley, & David Lee, Mark Johnson, Postmaster, Leonard Napper & Sta. Mgr. Timothy Scott |

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|
| | |

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State and Zip +4 |
|---|---|
| | |

| 13e. Email Address | 13f. Home Phone | 13g. Work Phone |
|---|---|---|
| | ( ) | ( ) |

| 14. Type of Discrimination You Are Alleging | 15. Date on which alleged act(s) of Discrimination Took Place |
|---|---|
| ☑ Race (Specify): African American ☐ Color (Specify): ☐ Religion (Specify): ☐ National Origin (Specify): ☐ Sex (Specify): ☑ Age (40+) (Specify): ☑ Retaliation (Specify): Prior EEO Activity ☑ Disability (Specify): Mental Disability (Stress) | 1. Sept 30, 2002 2. Oct 29, 2002 3. Dec 2, 2002 4. Dec 9, 2002 |

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

See Letters for:
Sept, 30, 2002
Oct, 29, 2002
Dec, 2, 2002
Dec 9, 2002

17. What Remedy Are You Seeking to Resolve this Complaint?

~~Reinstatement~~ Pain & Suffering Compensation, Made Whole for all lost wages, Leave(s) (Sick & Annual) from Oct 29, to Present & 2 for all overtime for Medical Limitations (She only) Stop Retaliation & Discriminatory work Practices Abolite work environment, Removal of 14 day Suspension Letter Dec 11, 2002 (untimely) Disiplinary actions against Mgn. of ARL P.O. in This Grievance, to include loss in Grade/Pay and removal from Position (Authoritive)

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™* mediator?

☑ Yes DATE CERTIFIED 7002 0860 0006 9326 1758 RECEIVED ☐ No
(Date You Received the Notice of Final Interview)

| 19a. Signature of Dispute Resolution Specialist | 19b. Date |
|---|---|
| RICHARD KLARE | JAN. 29, 2003 |

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |
|---|---|
| Marco Thomas | |

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

PS Form 2565, March 2001 (page 1 of 2)

Formal
Page 1 of 17

## Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations,

contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## Instructions

A. Use this form to file a formal complaint if you are an employee or applicant for employment who believes that you have been discriminated against by the Postal Service because of your race, color, religion, sex, age (40+), national origin or disability. You must have presented the matter to an EEO dispute resolution specialist within 45 calendar days of the date the incident occurred, or, if a personnel action was involved, within 45 calendar days of the effective date of the personnel action.

B. Unless you have agreed to extend the 30-day period for an additional 60 calendar days, you will receive a notice of right to file a formal complaint within 30 calendar days from the date of your first contact with the EEO Office. You must file your formal complaint within 15 calendar days of the date on which you receive your notice of right to file. If you do not receive a notice of right to file within the appropriate time period, you may file a formal complaint at any time thereafter, up to 15 calendar days after receiving the notice.

C. If you have agreed to participate in alternative dispute resolution (ADR), the informal process must be completed within 90 calendar days of your first contact with the EEO office. You have the right to file a formal complaint at any time thereafter, up to 15 calendar days after you have received your notice of right to file.

D. Your notice of right to file contains the address where your formal complaint must be mailed or delivered. The formal complaint will be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 days of the expiration of the filing period.

E. The time limits for filing a formal complaint may be extended if you show that you were prevented by circumstances beyond your control from timely submitting the complaint, or if you present other reasons considered sufficient by the Postal Service.

F. If you need help preparing this form, you may obtain assistance from a representative of your choice. You may also seek guidance from the dispute resolution specialist who issued you the notice of right to file.

G. Your formal complaint must be in writing and must be signed and dated by you or your attorney. You are entitled to a representative of your choice at all stages of the EEO complaint process; however, only an attorney can sign official EEO documents on your behalf.

H. If your written complaint is accepted, it will be assigned to an EEO complaints investigator who will provide you with an opportunity to present all the facts that you believe resulted in the alleged discrimination. The EEO complaints investigator will conduct a thorough review of the circumstances under which the alleged discrimination occurred.

I. While your complaint is under investigation, you may amend it to add claims that are like or related. Contact the EEO office for the address where your written amendment request must be mailed or delivered.

J. You and your representative will each be provided a copy of the completed investigative file. You have the right to request a hearing within 30 calendar days of the date you receive the investigative file by mailing or delivering your request to the appropriate Equal Employment Opportunity Commission (EEOC) District Office with a copy to the area Manager, EEO Compliance & Appeals. If you are

represented by an attorney, the 30-day period will begin on the date your attorney receives a copy of the case file. Instead of requesting a hearing, you may request an agency decision without a hearing and the head of the agency or his/her designee will issue you a decision letter with appeal rights.

K. If you request a hearing, the EEOC will appoint an administrative judge (AJ) to conduct the hearing. The AJ will notify you and the Postal Service of the right to seek discovery prior to the hearing to develop evidence reasonably on matters relevant to the issues raised in the complaint(s) to be heard. Attendance at the hearing will be limited to persons the administrative judge determines have direct knowledge relating to the complaint. Hearings are part of the investigative process and are closed to the public.

L. Following the hearing, the AJ will send you copy of the hearing record, including the transcript and his/her decision. The head of the agency, or his/her designee, will review the entire record, including the transcript, and will determine whether or not to implement the AJ's decision. You will receive the agency's notification of final action within 40 days of the date the agency receives the AJ's decision. If the agency's final action will not fully implement the AJ's decision, the agency must appeal to the EEOC. A copy of the Postal Service's appeal will be attached to your notification of final action.

M. If you are not satisfied with the decision of the AJ, or the agency's final action on the decision, you have the right to appeal within 30 calendar days after receiving notification of the agency's final action. Your appeal must be mailed to the EEOC at the following address:

> EEOC
> OFFICE OF FEDERAL OPERATIONS
> PO BOX 19848
> WASHINGTON DC 20036-9848

N. In lieu of filing an appeal of the agency's final action to the EEOC's Office of Federal Operations (OFO), you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the agency's final action.

O. You may also file a civil action in an appropriate U.S. district court: after 180 days have passed from the date you filed the complaint, if the final agency action has not been issued and an appeal has not been filed; within 90 days of receipt of the OFO's decision on your appeal; or after 180 days have passed from the date you filed your appeal with the OFO, if there has been no decision issued on that appeal.

P. Special statutory provisions in Public 93-259 relate to age discrimination. The Public Law sets forth the right to by-pass the administrative complaint processing procedure and file a civil action. For additional information, contact the EEO office.

Q. Under the Equal Pay Act, you have the right to file a civil action without exhausting the administrative procedures.

R. You must keep the EEO complaint processing office aware of your current mailing address at all times. Failure to notify the EEO complaint processing office and the EEOC of an address change could result in the dismissal of your complaint.

*Formal*

Page 2 of 17

 **UNITED STATES POSTAL SERVICE**®

# Notice of Right to File Individual Complaint

| TO: Name *(First, MI, Last)* | Re: Case No. |
|---|---|
| **MARCO J. THOMAS** | 4K-220-0002-03 |

This notice will attest to the fact that on **the date you received certified letter 7002 0860 0006 9326 1758**___, I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you received this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retain one to represent you. I am providing you with *PS Form 2565, EEO Complaint of Discrimination in the Postal Service,* for this purpose. The complaint must be delivered to:

> OFFICE OF EEO COMPLIANCE AND APPEALS
> CAP METRO OPERATIONS
> PO BOX 1730
> ASHBURN VA 20146-1730

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, age (40+), national origin, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**

   ■ If you change your address, you have a regulatory requirement to immediately report the change to the Manager, EEO Compliance and Appeals, in your area. *(If you are employed at Postal Service Headquarters, a Headquarters Field Unit or by the Postal Inspection Service, you should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)*

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** e.g. race – African American, sex - female, etc.;

   ■ If you allege disability discrimination, the alleged disability must be more than a temporary condition.
   ■ If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

   ■ If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.
   ■ If you allege retaliation, you must show a connection between the action at issue in the complaint your are filing and your past EEO activity. You must also show that when the alleged discriminatory action at issue in this complaint occurred, the management who took the action was aware that you had previously engaged in protected activity.

(5) **The name of the EEO Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

## Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C. § 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which is USPS a party of has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations,

contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Dispute Resolution Specialist | Date 01/29/2003 | Your Signature *Marco Thomas* | Date Received 2-5-03 |
|---|---|---|---|

*Dispute Resolution Specialist: If you are mailing this Notice, you must send it by Certified Mail, Return Receipt Requested*

PS Form 2579-A, March 2001

*Formal*



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
MARCO J. THOMAS

Street, Apt. No.; or PO Box No. 10008 EDGEWATER TERRACE

City, State, ZIP+4 FT. WASHINGTON MD 20744-5767

PS Form 3800, April 2002          See Reverse for Instructions

7002 0860 0006 9326 1758

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FINAL LTR 4K--220-0002-03

MARCO J. THOMAS

10008 EDGEWATER TERRACE

FT. WASHINGTON MD 20744-5767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Marco Thomas_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Marco Thomas_   1-5-02

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7002 0860 0006 9326 1758

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1035

_Famal_



| Track/Confirm - Intranet Item Inquiry - Domestic |
|---|

**Item: 7002 0860 0006 9326 1758**

| Destination | ZIP Code: 20744 | City: FORT WASHINGTON | State: MD |
|---|---|---|---|
| Origin | ZIP Code: | City: | State: |

| Event | Date | Time | Location |
|---|---|---|---|
| DELIVERED | 02/05/2003 | 15:20 | FORT WASHINGTON MD 20744 |

Request Delivery Record

(A PS Form 3849, Delivery Receipt, has not been appended to this record. If the item was recently delivered, the Delivery Receipt may not yet have been scanned.)

**Enter Request Type and Item Number:**

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

[ ]  Submit

Inquire on multiple items.

Go to the Product Tracking System Home Page.

*Formal*
Page 5 of 17

# JUDGE BANKS' GROUP
# FORMER ADMINISTRATIVE LAW JUDGES

*BE REPRESENTED BY A FORMER ADMINISTRATIVE LAW JUDGE* EXPERT IN EMPLOYMENT LAW*

Judge Simon Banks, ALJ
Doctor of Laws
E-Mail. judges.banksalj10@verizon.net

1800 Diagonal Road, Suite 600
Alexandria, Va. 22314-2840
[202] 347-5458
[703] 575-8487
Fax# [703] 575-8489

February 20, 2003

**VIA FACSIMILE TO 703 404 6419**
United States Postal Service
Office of EEO Compliance and Appeals
Cap Metro Operations
P.O. Box 1730
Ashburn, VA 20146-1730

RE:      Marco J. Thomas
SUBJECT:   Formal EEO Complaint

Please find attached, formal complaint of Marco J. Thomas

Sincerely,

Simon Banks

Page 6 of 17

NATIONWIDE REPRESENTATION BEFORE ADMINISTRATIVE AGENCIES – EUROPE AND JAPAN
REPRESENTING STATE AND FEDERAL EMPLOYEES BEFORE MSPB, OPM, EEOC, SSA, DOL, TITLE 5
GRIEVANCE APP. TITLE 38 DISCIPLINARY BDS. ARBITRATIONS, INS. NLRB, IMMIGRATION BDS., ALSO
LOBBYIST BEFORE U.S. CONGRESS

### FORMAL COMPLAINT OF
### MARCO J. THOMAS
### CASE NO. 4K-220-0002-03

Comes now Marco J. Thomas and allege that he is the victim of employment discrimination with respect to the terms, conditions and privileges of his employment on account of his age, (D.O.B. 1962), mental disability [stress] and in because he participated in prior EEO activity [protected conduct].

Specifically, the complainant allege that he was denied leave without pay, in September, 2002, subjected to verbal harassment, and discrimination because of his disability when he was required to work outside of his medical restrictions. The complainant allege that he was subjected to retaliation and reprisal when he received notice of 14 day suspension from Mark Johnson dated February 10, 2003.

The complainant incorporate by reference as if pleaded fully and completely:

Complainant allege that he engaged in EEO activity in connection with his complaints, Case No. 4K-220-008T-02 and Case No. 4K-220-0064-02.

See further: Attached three paragraph letter dated December 14, 2002
See further: Attached four paragraph letter dated December 14, 2002
See further: Attached three paragraph letter dated February 10, 2003
Re: Dis, Race-Af. Amer., Ment. Dis.(Stress), Age (40+), Retal., Prior EEO activity (sic)
See further: Attached two paragraph letter dated February 10, 2003
Re: Discrimination, Race-African American, Mental Disability (Stress), Age (40+) & Retaliation: Prior EEO activity

Simon Banks, J.D.
Judge Banks' Group
Complainant's Representative

*Formal*
Page __7__ of __17__

December 14, 2002

Cert No. 7002 0510 0001 6137 0410

Re: EEO Pre-Complaint - Violation of Medical, Work Harassment,
    Cert. No 7002 0510 0000 6882 8829

Eric Munson and Sharon Panski and Supervisor Wayne Cameron to hit back on the clock or else. I reluctantly hit back on, Mr Johnson then yelled at me that my time was not up and that my starting time was 9:00am instead of 7:00am. I then let Mr Johnson know once again that he was violating my medical, and that I thought we had worked that situation out in the morning. He told me to carry the remainder of the mail, I then let Mr Johnson know that I didn't feel safe returning to the street or to stay on the clock any longer in violation of my medical and that he should let me leave. Mr Johnson then started to yell louder still on the work room floor in the presence of Supervisor James Rev and Co-Worker Sharon Panski that I would be placed on leave without pay (LWOP) and to put in a second PS Form 3971 (attached) (for what time I didn't know), and not to return to work without a doctors note stating that I was incapacitated to work. I did not return to work the next day and had to seek medical treatment for the stress over this entire situation (see attached medical dated Dec. 3, 2002).

    I am asking to be made whole for all overtime(OT) and double time (Xs 2) for my lost wages for December 3, 2002, pain and suffering for the violation of my medical limitation and for not being allowed to get lunch (want to be reimbursed for also), And ask for a reprimand and removal of Supervisors, Mr Mark Johnson and Mr David Lee, and no future retaliation(s) or harassment.

    And this grievance to be used for any future actions taken against me by Mr Johnson or Mr Lee in reference to any actions above.

    Attachments: Medical Notices Dated: November 7 & 26, 2002 and December 2 & 3, 2002

                      ↓ PS form 3971

Marco Thomas
City Carrier

Marco Thomas
10008 Edgewater Terrace
Ft. Washington Md 20744

Date:  December 14, 2002
Cert No.7002 0510 0001 6317 0410

Attn: Mgr. EEO Complaints Processing - Pre-Complaint
Response To: Cert. No. 7002 0510 0000 6882 8829

Re: Discrimination,  Mental Disability (Stress),  Age 40+

      On Dec. 2, 2002, I returned to work at Arlington Main P.O. from the Health Unit of the
Northern Virginia District, I gave Supervisor, Mark Johnson a copy of my medical notice from the
Occupational Health Nurse Dr. Mary L. Shook returning me to Regular Duty with No Overtime, (I was
told to report to the Health Unit prior to  returning to work at 9:00am see attached letters dated Nov. 7,
2002 and Dec. 2, 2002). Mr. Johnson stated to me that instead of starting me at 7:00am he was going to
start my work day at the appointment time. I did not agree, I let Mr Johnson know that I thought the
medical time was part of my work day starting at 7:00am. Mr Johnson told me that starting time for my
route was 8:00am, I let him know that I was told by Supervisor, James Rev on November 29, 2002 that
the report time for the station (Arlington Main) was 7:00am.

      Prior to starting my street delivery I asked to talk with Mr Johnson and Union Rep.
Xanthippia Brown over the situation, Ms Brown said the starting time for Arlington Main was 7:00am
and Mr Johnson, Ms Brown and myself came to a resolution that I was to put in a PS Form 3971 (Request
for or Notification of Absence) for the two hours time and they would find out what the procedure was for
the time and whether it was to be charged to my leave or not. I submitted my 3971(attached).

      Mr. Johnson had to carry me to my first delivery at 901Monroe St. in his personal vehicle
because of the shortage of postal vehicles. I asked Mr Johnson to stop on the way so I could get lunch
before starting, he refused, and told me to call when I finished delivering all the mail at 901 Monroe and
he would deliver me a vehicle, and at that time I could get lunch. I finished delivering 901at 1:55pm and
called to be picked up, I had to call again to see if anyone was coming to get me, I waited and was
delivered a LLV driven by Supervisor Alexis and was accompanied  by David Lee in his personal vehicle
at 2:30pm (at that time I hit another end scan for 901 Monroe) .  The vehicle contained mail to be
delivered.  I then let Mr Lee know that it was now 2:30pm and that I would not be able to carry any of the
mail and that my end time for work was 3:30pm and that I had not taken a break nor had I had lunch yet
Mr Lee then said I'm giving you a direct order to carry the mail first before getting lunch.  I couldn't
believe what I was hearing. I then took a ten minuet break delivered one swing, called back and spoke to
supervisor, James Rev and Let Mr Rev know that I would not be able to complete my assignment by 3:30
and was told to return.  I then took my last ten minute break and returned.

      Upon returning I cleared all accountable and hit an end tour for the day.  Supervisor Mark
Johnson approached me and asked had I delivered all the mail, I let him know that I completed only one
swing of what was bought out by Supervisors Mr Lee and Alexis. Mr Johnson then told me he wanted to
talk to me, I told Mr Johnson that I had already clocked off for the day and that he would be in violation
of my medical. Mr Johnson began to yell at me on the work room floor and in front of co-workers

*Formal*

December 14, 2002

Cert No. 7002 0510 0001 6137 0410

Re: EEO Pre-Complaint – Violation of Medical, Work Harassment,
    Cert. No 7002 0510 0000 6882 8829

Eric Munson and Sharon Panski and Supervisor Wayne Cameron to hit back on the clock or else.   I
reluctantly hit back on, Mr Johnson then yelled at me that my time was not up and that my starting time
was 9:00am instead of 7:00am. I then let Mr Johnson know once again that he was violating my medical,
and that I thought we had worked that situation out in the morning.  He told me to carry the remainder of
the mail. I then let Mr Johnson know that I didn't feel safe returning to the street or to stay on the clock
any longer in violation of my medical and that he should let me leave. Mr Johnson then started to yell
louder still on the work room floor in the presence of Supervisor James Rev and Co-Worker Sharon
Panski that I would be placed on leave without pay (LWOP) and to put in a second PS Form 3971
(attached) (for what time I didn't know), and not to return to work without a doctors note stating that I
was incapacitated to work.  I did not return to work the next day and had to seek medical treatment for the
stress over this entire situation (see attached medical dated Dec. 3, 2002).

        I am asking to be made whole for all overtime(OT) and double time (Xs 2) for my lost wages for
December 3, 2002, pain and suffering for the violation of my medical limitation and for not being allowed
to get lunch (want to be reimbursed for also). And ask for a reprimand and removal of Supervisors, Mr
Mark Johnson and Mr David Lee, and no future retaliation(s) or harassment.

        And this grievance to be used for any future actions taken against me by Mr Johnson or Mr Lee in
reference to any actions above.

        Attachments: Medical Notices Dated: November 7 & 26, 2002 and December 2 & 3, 2002

                        & PS Form 3971

Marco Thomas
City Carrier



$\not{FE}$ $\overset{\frown}{C}$

Marco Thomas
10008 Edgewater Terrace
Ft. Washington Md 20744

Date: February 10, 2003
Cert. No. 7001 1940 0004 4260 3979

Attn: Manager EEO Complaint Processing
Response to Pre-Complaint Counseling, Cert No. 7002 0860 0006 9289 8556 (1-31-03)

Re: Discrimination, Race-African American, Mental Disability (Stress), Age (40+) &
Retaliation: Prior EEO activity

    I have not violated any rules or regulations from The National or Local Agreements nor
any in the Employee and Labor Relations Manual (ELM), I did as instructed By Supervisors,
Mark Johnson and David Lee and am being retaliated against for my Dec.14, 2002 complaint to
the EEO. Reported starting time for Dec. 2, 2002 was 7:00am not 8:00am (as stated by Union
Reps., Curtis Glasper and Xanthippia Brown, Station Manager, Timothy Scott and Supervisor,
James Rev) they both have violated my rights and my medical. Mr Johnson and Mr Lee know
that I am new on Rt .111 and I should have been given time to learn my new route assignment.
Before being carried to 801 Monroe St. I requested to both Mr Johnson and Mr. Lee that I did
not want to give up my route assignment nor my vehicle to City Carrier, Donald Spencer. Mr
Johnson and Mr Lee told me that since I had reported to work late that they were going to let
City Carrier, Donald Spencer (since he had AM cased on Rt. 111 before I arrived) have my
vehicle for that day and that he was to be responsible for Rt 111 and that I was to bump and
assist him (I was also told to deliver parcels by Mr Johnson and Mr Lee while Mr Spencer cased
my route assignment), I let Mr Johnson and Mr Lee know that Rt. 111 was my assignment, that I
have more seniority than Mr Spencer and that he was not in my circuit nor was he my T-6. My
T-6 is City Carrier, Earl Barbee. They refused my request. I was carried to 801 Monroe St. by Mr
Johnson and not Mr Lee, I know the difference between the two and no matter who carried me to
801 Monroe St. I did request to stop for lunch and was denied. I called back and let Supervisor,
James Rev know I was unable to complete my assignment and was told to return and Mr.
Johnson wanting me to return to the street to deliver the mail (Mr. Johnson had already made me
violate my medical by hitting back on the clock after hitting an end tour for that day ) told me to
clock off and I would be put on Leave Without Pay (LWOP) until I came back with a Doctors
note. I followed all instructions and was not insubordinate in any way. Mr Johnson And Mr Lee
continuously harassed me and have two different statements for the same date (see 14 Day Susp.
notices dated: 12/11/02 1 & 2).
    Attached is a copy of my Dec. 14, 2002 grievance statement explaining what transpired on
that date. Supervisors, Mark Johnson and David Lee have both violated/discriminated against my
medical (Stress) for no over time restriction (see medical notices attachments dated: Nov.
26,2002 and Dec 2, 2002) and caused a hostile work environment. I now have legal
representation, Judge Simon Banks, ALJ - Office: 703-575-8487 .
                           Fax: 703-575-8489

<u>Formal</u>
Page __11__ of __17__

Date: February 10, 2003
Cert. No. 7001 1940 0004 4260 3979

Attn: Mgr. EEO Compl. Proc.
Response to, Cert. No 7002 0860 0006 9289 9556

Re: Dis, Race-Af. Amer., Ment. Dis.(Stress) , Age (40+), Retal., Prior EEO activity

I request removal of Unsatisfactory Performance/Failure at Follow Instruction/Failure to Complete the Delivery of the Mail as Scheduled (which is untimely) and any/all false/derogatory actions be removed from my personal file, be made whole for all overtime (X's 2) and for being made hit back on clock in violation of my medical, double time (X's 2 ) to be reimbursed of lost leave and wages on Dec. 3, 2002 be made whole for forced missed lunch, pain and suffering, reprimand to include demotion of position, loss of wages to removal of Supervisors, Mark Johnson and David Lee, payment of all legal fees that may accrue, a stop to all retaliations and violations/discrimination of Medical Disability (Stress), and hostile work environment of the management of Arlington Main P.O.

My Lawyer and I request a written copy of starting time(BT) for all regular City Carriers of Arlington Main P.O. present and on Dec. 2 & 9, 2002, a copy of the current National & Local Agreements, The Employee and Labor Relations Manual-ELM and City Carriers Duties and Responsibilities Handbook M-41.

Thank you, I can be reached at 301-567-2473 and my Lawyers (above/ front page) for further comment.

Marco Thomas
City Carrier

Formal
Page 12 of 17

```
********************
***   RX REPORT   ***
********************


RECEPTION OK

TX/RX NO              8287
CONNECTION TEL                    7035758489
CONNECTION ID
ST. TIME             02/21 00:56
USAGE T              00'55
PGS.                    6
RESULT               OK
```

Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744

Date: December 9, 2002
Cert. No. 0302 0980 0001 4954 6195

Attn: Mgr. EEO Complaints Processing
Response To: Cert. No. 7002 0860 0006 9291 1043 - Nov. 29, 2002

Re: Discrimination, Mental Disability(Stress)/Age 40+/Retaliation of prior EEO

Upon returning to work on October 29 I was asked to report to the supervisors office for a talk by Supervisor, Anthony Huntley and Station Manager, Ivy Cash, I requested representation from Union Representation from Ms Xanthippia Brown, I was told by Mr Huntley and Mr Cash that Union Representatives Mr Curtis Glasper and Ms X. Brown had refused to represent me, I was then given the alternate Union Rep. Guynell Grosss, I was surprised to see Mr David Lee also was at the meeting. I was yelled at by Mr Huntley and Mr Cash over my work performance on my 1st day on Rt.111. and was accused of not doing the complete business on Rt. 111 which I did complete, I began to feel over whelmed with anxiety and stress over these false accusations, Mr Cash then stated that I was put back on full duty and that I had no medical limitations, and if I didn't go faster that I would be removed from Rt. 111. Mr cash asked why I brought back mail after being assisted I replied "it was my 1st day on Rt. 111". I then let MrCash Aand Mr Huntley know that other employees at Arlington Main had not been forced to learn their new routes in one day, why was I being singled out, harassed and expected to do so. They stated that I was a professional Letter Carrier and I should be able to do so.

After leaving the office I called my doctor and let him know how I was feeling at that time and the doctor set an emergency meeting that same day. I left work immediately.

I am want to be made whole for all lost wages from October 29 to Dec 2, 2002, pain and suffering compensation, and a stop to the continued harassment and retaliations.

Attachments:    PS Form 3996
                Medical notices dated:  October 29, & November 26, 2002

Marco Thomas
City Carrier

# JUDGE BANKS' GROUP
# FORMER ADMINISTRATIVE LAW JUDGES

*BE REPRESENTED BY A FORMER ADMINISTRATIVE LAW JUDGE* EXPERT IN EMPLOYMENT LAW*

Judge Simon Banks, ALJ                                                          1800 Diagonal Road, Suite 600
Doctor of Laws                                                                  Alexandria, Va. 22314-2840
E-Mail: judges.banksalj10@verizon.net                                           [202] 347-5458
                                                                                [703] 575-8487
                                                                           Fax# [703] 575-8489

February 20, 2003

**VIA FACSIMILE TO 703 404 6419**
United States Postal Service
Office of EEO Compliance and Appeals
Cap Metro Operations
P.O. Box 1730
Ashburn, VA 20146-1730

           RE:    Marco J. Thomas
       SUBJECT:    Formal EEO Complaint

Please find attached, formal complaint of Marco J. Thomas

*EEO COMPLIANCE AND APPEALS*
*U.S. POSTAL SERVICE*
*FEB 2 . 2003*
*PROCESSING CENTER*
*CAPITAL METRO OPERATIONS*

Sincerely,

Simon Banks

*Formal*
Page 15 of 17

NATIONWIDE REPRESENTATION BEFORE ADMINISTRATIVE AGENCIES – EUROPE AND JAPAN
REPRESENTING STATE AND FEDERAL EMPLOYEES BEFORE MSPB, OPM, EEOC, SSA. DOL. TITLE 5
GRIEVANCE APP. TITLE 38 DISCIPLINARY BDS. ARBITRATIONS, INS. NLRB, IMMIGRATION BDS., ALSO
LOBBYIST BEFORE U.S. CONGRESS

### FORMAL COMPLAINT OF
### MARCO J. THOMAS
### CASE NO. 4K-220-0002-03

Comes now Marco J. Thomas and allege that he is the victim of employment discrimination with respect to the terms, conditions and privileges of his employment on account of his age, (D.O.B. 1962), mental disability [stress] and in because he participated in prior EEO activity [protected conduct].

Specifically, the complainant allege that he was denied leave without pay, in September, 2002, subjected to verbal harassment, and discrimination because of his disability when he was required to work outside of his medical restrictions. The complainant allege that he was subjected to retaliation and reprisal when he received notice of 14 day suspension from Mark Johnson dated February 10, 2003.

The complainant incorporate by reference as if pleaded fully and completely:

Complainant allege that he engaged in EEO activity in connection with his complaints, Case No. 4K-220-008T-02 and Case No. 4K-220-0064-02.

See further:   Attached three paragraph letter dated December 14, 2002
See further:   Attached four paragraph letter dated December 14, 2002
See further:   Attached three paragraph letter dated February 10, 2003
                    Re: Dis, Race-Af. Amer., Ment. Dis.(Stress), Age (40+), Retal.,
                    Prior EEO activity (sic)
See further:   Attached two paragraph letter dated February 10, 2003
                    Re: Discrimination, Race-African American, Mental Disability
                    (Stress), Age (40+) & Retaliation: Prior EEO activity


Simon Banks, J.D.
Judge Banks' Group
Complainant's Representative

**UNITED STATES**
**POSTAL SERVICE®**

# EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name<br>MARCO J. THOMAS | 2. SSN<br>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 | 3. Case No.<br>4K-220-0002-03 |
|---|---|---|

| 4a. Mailing Address – Street or PO Box | 4b. City State & Zip +4 | |

| 5. Email Address∗ | 6. Home Phone<br>(   ) | 7. Work Phone<br>(   ) |

| 8. Position Title *(USPS Employees Only)* | 9. Grade Level *(USPS Employees Only)* | 10. Do you have Veteran's Preference Eligibility?<br>☐ Yes   ☐ No |

| 11. Installation Where You Believe the Discrimination Occurred<br>*(Identify Installation, City, State, and Zip+4)* | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was<br>Discriminatory |
|---|---|

| 13a. Name of Your Designated Representative | 13b. Title |

| 13c. Mailing Address *(Street or P.O .Box)* | 13d. City, State and Zip +4 |

| 13e. Email Address∗ | 13f. Home Phone<br>(   ) | 13g. Work Phone<br>(   ) |

14. Type of Discrimination You Are Alleging

☐ Race *(Specify):*          ☐ Sex *(Specify):*
☐ Color *(Specify):*          ☐ Age (40+) *(Specify):*
☐ Religion *(Specify):*       ☐ Retaliation *(Specify):*
☐ National Origin *(Specify):* ☐ Disability *(Specify):*

15. Date on which alleged act(s) of Discrimination Took Place

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. Note that if your allegation is like or related to a previous complaint, that complaint may be amended. *29 C.F.R § 1614.106(d)*

17. What Remedy Are You Seeking to Resolve this Complaint?

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS*™ mediator?

☒ Yes DATE CERTIFIED 7002 0860 0006 9326 1758 RECEIVED ☐ No
(Date You Received the Notice of Final Interview)

| 19a. Signature of Dispute Resolution Specialist<br>RICHARD KLARE | 19b. Date<br>JAN. 29, 2003 |
|---|---|
| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |

∗Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

*Formal*
Page *17* of *17*