U.S. Postal Service
# EEO Dispute Resolution Specialist's (DRS) Inquiry Report

**Case No.**
4K-220-0002-03

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

## Complainant

| Name (Last, First, MI) | Social Security No. |
|---|---|
| THOMAS, MARCO J. | 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 |

| Home Address (No., Street, City, State, ZIP + 4) | Work Address (Facility Name, No., Street, City, State, ZIP + 4) |
|---|---|
| 10008 EDGEWATER TERRACE FT. WASHINGTON MD 20744-5767 | MAIN POST OFFICE 3119 WASHINGTON BLVD. ARLINGTON VA 22210-9998 |

| Home Telephone No. | Email Address | Office Telephone No. |
|---|---|---|
| (301) 567-2473 | | (703) 525-8007 |

| Position Title | Grade Level | Tour | Duty Hours |
|---|---|---|---|
| CITY CARRIER | 01/O | 2 | 8a-4:30p |

| Off Days (For Tour I, record of nights) | Is EEO Poster 72 on display in Complainant's facility? |
|---|---|
| Thu/Sun | ☒ Yes, verified on date _____  ☐ No |

| Preference Eligible | Mixed Case | MSPB Appeal Filed? |
|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No If Yes, Date Filed: |

## Chronology of Informal Process

| Date of Incident | Date of Initial Contact with EEO Office | Date of Initial Interview |
|---|---|---|
| 09/16/2002 | 09/23/2002 | |

| REDRESS™ Overview | ADR Election Form Signed | 60 Day Extension Form Signed |
|---|---|---|
| ☒ Yes ☐ No | ☐ Yes ☒ No | ☐ Yes ☒ No If Yes, Expiration Date: |

| Date Complainant Signed or Received Notice of Right to File 02/05/2003 | Date DRS Report Requested | Date DRS Report Submitted 02/10/2003 |
|---|---|---|

## Basis for Alleged Discrimination

Check and Particularize Each that Applies

| | |
|---|---|
| ☐ 1. Race (Specify): | ☒ 6. Age (Specify Date of Birth): **October 14, 1962** |
| ☐ 2. Color (Specify): | ☐ 7. Physical Disability (Specify): |
| ☐ 3. Religion (Specify): | ☒ 8. Mental Disability (Specify): **STRESS** |
| ☐ 4. Sex (Specify): | ☒ 9. Retaliation (Specify Cited Prior EEO Activity): |
| ☐ 5. National Origin (Specify): | 4k-220-0064-02 (09/09/02), 4k-220-0064-02 (04/10/02)4k-220-0087-02 (06/10/02) |

*EEO COMPLIANCE AND APPEALS*
*U. S. POSTAL SERVICE*
*MAR 0 3 2003*
*PROCESSING CENTER*
*CAPITAL METRO OPERATIONS*

Discrimination Claim(s): 1) The counselee's request for LWOP in lieu of annual or sick leave for the period of 09/05/02 until further notice was disapproved by Postmaster Napper on 09/16/02, 2) On Dec. 9, 2002 the counselee reported for duty as scheduled however he was yelled at in front of fellow employees by Supv. Mark Johnson to get off the floor and return at 10:00am, 3) on Dec. 2, 2002 the counselee was harassed about his work performance by Supv. Johnson, 4) On Oct. 28 &29, 2002 the counselee was harassed by management officials, Ivy Cash, Tony Huntley and David Lee about his work performance on a new work assignment, 5)On Dec. 2, 2002 after returning from an appointment at the USPS medical unit the counselee was advised by Supv. Johnson that his reporting time had been changed from 7am to 9am that day thus making the job related appointment off-the-clock when it should have been on-the-clock. This caused him to become stressed out and unable to report for duty the following day.

Requested Resolution
1) to be made whole for lost time at 2 times regular pay rate, 2) expunge record of reprimands, 3) stop the harassment, 4) compensatory damages, 5) approval of LWOP request and appropriate correction of pay records, 6) payment of travel time and mileage for appointment to USPS medical unit at Merrifield, 7) take disciplinary action with Supvs. Johnson, Lee and Scott, 8) payment of legal fees.

Counselor's Report Page ___ of ___

PS Form **2570**, June 2001 (Page 1 of 3)

**EEO Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☒ 1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO -- an overview of the EEO process in the Postal Service.*

☒ 2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name: **XANTHIPPIA BROWN** _____

Title: **CITY CARRIER** _____    Telephone Number: **(703) 525-8006**

Fax No: ( ___ ) _____    Email Address: _____

Mailing Address: **MAIN POST OFFICE** _____

_____ **ARLINGTON VA 22210** _____

☒ 3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __X__ / DID NOT ____ waive anonymity.

☒ 4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☒ 6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7. If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☒ 8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS __X__ / HAS NOT ____ been submitted.

☐ 9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☒ 10. I informed counselee of his/her requirement to immediately notify the area Manager, EEO Compliance and Appeals and the EEOC if the representative's or his/her mailing address change.

☐ 11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

_____

Counselor's Report
Page____ of____

Page __2__ of _32_

## Dispute Resolution Specialist's Inquiry

Brief Summary of Inquiry (If applicable)

The counselee elected to utilize the REDRESS program consequently no initial counseling or limited inquiry was made. However, efforts to contact the counselee to schedule the REDRESS were unsuccessful. When his work place was contacted we were told that the counselee was not in a duty status. When time was expiring to process the REDRESS meeting, efforts were made to contact the counselee at his home telephone number to schedule traditional counseling. However, he could not be reached. A letter was sent to his home address but was not responded to timely. Consequently, the counselee was counseled by mail and a limited inquiry was made based on the information provided in his multiple PS 2564-A's.

Management states that the documentation that the counselee provided was insufficient to support his open-ended request for LWOP in Sept. 2002. Management states that experienced employees such as the counselee are expected to achieve a minimum level of job performance. When that job performance expectation is not met, they have a responsibility to discuss it with the employee to bring it to the employee's attention and to attempt to determine what, if any, problems there may be. Management states that they were basing their assessment of what work the counselee was capable of performing on the documentation he presented from his physician. No resolution was offered.

## REDRESS™ (Dispute Resolution Specialist complete this section if counselee participated in ADR)

| Date of mediation | Disposition | ☐ Resolved | ☐ Not Resolved |
|---|---|---|---|

## Summary of Final Interview

The counselee was advised of the results of this inquiry and counseled in the EEO process. He was given his right to file a formal complaint.

## Privacy Act Notice

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4) | Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4) |
|---|---|
| **EEO/ADR OFFICE**<br>**DULLES P & DC**<br>**44715 PRENTICE DRIVE**<br>**DULLES VA 20101-9411** | **OFFICE OF EEO COMPLIANCE AND APPEALS**<br>**CAP METRO OPERATIONS**<br>**PO BOX 1730**<br>**ASHBURN VA 20146-1730** |

| Specialist's Office Telephone No. | Specialist's Office Hours |
|---|---|
| **(703)406-6693** | **09:00 - 18:00** |

| Signature of EEO Dispute Resolution Specialist | Typed Name of EEO Dispute Resolution Specialist | Date |
|---|---|---|
| *[signature]* | **RICHARD J. KLARE** | 02/10/2003 |

PS Form 2570, June 2001*(Page 3 of 3)*

Dispute Resolution Specialist
Northern Virginia Performance Cluster


**UNITED STATES**
**POSTAL SERVICE**

**Jan. 29, 2003**

Marco J. Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744-5767

> Case No  4K-220-0002-03
> Certified:  7002 0860 0006 9326 1758
> Return Receipt Requested

Mr. Thomas:

This letter references your precomplaint initiated on Sept. 23, 2002.  Your completed PS Form 2564-A was received by this office on Oct. 7, 2002. You elected to utilize the Alternate Dispute Resolution process known as REDRESS. Unfortunately, this office has been unable to reach you to schedule the REDRESS meeting.  Additional efforts to reach you at work and at home both by telephone and by mail have been unsuccessful. This office has received four (4) separate submissions of PS form 2564-A since Oct. 7, 2002. The other three were received on Dec. 15, 2002, Dec. 17, 2002 and Jan. 17, 2003. All of the issues in these submissions have been consolidated under one case number, 4K-220-0002-03. This letter constitutes the final interview of that precomplaint process.

In the information provided, you stated that you had been discriminated against due to your age (d.o.b. Oct. 14, 1962), mental disability (stress) and in retaliation for prior EEO activity. The issues that you raised as being discriminatory dealt with denial of leave without pay, verbal harassment, being charged LWOP, being asked to work outside of medical restrictions, and being assigned unreasonable expectations for route delivery. In processing your precomplaint I made a limited inquiry into the issues you raised.

Management states that the documentation that you provided was insufficient to support your opened-ended request for LWOP in Sept. 2002. Management states that experienced employees such as you are expected to have a minimum level of job performance. When that job performance expectation is not met, they have a responsibility to discuss it with the employee to bring it to the employee's attention and to attempt to determine what, if any, problems there may be. Management states that they were basing their assessment of what work you were capable of performing on the documentation you presented from your physician. No resolution was offered.

You have the right to file a formal complaint, if you desire, within fifteen (15) calendar days of receipt of this letter to:

> Office of EEO, Compliance and Appeals
> Cap Metro Operations
> PO Box 1730
> Ashburn VA 20146-1730

Only the same or like and related matters raised at the counseling stage may be the subject of a formal complaint.  Enclosed is a Notice of Right to File Individual Complaint (PS Form 2579-A) and EEO Complaint of Discrimination (PS Form 2565) which can only be signed by the Complainant.

In the EEO process I do not serve as your representative, nor do I represent postal management. Rather, I represent the Postal Service in the EEO process. I remain neutral and do not make any decisions or judgments as to who is right or wrong. My responsibility is

EEO/ADR Office
Dulles P & DC
44715 Prentice Drive
Dulles VA 20101-9411
(703) 406-6933

Counselor's Report
Page      of

Page  4  of  32

you in the EEO process and to determine the specifics of your precomplaint. After determining the specifics of your case I contact the management representatives involved and ensure that they are aware of your concerns. If management offers a resolution at that time I will contact you and tell what the offer is. The acceptance of any proposed resolution is voluntary. If you had chosen to remain anonymous, I would inquire in general terms about the type of concerns you have raised, in order to protect your identity.

You have received Publication 133, What You Need to Know About EEO, which gives you an overview of the EEO process including your rights, obligations and options.

You have the right to representation. You may also proceed without a representative. If you may elect to add a representative at any time by notifying this office with the name, title, mailing address and telephone number of the individual you designate.

During the precomplaint process only, you have the right to anonymity. However if you decide to file a formal complaint you will no longer be able to remain anonymous.

By signing the PS 2564-A, Information for Pre-Complaint Counseling, you also acknowledged the Privacy Act Statement in which you authorized the gathering of information for your precomplaint inquiry. That information may be released to other Federal agencies in the pursuit of an audit or investigation.

As all of our communication is done by mail you have an obligation to keep the Area Manager, EEO Compliance and Appeals and this office advised of your current mailing address should you change mailing addresses during this process.

As you have cited age discrimination as a basis for the alleged discrimination you have certain additional rights and options available to you. Under the ADEA act of 1967 you have the right to bypass the agency's administrative process and proceed directly to district court. If you choose to do so you must give notice to the EEOC Office of Federal Operations no sooner than 30 days prior to filing the civil action. The enclosed PS form 2563-B prescribes the manner in which such notification is to be made. Please note paragraph C which states that if you file a formal EEO complaint, you must exhaust your administrative remedies before you can file a civil action.

If you have any questions, feel free to contact me at (703) 406-6693. Thank you for your cooperation during the processing of your precomplaint.

Richard J. Klare, Jr.
Dispute Resolution Specialist

cc: file
X. Brown

Counselor's Report
Page    of

Page 5 of 32



**UNITED STATES POSTAL SERVICE®**

# EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| MARCO J. THOMAS | 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 | 4K-220-0002-03 |

| 4a. Mailing Address – Street or PO Box | 4b. City State & Zip +4 |
|---|---|

| 5. Email Address* | 6. Home Phone ( ) | 7. Work Phone ( ) |
|---|---|---|

| 8. Position Title *(USPS Employees Only)* | 9. Grade Level *(USPS Employees Only)* | 10. Do you have Veteran's Preference Eligibility? ☐ Yes ☐ No |
|---|---|---|

| 11. Installation Where You Believe the Discrimination Occurred *(Identify Installation, City, State, and Zip+4)* | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory |
|---|---|

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|

| 13c. Mailing Address *(Street or P.O .Box)* | 13d. City, State and Zip +4 |
|---|---|

| 13e. Email Address* | 13f. Home Phone ( ) | 13g. Work Phone ( ) |
|---|---|---|

14. Type of Discrimination You Are Alleging
☐ Race *(Specify)*:       ☐ Sex *(Specify)*:
☐ Color *(Specify)*:      ☐ Age (40+) *(Specify)*:
☐ Religion *(Specify)*:    ☐ Retaliation *(Specify)*:
☐ National Origin *(Specify)*:  ☐ Disability *(Specify)*:

15. Date on which alleged act(s) of Discrimination Took Place

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

17. What Remedy Are You Seeking to Resolve this Complaint?

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™* mediator?
☒ Yes  DATE CERTIFIED 7002 0860 0006 9326 1758 RECEIVED ☐ No
*(Date You Received the Notice of Final Interview)*

| 19a. Signature of Dispute Resolution Specialist      RICHARD KLARE | 19b. Date JAN. 29, 2003 |
|---|---|

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |
|---|---|

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

Counselor's Report
Page     of

Page 6 of 32

PS Form 2565, March 2001 *(page 1 of 2)*



**UNITED STATES**
**POSTAL SERVICE®**

# Notice of Right to File Individual Complaint

TO: Name *(First, MI, Last)*

**MARCO J. THOMAS**

Re: Case No.

**4K-220-0002-03**

This notice will attest to the fact that on **the date you received certified letter 7002 0860 0006 9326 1758**, I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you received this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retain one to represent you. I am providing you with *PS Form 2565, EEO Complaint of Discrimination in the Postal Service*, for this purpose. The complaint must be delivered to:

> OFFICE OF EEO COMPLIANCE AND APPEALS
> CAP METRO OPERATIONS
> PO BOX 1730
> ASHBURN VA 20146-1730

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, age (40+), national origin, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**

- ■ If you change your address, you have a regulatory requirement to immediately report the change to the Manager, EEO Compliance and Appeals, in your area. *(If you are employed at Postal Service Headquarters, a Headquarters Field Unit or by the Postal Inspection Service, you should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)*

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** e.g. race – African American, sex – female, etc.;

- ■ If you allege disability discrimination, the alleged disability must be more than a temporary condition.
- ■ If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

- ■ If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.
- ■ If you allege retaliation, you must show a connection between the action at issue in the complaint your are filing and your past EEO activity. You must also show that when the alleged discriminatory action at issue in this complaint occurred, the management who took the action was aware that you had previously engaged in protected activity.

(5) **The name of the EEO Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

**Privacy Act Notice**

Privacy Act Notice. The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C. § 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which to USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations,

Contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed for the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Dispute Resolution Specialist | Date | Your Signature | Date Received |
|---|---|---|---|
| | **01/29/2003** | | |

*Dispute Resolution Specialist: If you are mailing this Notice, you must send it by Certified Mail, Return*

Counselor's Report

Page _____ of _____

PS Form 2579-A, March 2001



**UNITED STATES**
**POSTAL SERVICE**®

| | Case No. |
|---|---|
| **Allegations of Discrimination Based on Age** | 4K-220-0002-03 |

To: *(Full Name, & Address)*

MARCO J. THOMAS
10008 EDGEWATER TERRACE
FT. WASHINGTON MD 20744-5767

The Age Discrimination in Employment Act (ADEA) of 1967, as amended, prohibits discrimination in employment on the basis of age (40 years or older). The ADEA allows persons claiming age discrimination to go directly to court without going through an agency's administrative complaint procedures. The following information is being provided to you to explain the procedures concerning age discrimination.

If your complaint alleges age discrimination, you may bypass the administrative complaint process by electing not to file a formal complaint and instead filing a civil action in an appropriate U.S. District Court. Before filing suit in U.S. District Court, you must file a notice of intent to sue with the Office of Federal Operations, Equal Employment Opportunity Commission. You must file the notice within 180 calendar days of the date of the alleged discriminatory action. Once you have filed a timely notice of intent to sue with the EEOC, you must wait thirty (30) calendar days before filing a civil action.

A.  *Notices of intent to sue must be mailed to the EEOC at the following address:*

        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        OFFICE OF FEDERAL OPERATIONS
        FEDERAL SECTOR PROGRAMS
        P.O. BOX 19848
        WASHINGTON, D.C. 20036-9848

  *or delivered to:*

        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        OFFICE OF FEDERAL OPERATIONS
        FEDERAL SECTOR PROGRAMS
        1801 L STREET, N.W.
        WASHINGTON, D.C. 20507-0001

  *or faxed (if no more than 10 pages) to:*

        OFFICE OF FEDERAL OPERATIONS
        FEDERAL SECTOR PROGRAMS
        (202) 663-7022.

B.  *The notice of intent to sue should be dated and must contain the following information:*

    (1)  Statement of intent to file a civil action under section 15(d) of the Age Discrimination in Employment Act of 1967, as amended;
    (2)  Your name, address, and telephone number;
    (3)  Name, address, and telephone number of the your designated representative, if any;
    (4)  Name and location of the Postal facility where the alleged discriminatory action occurred;
    (5)  Date on which the alleged discriminatory action occurred;
    (6)  Statement of the nature of the alleged discriminatory action(s); and
    (7)  Your signature or your representative's signature.

C.  If you choose to file a formal EEO complaint, you must exhaust your administrative remedies before you can file a civil action. 29 C.F.R. §1614 provides that you must exhaust administrative remedies under the ADEA: (1) 180 days after filing a complaint, if the Postal Service has not taken final action and you have not filed an appeal; or (2) within 90 calendar days after receiving a final action by the Postal Service; or (3) 180 days after filing an appeal with the EEOC if the Commission has not issued a final decision; or (4) within 90 days after receiving the Commission's final decision on appeal. DATE CERTIFIED LETTER 7002 0860 0006 9326 1758 RECEIVED

| Signature of Dispute Resolution Specialist | Date Issued | Your Signature | Date Received |
|---|---|---|---|
| | 01/29/03 | | Counselor's Report |
| PS Form **2563-B**, March 2001 | | | Page    of |

Page *8* of *32*

Marco Thomas
10008 Edgewater Terrace
Ft. Washington Md 20744

January 6, 2003

Attn: Mary L. Shook, MD. USPS Health Unit, Northern Virginia

Re: Continued Harassment, Medical Violation(s) (Stress), Arlington Main Office

    I have been harassed at this office by continued retaliations and medical
discrimination(s) now for a year. I have made at least 10 attempts to return to work, but without
success because of continued work place harassment, retaliations, and medical violations
(hostile work environment) by the management of Arlington Main P.O. to include the Post
Master, Leonard Napper, Station Managers, Ivy Cash & Now Timthoy Scott, Supervisors,
Anthony Huntley, Lamont Archer, and now Mark Johnson, David Lee.

    I can't believe that any employee of the United States Postal service be treated in this
manner for a year and not receive some kind of financial aid, I am now in financial ruins and am
behind on my mortgage and all bills because of these continued actions I need financial relief
immediately (this has also caused me stress and a reason why my Doctor Arnold O. D. Petterson,
PH, D. is returning me to work). After making so many attempts to return to work, I am now
scared and terrified and stressed over having to return to work at my place of employment or to
work under the Management/Supervision of Arlington Main P.O. because of the continued
above actions by the Post Master, Leonard Napper and the management of Arlington Main P.O.

    Attached are copies of my latest workplace harassment dated (Dec. 6 and 17,
2002) and medical violations that have caused me to be off work from Dec.9, 2002 to today Jan
6 2003.

Thank You,

*Marco Thomas*

Marco Thomas
City Carrier

Counselor's Report
Page    of

Page   9   of 32



Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744

Date: January 14, 2003
Cert No 7002 0510 0001 6317 0366

Attn: Maryana Swift, Server., Manager. EEO Complaints Processing
Response to Cert. No. 7002 0860 0006 9291 1661

Re: Discrimination of Medical (stress) & Age 40+, Retaliation To include Manager, Timothy
Scott, Supervisors, Mark Johnson & Management of Arlington P.O.

On Dec. 9, 2002 I reported to work at the scheduled reporting time 7:00am, and was yelled
at on the work room floor in front of co-worker Raymond Parker and others by supervisor Mark
Johnson to get off the work room floor and to clock off and not to report back until 10:00am. I
continuously requested Union Representation, so as to find out why I had to clock off and return,
Mr Johnson refused me Union Representation(violating my rights) or any explanation for his
request, and once again started yelling at me to clock off and not to return until 10:00am , At that
time Supervisor Carlton McComb came over and asked me to do as Mr Johnson requested, I did as
instructed by Mr Johnson and Mr McComb.

Upon calling back to work to inform Union Representative Curtis Glasper of what had
transpired earlier that morning (see above para.) with Mr Johnson and also to let Mr Glasper know
that I had to seek medical attention because of past and now this recent harassment, that since my
return to work on Dec. 2, 2002 I have been continually discriminated against by Supervisors,
Mark Johnson and David Lee.. because of my medical(Stress), (see attched letters dated Nov 7,
and Dec. 2, 2002 From Health Unit and Nov. 26, 2002 fron Dr. Peterson) and starting time
conflicts and learning Rt. 111. I filed a grievance with Xanthippia Brown, Union Rep. and an
EEO complaint against them. After speaking with Mr Glasper I asked Mr Glasper to let me
inform a supervisor of my Doctors appointment. I talked with Station Manager, Timothy Scott
who let me know that Mr Glasper was standing next to him while we were speaking (I then let Mr
Scott know that I also had a person on a connecting line listening also Mr Scott said he didn't
care) and accused me of calling to inform Mr Glasper of my Doctors appointment and not him. I
then informed Mr. Scott of my Doctors appointment, Mr Scott with Union Rep.Curtis Glasper as
witness asked me what was my medical condition, I let Mr. Scott know that it was illegal to ask
my medical condition. Mr Scott then tried to diagnose my medical condition over the phone and
let me know that I was well enough to work that morning (Mr. Scott was not there at the time of
the Mr. Johnsons harassment earlier that morning) and wanted to know why I was seeking medical
attention (Mr. Scott is not a Doctor). I let Mr Scott know that continued past harassment by Mr
Johnson and Mr Lee and now the actions of Mr Johnson earlier that morning was the reason I had
to seek medical attention. I then reiterated to Mr Scott that I was sick and seeking medical
attention and for us to discuss it when I return to work.

Date: January 14, 2003
Cert No.  7002 0510-0001 6317 0366

Attn: M. Swift, Server, Mgr. EEO Comp.. Proc.
Resp. Cert. No.  7002 0860 0006 9291 1661

Re: Discrimination. of Med.(Stress) & Age 40+, Retal. by Sta. Mgr. T. Scott, Sup. Mark Johnson
   & Mgt. Arlington. Main P.O.

I am also being harassed about my performance on Rt. 111, I'm new to the route and am not (without all the badgering from Mr. Johnson And Mr Lee) able to learn . I was told by Mr. Johnson and Mr Lee upon returning to work on Dec. 2, 2002  I was expected to case and to carry Rt. 111 in the same time it took the previous carrier(s)no matter what age. I informed them that I can only go at my pace and in accordance with being new on and not knowing the route. (This is where I believe the start time harassment has developed)

I have made 10+ attempts to return to work at Arlington Main P.O. without success, have filed at least 10+ EEO Complaints and at least 5+ Union Grievances over the past year in regards to violations of my medical condition(Stress), harassment, retaliations and continued work place agitations, (hostile work environment) made by that offices management, (which has not been resolved yet) to include the Post Master,  Leonard Napper, Station Manager, Ivy Cash and now Timothy Scott, Supervisors, Anthony Huntley, Lamont Archer, and now Mark Johnson and Mr David Lee. And now because of these continued attacks I am now in financial ruin with no financial aid from the USPS and am behind on my mortgage and all other bills because of the management of Arlington Main office, which has not allowed  me to return to work in a safe and non hostile work environment and now for which my doctor has put me off until further notice because of continued aggravation of my medical condition(Stress) by the management of Arlington Main P.O. until some settlement is reached between the management of the USPS, the EEOC, myself and my Legal Council.

I do not wish to participate in REDRESS. I am requesting to be made whole for all lost wages and lost leave. Pain and suffering compensation. A written copy of Arl. Main P.O. date of these incident(s) reporting starting time and the present starting time. A stop to all future harassments, retaliations, workplace Age 40+ and medical violations/discriminations, to return to work in an non hostile work environment at Arlington Main P.O. and disciplinary actions against to include removal of all persons responsible for all rights violations. retaliations, violations of medical, false allegations, and any deprivations of character. And pay all legal fees that may accrue.

Marco Thomas
City Carrier

Counselor's Report
Page     of
Page  11   of  32

EEO/ADR Office
Northern Virginia Performance Cluster

 **UNITED STATES**
**POSTAL SERVICE**

January 17, 2003

Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744-5767

Case # 4K-220-0002-03

Mr. Thomas:

I have been unable to reach you to schedule to meet with you on your EEO precomplaints. I tried to reach you at work and was told you were not in a duty status at this time. I tried to reach you at your home telephone number and was blacked by the call intercept from leaving a message.

Please contact me at (703) 406-6693 in order to set up a meeting to discuss your precomplaints. We can either meet in person or by telephone. My office is at the Dulles P & DC, near Dulles airport.

Richard J. Klare, Jr.
Dispute Resolution Specialist

cc: file

EEO Office
Dulles P & DC
44715 Prentice Drive
Dulles VA 20101-9411
(703) 406-6693

Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744
Phone: 301-567-2473

**City Carrier USPS**

# Fax

To:    **Richard J. Klare, Jr.**    From:    **Marco Thomas**

*EEO, Dispute Resolution Specialist*

| **Fax:** 703-406-6323 | **Date:** | **January 31, 2003** |
|---|---|---|
| **Phone:** 703-406-6323 | **Pages:** | **1** |
| **Re:** Case# 4K-220-0002-03 | **cc:** | Judge Simon Banks, ALJ |
| Letter dated: January 17, 2003 | | Office: 202-347-5458 - Fax: 703-575-8489 |
| | | & Xanthippia Brown |
| | | Office: 703-525-3757 |

☐ **Urgent**   ☒ **For Review**   ☐ **Please Comment**   ☒ **Please Reply**   ☐ **Please Recycle**

**•Comments:** This is in response to our January 30, 2003 conversation in regards to your January 17, 2003 letter requesting to discuss my precomplaints, I agreed to set up a meeting to discuss my precomplaint (I also requested to Participate in REDRESS) in Response Cert No. 7002 0510 0000 6882 8829 for Cert. No. 7002 0510 0001 6317 0410, Descrimination, for Mental Disability (Stress), & Age 40+ dated: December 14, 2003. I have not received a scheduled date/time as of yet. I also notified you of my legal representation (see cc: above), to retain my Representative/Witness Xanthippia Brown, I also requested counciling related to a 14 day suspension notice I received in Retaliation, Discrimination of Race, Age (40+), & Physical and Mental Disability (Stress) by Supervisor, Mark Johnson over the December 14, 2003 EEO Complaint.

Please notify me and my Representatives of meeting date/time/place.

*Marco Thomas*

**Marco Thomas**

**City Carrier**

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?    ☒ No    ☐ Yes

## I. Representation

You have the right to retain representation of your choice. *(Check One)*

☐ I waive the right to representation at this time.    ☐ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title |
|---|---|
| Simon Banks | |

| Organization | Telephone No. | Email Address * |
|---|---|---|
| Judge Banks Group | (703) 575-8481 | JUdgebanks@MSN.Com |

Mailing Address *(Street or P.O. Box, City, State and ZIP + 4)*
1800 Diagonal Rd Suite 600, Alexandria VA 22314-2840

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s) Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Statement

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if like or related to a formal complaint that I have already filed, or if the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, Information for Pre-Complaint Counseling,* I recognize that the Manager, Dispute Resolution, will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

| Please Print Your Name Here | Marco Thomas | |
|---|---|---|
| Your Signature | Marco G Thomas | Date Signed: 2-10-03 |

## Please Return This Form to:

MANAGER, EEO COMPLAINTS PROCESSING
NORTHERN VIRGINIA PERFORMANCE CLUSTER
44715 PRENTICE DRIVE
DULLES  VA 20101-9411

Counselor's Report
Page    of

Page 14 of 32

Cert# C302090000049546195

**RECEIVED**
DEC 4 2002
COMPLAINT PROCESSING AND RESOLUTION
NORTHERN VA

**U.S. Postal Service**
**Information for Pre-Complaint Counseling**

7002 0860 0006 9291 1043

| Certified Mail No. | Date Mail | or | Hand Delivered On |
|---|---|---|---|
| 0006 9291 1043 | 11-29-02 | | |
| By (initials) Ms. | Case No. | | |

On ___NOVEMBER 29, 2002___, you requested an appointment with a Dispute Resolution Specialist.
*Month, Day, Year*

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt*. This the only notification that you will receive regarding the necessity for you to complete this form.

## A. Requester Information

| Name (Last, First, MI) | Social Security No. | Home Telephone No. |
|---|---|---|
| THOMAS, MARCO | 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 | (301) 567-2473 |

Your Mailing Address  10005 Edgewater Terrace, Ft Washington Md 20744

Name of Postal Facility Where You Work  Arlington Main

Office Telephone No. ( )

Address of Postal Facility  3118 Washington Blvd. Arl VA 22210

Email Address *

| Employment Status (Check One) | Position Title City Carrier | Grade Level |
|---|---|---|
| ☐ Applicant ☐ Casual ☐ TE ☒ Career | | |

| Pay Location | Tour | Duty Hours 0700-3:30 | Off Days (If Tour I, Show Nights Off) Thue | Time in Current Position 14 Years ___ Months |
|---|---|---|---|---|

| Your Supervisor's Name Anthony Huntley | Supervisor's Title | Supervisor's Telephone No. (703) 525-8006 |
|---|---|---|

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

## B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity)*. These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*

Mental Disability (Stress), Age 40+ & Retaliation  Cert #C302090000
(See attached Medical)  49546195
See Attached Cert#

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On __March__, I engaged in EEO activity.   Case No. 4K-221-2087-02
   *Month, Day, Year*

2. On _____, I engaged in EEO activity.   Case No.: _____
   *Month, Day, Year*

## C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On October 28 & 29, 2002 I do not wish to Redress
I returned to work from stress illness on new Rt #1005 Wet was
immediatly harassed by Ivy Cash, Anthony Huntley & David Leeton 29 Oct Mana-
gement (Station Mgr Ivy Cash Supervisors Anthony Huntley & David Lee) about My 1st
day on new Rt III I asked for Union Rep Xanthippa Brown who was
told by I. Cash Sta. Mgr & Supervisor A. Huntley that Ms X Brown nor Mr.
Curtis Glasper wanted to Represent me. I was then given Grannell Gross the
Alt. Union Rep. Was yelled at by Mr Cash & Mr Huntley and told that if I
didn't go faster to learn Rt III I would be taken off, which put me back

Counselor's Report
Page ___ of ___

PS Form 2564-A, March 2001 (Page 1 of 3)

**D. Comparisons**

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. All employees Arl Main R.O.    Age    All were given eeo Proper time to
   _(Name of Employee)_    _Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)_
   was treated differently than I when: All other employees at Arlington Main were
   given the opportunity to learn thier new position(s). (40 & under)
   Cert #03C 20980000 4954 6195

2. _____
   _(Name of Employee)_    _Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)_
   was treated differently than I when: _____

3. _____
   _(Name of Employee)_    _Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)_
   was treated differently than I when: _____

**E. Official(s) Responsible for Action(s)**

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name Ivl Cash | b. Title Station Manager |
| c. Office Arlington Main | d. Grade Level |
| 2a. Name Anthony Huntley & David Lee | b. Title Supervisors |
| c. Office Arl. Main | d. Grade Level |

Retaliation Allegations Only: Was/were the official(s) listed in Section E above aware of your prior EEO activity?
☒ Yes  ☐ No    If yes, explain how the official(s) became aware: Have at least 7 EEO Complaints Againsts Mr Cash & Mr Huntley (Attachments) Statement Dated Dec 9, 2002, P3 (Crm 3996 Dated 10-28-02; Medical Notices Dated Oct 29, 2002 & Nov 26, 2002)

**F. Resolution**

What are you seeking as a resolution to your pre-complaint?
To be made whole for all lost wages, pain & suffering & stop to harrassment & retaliation.

**G. Grievance/MSPB Appeal**

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?    ☒ No    ☐ Yes    If yes, _____
                                                        _(Date)_    _(Current Step)_

2. Filed an MSPB appeal on this issue?    ☒ No    ☐ Yes    If yes, _____
                                                              _(Date Appeal Filed)_

PS Form **2564-A**, March 2001 (Page 2 of 3)

Counselor's Report
Page ___ of ___

Page 16 of 32

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?    ☒ No    ☐ Yes    Cert #03020980000149546195

## I. Representation

You have the right to retain representation of your choice. *(Check One)*

☒ I waive the right to representation at this time.    ☐ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title | |
|---|---|---|
| Organization | Telephone No. (    ) | Email Address * |

Mailing Address *(Street or P.O. Box, City, State and ZIP + 4)*

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s) Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Statement

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-Complaint Counseling*, I recognize that the Manager, Dispute Resolution, will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

| Please Print Your Name Here | | |
|---|---|---|
| Lance Thomas | | |
| Your Signature  Lance Thomas | Date Signed  12-9-02 | |

## Please Return This Form to:

MANAGER, EEO COMPLAINTS PROCESSING
NORTHERN VIRGINIA PERFORMANCE CLUSTER
44715 PRENTICE DRIVE
DULLES  VA 20101-9411

**R E C E I V E D**

U.S. Postal Service DEC 1 7 2002

## Information for Pre-Complaint Counseling

EEO OFFICE OF DISPUTE & RESOLUTION
NORTHERN VA

| Certified Mail No. 7002 0510 0000 6882 8829 | Date Mail 12-09-02 | or | Hand Delivered On |
|---|---|---|---|
| By (Initials) Ms. | Case No. | | |

On DECEMBER 9, 2002 , you requested an appointment with a Dispute Resolution Specialist.
_____Month, Day, Year_____

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt.* This the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

| Name (Last, First, MI) MARCO, THOMAS | Social Security No. 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 | Home Telephone No. (301) 567-2473 |
|---|---|---|

Your Mailing Address 0002 Edgewater Terrace  Ft. Washington  Md 20744

Name of Postal Facility Where You Work  Arlington Main  |  Office Telephone No. (703) 525-3006

Address of Postal Facility 3118 Washington Blvd  Arl VA 22210  |  Email Address *

| Employment Status (Check One) ☐ Applicant  ☐ Casual  ☐ TE  ☒ Career | Position Title City Carrier | Grade Level 1 |
|---|---|---|

| Pay Location | Tour | Duty Hours 700 am 3:30 pm | Off Days (If Tour I, Show Nights Off) Thursday | Time in Current Position 14 Years ___ Months |
|---|---|---|---|---|

| Your Supervisor's Name Mark Johnson | Supervisor's Title | Supervisor's Telephone No. (703) 525-3006 |
|---|---|---|

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability,* or in *Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*

Mental Disability (Stress) medical Attached Dated 11/26/02, 12-2-02 & 12-3-02 &
Age 40+                                      11-7-02

*For Retaliation Allegations Only:* If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity.    Case No.: _____
   _____Month, Day, Year_____

2. On _____, I engaged in EEO activity.    Case No.: _____
   _____Month, Day, Year_____

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On Dec 2, 2002
___Month, Day___    ___Year___

returned to work on prev route after returning from Medical Apt at PO
Medical Unit - Mr Johnson Wanted Starting time to be 900 instead of 7 cc reporting
time per Arling Main Station. (See Attached letter Dated Dec 14, 2002, Cert # 7002-0510-
0001-6837-0416) Attachments: Medical Dated 11-26-02 - 12-2-02 &
                                              12-3-02 & 11-7-02.

(2) PS Form 3971 for Dec 2-02

Counselor's Report
Page ___ of ___

Page 18 of 3-2

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _All Employees Arl Main P.O._    _all Male & Female employees all origins_
   (Name of Employee)      Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _All were allowed to work at scheduled work_
   _reporting time 7.00 and all are allowed lunch in 8 hr Day schedule._
   _(See attached letter Dated Dec 14, 2002 Cert # 7002 0510 0001 6317 C4(0)_

2. _____
   (Name of Employee)      Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____

3. _____
   (Name of Employee)      Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name _Mark Johnson_ | b. Title _Supervisor_ |
|---|---|
| c. Office _Arlington Main_ | d. Grade Level |
| 2a. Name _David Lee_ | b. Title _Supervisor_ |
| c. Office _Arl Main_ | d. Grade Level |

Retaliation Allegations Only: Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☐ Yes  ☐ No  If yes, explain how the official(s) became aware:

_____

_____

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

_Be Made whole for all lost time by x2 & request of reporting Sterling-time for Arl_
_Main P.O. and x2 for all alloted time post Medical limitations Reminders for lunch. time of Retirement_
_for Mr Johnson & McLee stop to future Harassment & retaliation. (See Attached letter) C4(0)_

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

| | | | |
|---|---|---|---|
| 1. Filed a grievance on the issue? | ☐ No  ☒ Yes | If yes, _Dec 6, 2002_ (Date) | ? (Current Step) |
| 2. Filed an MSPB appeal on this issue? | ☐ No  ☐ Yes | If yes, (Date Appeal Filed) | Counselor's Report Page ____ of ____ |

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?     ☒ No     ☐ Yes

## I. Representation

You have the right to retain representation of your choice. *(Check One)*

☒ I waive the right to representation at this time.     ☒ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title |
|---|---|
| Xantippa Brown | Union Rep. / Co-worker |
| Organization | Telephone No. | Email Address * |
| AFL-CIO Union Rep. | (703) 925-8006 | |

Mailing Address: *(Street or P.O. Box, City, State and ZIP + 4)*

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s) Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Statement

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if like or related to a formal complaint that I have already filed, or if the claim(s) constitutes a spin-off complaint.* (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-Complaint Counseling,* I recognize that the Manager, Dispute Resolution, will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

| Please Print Your Name Here | |
|---|---|
| Alma Thomas | |
| Your Signature | Date Signed |
| Alma Yaines | 12-14-02 |

## Please Return This Form to:

> MANAGER, EEO COMPLAINTS PROCESSING
> NORTHERN VIRGINIA PERFORMANCE CLUSTER
> 44715 PRENTICE DRIVE
> DULLES  VA 20101-9411

Cert # 7002 0510 0001 6317 C40


**UNITED STATES POSTAL SERVICE** ®

Ꝕ᷒ᴇ᷒ᴏ᷒ᴄᴏᴄ᷄ᴄ᷄ᴄ᷄ᴄᴏᴄᴄᴄ Certification of Receipt — Publication 133

### Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Disrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; . to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; or to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### Certification of Receipt — Publication 133

I hereby certify that on this date I received a copy of Publication 133, *What You Need to Know About EEO*, to keep for my personal records.

Signature of Recipient: _____

**RECEIVED**
DEC 17 2002
EEO OFFICE OF DISPUTE . RESOLUTION
NORTHERN VA

Date 12-17-02

**Note:** Recipient, when you receive this form by mail, please sign and return form via EEO Office at the same time you return your completed PS Form 2564-A, *Information for Pre-Complaint Counseling.*

### Certification of Service — Publication 133

I hereby certify that on this date, Publication 133, *What You Need to Know About EEO,*

was mailed to _____ THOMAS MARCO _____

via Certified Mail No. 7002 0510 0000 6882 8829          12-09-02

*or* delivered by hand to _____

Signature of Server *Mary Ana Swint*          MARYANA SWINT          Date 12-09-0

PS Form 2563-A, March 2001

Counselor's Report
Page    of

U.S. Postal Service ℅# TRANSCOR 1637 CHC

| | |
|---|---|
| **Agreement to Extend 30-Day EEO Counseling Process** | Case No. |
| | Date of Contact |
| | 12-09-02 |

I, ___THOMAS MARCO___, in accordance with 29 C.F.R. §1614.105(e), hereby agree to postpone the final interview and to extend the informal counseling process for a period up to 60 additional days. In signing this agreement, I understand that I retain my right to file a formal complaint if the matter(s) which I raised during counseling is not resolved within 90 calendar days from the date of my first contact with the EEO Office, and at any time thereafter up to 15 calendar days after my receiving my notice of right to file a discrimination complaint.

**Privacy Act Notice**

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complaint, and for Postal Service employees and other witnesses.

Signature of Counselee

___[signature]___

Date  13-14-02

PS Form 2567-A, March 2001

J.S. Postal Service

**Information for Pre-Complaint Counseling**

7002 0860

| Certified Mail No. 0006 9291 1661 | Date Mail 01-02-03 | or | Hand Delivered On |
|---|---|---|---|
| By (Initials) *Ms.* | Case No. | | |

On _____JANUARY 2, 2002_____, you requested an appointment with a Dispute Resolution Specialist.
*Month, Day, Year*

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt.* This the only notification that you will receive regarding the necessity for you to complete this form.

## A. Requester Information

Name *(Last, First, MI)*    THOMAS, MARCO

Social Security No. *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*    Home Telephone No. *(301) 567-2473*

Your Mailing Address *10008 Edgewater Terrace Ft Washington Md 20744 - 5767*

Name of Postal Facility Where You Work *Arlington Main P.O.*

Office Telephone No. *(703) 525-8006*

Address of Postal Facility: *3118 Washington Blvd. Arlington VA 22210*    Email Address *

| Employment Status *(Check One)* | | | Position Title *City Carrier* | Grade Level |
|---|---|---|---|---|
| ☐ Applicant  ☐ Casual  ☐ TE  ☒ Career | | | | |

| Pay Location | Tour | Duty Hours *07:00 - 3:30* | Off Days *(If Tour I, Show Nights Off)* *Thursday* | Time in Current Position *14* Years ___ Months |
|---|---|---|---|---|

Your Supervisor's Name *Mark Johnson*

Supervisor's Title

Supervisor's Telephone No. *(703) 525-8006*

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

## B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*
*Age 40+, Mental Disability and Retaliation*

JAN 17 2003

**For Retaliation Allegations Only:** If you are alleging retaliation discrimination, provide the date(s) and specific action(s) which you feel caused you to be retaliated against.

1. On *Dec 14 2002* , I engaged in EEO activity.    Case No.: _____
   *Month, Day, Year*

2. On _____ , I engaged in EEO activity.    Case No.: _____
   *Month, Day, Year*

## C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On *Dec 9* , *2002* ,
   *Month, Day*       *Year*

*Retaliation from prior EEO Complaint, Discrimination of Mental Disability (Stress) and being harassed and singled out for start time at Arlington Main P.O. Because of above Retaliation & Discrimination. See Attached Copy Cert # 7002 0510 0001 6317 0366 Dated January 14, 2003. Medical Forms dated Nov 7 & 26 December 2, 3, 10, 2002. & Letter to Health Unit DR Shook Md 1-6-03*

Counselor's Report
Page ___ of ___

PS Form 2564-A, March 2001 *(Page 1 of 3)*

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. All Employees at Arl Main P.O  >40+ *All other employee(s) with & without
   31k West (Name of Employee) 22210                    Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   was treated differently than I when: Medical  Start work at regular reporting time.
   Date of incident 7:00 AM  Now 8:00PM  asked to Start work at
   10:00 AM

2. All employees Arl Main P.O. 2220          40+   & Medical Discrimination
   (Name of Employee)                         Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   was treated differently than I when: All employee Allowed to Start Work on Jan 9 at 7:00am
   And I was refused after hitting on timeclock force to hit off and Start at
   10:00Am & being asked Medical Condition by Station MGR. Timothy Scott.

3. _____  See
   (Name of Employee)          Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   was treated differently than I when: Cert# 7002C5l0C0Ul63l70366

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name Mark Johnson & David Lee | b. Title Supervisors |
|---|---|
| c. Office Arl Main P.O. | d. Grade Level |
| 2a. Name Timothy Scott | b. Title Station Manager |
| c. Office Arlington Main P.O. | d. Grade Level |

**Retaliation Allegations Only:** Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☒ Yes  ☐ No    If yes, explain how the official(s) became aware:

I Filed to Union & EEO          &          againts Mr Johnson & Mr Lee
(Grievance)

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

Pain and Suffering Compensation. To be made whole for all lost wages
travel expence to Dr & P.O. Health Unit. Desaplinary Action against Mr Johnson Mr Lee & Mr Scott
Stop to harrasment and future Retaliations. Payroll occured Legal Fees

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

| 1. Filed a grievance on the issue? | ☐ No | ☒ Yes | If yes, Dec 17, 00 (Date) | ? (Current Step) |
|---|---|---|---|---|
| 2. Filed an MSPB appeal on this issue? | ☐ No | ☐ Yes | If yes, (Date Appeal Filed) | Counselor's Report Page    of |

PS Form 2564-A, March 2001 *(Page 2 of 3)*

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?    ☒ No    ☐ Yes

## I. Representation

You have the right to retain representation of your choice. *(Check One)*

☒ I waive the right to representation at this time.    ☐ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title | |
|---|---|---|
| Organization | Telephone No.<br>(    ) | Email Address * |
| Mailing Address *(Street or P.O. Box, City, State and ZIP + 4)* | | |

\* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s) Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Statement

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if like or related to a formal complaint that I have already filed, or if the claim(s) constitutes a spin-off complaint.* (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-Complaint Counseling,* I recognize that the Manager, Dispute Resolution, will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

| Please Print Your Name Here<br>Maree Thomas    return Cert # 70020510000163170366 attached Letter | |
|---|---|
| Your Signature<br>Maren Thomas | Date Signed<br>14-03 |

## Please Return This Form to:

MANAGER, EEO COMPLAINTS PROCESSING
NORTHERN VIRGINIA PERFORMANCE CLUSTER
44715 PRENTICE DRIVE
DULLES  VA 20101-9411

Counselor's Report
Page    of

Page  25  of  32

PS Form 2564-A, March 2001 *(Page 3 of 3)*


**UNITED STATES**
**POSTAL SERVICE**®

## Certification of Receipt — Publication 133

**Privacy Act Notice**

**Privacy Act Notice.** The collection of this information is authorized the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Disrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**Certification of Receipt — Publication 133**

I hereby certify that on this date I received a copy of Publication 133, *What You Need to Know About EEO*, to keep for my personal records.

| Signature of Recipient | Date |
|---|---|
| Marco Thomas | 1-4-02 |

**Note:** Recipient, when you receive this form by mail, please sign and return it to the EEO Office at the same time you return your completed PS Form 2564-A, *Information for Pre-Complaint Counseling.*

**Certification of Service — Publication 133**

I hereby certify that on this date, Publication 133, *What You Need to Know About EEO,*

was mailed to _____ MARCO THOMAS _____

via Certified Mail No. ___ 7002 0860 0006 9291 1661 _____ 01-02-03 _____

*or* delivered by hand to _____

| Signature of Server | Date |
|---|---|
| Maryana Swint    MARYANA SWINT | 01-02-03 |

PS Form 2563-A, March 2001

Counselor's Report
Page ___ of ___

U.S. Postal Service
**Information for Pre-Complaint Counseling**

7002 0510

| Certified Mail No. | Date Mail | or | Hand Delivered On |
|---|---|---|---|
| 0000 8997 8657 | 09-23-02 | | |
| By *(Initials)* Ms | Case No. | | |

On _SEPTEMBER 23, 2002_, you requested an appointment with a Dispute Resolution Specialist.
*Month, Day, Year*

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt.* This the only notification that you will receive regarding the necessity for you to complete this form.

**A. Requester Information**

Name *(Last, First, MI)*    THOMAS, MARCO    Social Security No. 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    Home Telephone No. (301) 567-2473

Your Mailing Address  10008 Edge Water Terrace  Ft. Wash. Md 20744-5767

Name of Postal Facility Where You Work  Arlington Main P.O.    Office Telephone No. ( )

Address of Postal Facility  3118 Washington Blvd. 22210    Email Address *

Employment Status *(Check One)*  ☐ Applicant  ☐ Casual  ☐ TE  ☑ Career    Position Title  City Currier    Grade Level 01/0

Pay Location 017    Tour 2    Duty Hours 8a-4:30p    Off Days *(If Tour I, Show Nights Off)* Thur    Time in Current Position 14 Years ___ Months

Your Supervisor's Name  Anthony Huntley    Supervisor's Title  Customer Service    Supervisor's Telephone No. (301) 567-2473

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

**B. Discrimination Factors**

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*
Mental Disability & Retaliation
(Stress)
(See attached Medical Dated Sept, 17, 02)

*For Retaliation Allegations Only:* If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _9-9-02_, I engaged in EEO activity. Case No.: 4K-220-0064-02
*Month, Day, Year*

2. On _4-10-02_, I engaged in EEO activity. Case No.: 4K-220-0064-02
*Month, Day, Year*

**C. Description of Incident/Activity**

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On _Sept, 5_, 200_2_,
*Month, Day*                    *Year*
Put in Request for (LWOP) Leave Without Pay (see attached Copy Dated Sep 5 2002).
Who denied by Postmaster Leonard Napper On Sept 16, 2002 (See Attached Copy dated
9-16-02) & Request for Not of Abs form 3971 dated 9/9/02 - Reason for denial
of Request invalid. and in Retaliation. (See Attached Letter dated 9-30-02)

PS Form 2564-A, March 2001 *(Page 1 of 3)*

Counselor's Report
Page ___ of ___

Page 27 of 32



RECEIVED
OCT 7 2002
EEO OFFICE OF DISPUTE RESOLUTION
NORTHERN VA

Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744

Date: September 30, 2002
Cert. Mail No. 7001 1940 0004 4260 3962

Attn: Manager, EEO Complaints Processing
Response Cert. No. 7002 0510 0000 8997 8657

Re: Retaliation, Harassment, Discrimination of Mental Disability (Stress), Post Master, Leonard Napper, Station Manager, Ivy Cash, Supervisor, Anthony Huntley

On June 25, 2002 I received a letter dated June 18, 2002 from Anthony Huntley (cert. no. 7001 1940 0006 9132 7978) the subject was Extended Absences which stated I had to send a diagnosis and prognosis to the Medical Unit once each pay period which my doctor and I have submitted.

Now the Post Master, Leonard Napper, Station Manager Ivy Cash, and Supervisor Anthony Huntley are now trying to retaliate against my Medical Condition (Stress). ( witnessed by Xanthippia Brown Union Rep.) saying I haven't provided suitable documentation (see attached letter dated Sept. 16, 2002), which isn't true. Mr Napper and the management of Arlington Main P. O. are not authorized to know my medical diagnosis or prognosis, my doctor (see attached letter dated Sept 17, 2002) and I have submitted proper documentation to support my absences to the Medical Unit each pay period and have given the management of Arl.Main P. O. proper notices of all absences.

This attack is an unwarranted harassment retaliation and very unprofessional. And has caused me more stress and anxiety over which I am off from work for and unable to pay my bills and unable to return to work in a safe and non-hostile/harassing work environment. I am now afraid of working in any offices overseen by the Post Master, Leonard Napper or work under the supervision of Ivy Cash or Anthony Huntley.

I want to be approved for my request for sept. 5, 2002, a stop to the continued retaliations, harassments and discriminations of my Medical Condition (Stress). Pain and suffering compensation of 60,000,000.00 and to be paid x2 for all sick or annual leave used without notice from me after Sept. 5, 2002.

Marco Thomas
City Carrier

Counselor's Report
Page    of

Page 28 of 32

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____    _____
   *(Name of Employee)*                *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

   was treated differently than I when: _____

   _____

   _____

2. _____    _____
   *(Name of Employee)*                *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

   was treated differently than I when: _____

   _____

   _____

3. _____    _____
   *(Name of Employee)*                *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

   was treated differently than I when: _____

   _____

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name Leonard Napper (Postmaster A+L VA) Mr (Ivy Cash | b. Title Station Man. A+L Main PO ) |
| c. Office All A+L Main P.O. | d. Grade Level |
| 2a. Name Anthony Huntley | b. Title Supervisor |
| c. Office | d. Grade Level |

**Retaliation Allegations Only:** Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☒ Yes    ☐ No    *If yes, explain how the official(s) became aware:*

See Attached Letter dated. 9-30-02.

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

Pain & Suffering in Amount of 60,000,000,000.00. Stop to Continued. harassment, & Retaliation, and for any Leave Usage after Sept. 5, 2002 to be paid X 2 for all used. Leave, and approval of Leave Without Pay (LWOP) (Sick & Annual)

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

| | | | | |
|---|---|---|---|---|
| 1. Filed a grievance on the issue? | ☒ No | ☐ Yes | If yes, _____ *(Date)* | _____ *(Current Step)* |
| 2. Filed an MSPB appeal on this issue? | ☐ No | ☐ Yes | If yes, _____ *(Date Appeal Filed)* | Counselor's Report Page of |

PS Form **2564-A**, March 2001 *(Page 2 of 3)*

Page 29 of 32

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?  ☒ No   ☐ Yes

## I. Representation

You have the right to retain representation of your choice.  *(Check One)*

☒ I waive the right to representation at this time.    ☐ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title | |
|---|---|---|
| Organization | Telephone No. ( ) | Email Address * |
| Mailing Address *(Street or P.O. Box, City, State and ZIP + 4)* | | |

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s) include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Statement

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-Complaint Counseling,* I recognize that the Manager, Dispute Resolution, will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please Print Your Name Here *Marco Thomas*

Your Signature *Marco Thomas*    Date Signed *9-30-02*

## Please Return This Form to:

MANAGER, EEO COMPLAINTS PROCESSING
NORTHERN VIRGINIA PERFORMANCE CLUSTER
44715 PRENTICE DRIVE
DULLES   VA  20101-9411

Counselor's Report
Page    of

Page **30** of **32**

PS Form 2564-A, March 2001 *(Page 3 of 3)*



**UNITED STATE**
**POSTAL SERVICE** ®

## Certification of Receipt — Publication 133

### Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Disrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### Certification of Receipt — Publication 133

I hereby certify that on this date I received a copy of Publication 133, *What You Need to Know About EEO*, to keep for my personal records.

| Signature of Recipient | Date |
|---|---|
| *[signature]* | 9-30-02 |

**Note:** Recipient, when you receive this form by mail, please sign and return it to the EEO Office at the same time you return your completed PS Form 2564-A, *Information for Pre-Complaint Counseling*.

### Certification of Service — Publication 133

I hereby certify that on this date, Publication 133, *What You Need to Know About EEO*, was mailed to _____ MARCO THOMAS _____

via Certified Mail No. __7002 0510 0000 8997 8657__     09-23-02

*or* delivered by hand to _____

RECEIVED
OCT - 7 2002
EEO OFFICE OF DISPUTE RESOLUTION
NORTHERN VA

| Signature of Server | Date |
|---|---|
| *Mary Ana Swint*   MARYANA SWINT | 09-23-02 |

PS Form **2563-A**, March 2001

Counselor's Report
Page ___ of ___

Page __3𝟼__ of __32__



Marco Thomas
10008 Edgewater Terr.
Fort Washington, MD 20744

RECEIVED
EEO OFFICE OF...
JAN 17 2003
...VA RESOLUTION

7002 0510 0001 6317 0366

UNITED STATES
POSTAL SERVICE

Mgr. EEO Complaints Processing
Northern Va Performance Cluster
44715 Prentice Drive-
Dulles VA 20101-9414

0000                    20101

U.S. POSTAGE
PAID
FORT WASHINGTON,MI
JAN 14 03
AMOUNT
$4.88
0003718-4-21

Counselor's Report
Page      of

Page 32 of 32