| U.S. Postal Service | Page No. | No. Pages | Case No. |
|---|---|---|---|
| **EEO Investigative Affidavit** *(Complainant)* | 1 | | 4K-220-0002-03 |

| 1. Affiant's Name *(First, Middle, Last)* | 2. Employing Postal Facility |
|---|---|
| Marco J. Thomas | Arlington Post Office |

| 3 Position Title | 4 Grade Level | 5 Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| City Carrier | 01/O | 3119 Washington Boulevard<br>Arlington, VA 22210-9998 | |

### Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for Investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### Important Information Regarding Your Complaint

This PS Form 2568-A, *EEO Investigative Affidavit (Complainant)*, and the other form mentioned below, are being provided for you to use to fully respond to the accompanying questions. Mail or deliver your completed statement to the EEO complaints investigator within 15 calendar days of the date you received the forms. Use PS Form(s) 2569, *EEO Investigative Affidavit (Continuation Sheet)*, as needed, to complete your written statement. Remember to number the top of each page and sign and date the bottom of each page of your statement. If you return your statement by mail, the return envelope must be postmarked on or before the 15th calendar day after the date that you received the affidavit forms. Failure to complete your statement and return the forms within the allotted time period could result in your complaint being dismissed based upon your failure to proceed. EEOC complaints processing, 29 C.F.R. 1614.107(a)(7), states, in part, [A complaint may be dismissed] "Where the agency has provided the complainant with the written request to provide relevant information or otherwise proceed with the complaint, and the complainant has failed to respond to the request within 15 days of its receipt, or the complainant's response does not address the agency's request, provided that the request included a notice of the proposed dismissal."

7. Statement *(Use Form 2569 if additional space is required)*

YOU HAVE THE RIGHT TO REPRESENTATION DURING THE COMPLETION OF THIS AFFIDAVIT.

Q1. You are entitled to have a representative at all times during the processing of your complaint. Do you elect to have a representative? **(If yes, please state his/her name, position title, and address [include zip+4]. If no, please write your first statement that you have been advised of representation, but waived representation at this time.)** Yes

A1. Former Administrative Law Judge Simon Banks, 1800 Diagonal Road. Suite #600 Alexandria, VA. 22314-2840

Q2. For the record, please state your name (first, middle initial & last) mental disability, age (DOB), pay location and position title.

A2. Marco J. Thomas, City Carrier, Mental-Stress/Depression, DOB 10-14-62 ARL Main P.O.

**ISSUES:** Discrimination due to mental disability (Stress), age (dob: 10/14/62) and retaliation (Prior EEO Activity) when: (1) on September 16, 2002, your request for LWOP in lieu of annual or sick leave for the period of September 5, 2002 until further notice was disapproved by Postmaster Napper; (2) on December 9, 2002, you reported for duty as scheduled however, you were yelled at in front of fellow employees by Supervisor Mark Johnson to get off the floor and return at 10:00 am; (5) on December 2, 2002, after returning from an appointment at the USPS medical unit, you were advised by Supervisor Johnson that your reporting time had been changed from 7:00 am to 9:00am that day thus making the job related appointment off-the-clock when it should have been on the clock; and, (6) on February 10, 2003, you received a Notice of Fourteen (14) Day Suspension from Mark Johnson.

Affidavit A
Page 1 of 15

**Q11** *Explain in detail* why you feel your age (DOB) caused or became a factor when on September 16, 2002, your request for LWOP in lieu of annual or sick leave for the period of September 5, 2002 until further was disapproved.

**A11.** I did not list age as a factor on this complaint.
See Cert No. 7001 7940-0004-4260-3962 Dated 9/30/2002
I Filed Retaliation (Prior EEO & Union activity, & Descrimination of Mental Disability Stress)

**Q12.** *Explain in detail* why you feel your prior EEO Activity caused or became a factor when on September 16, 2002, your request for LWOP in lieu of annual or sick leave for the period of September 5, 2002 until further was disapproved.

**A12.** I was off work at that time due to RMO's, L. Napper, I. Cash & A. Huntley's Continued aggravation and Hostile work environment at Arlington Main, Because. I had Filed at least 5 or more EEO Complaints & at least 5 or more Union grievances.

**Issue # 2:** <u>On December 9, 2002, you reported for duty as scheduled however, you were yelled at in front of fellow employees by Supervisor Mark Johnson to get off the floor and return at 10:00 am.</u>

**Q13.** *Identify by full name, mental disability (if any), age (DOB), position title and work location*, the Responsible Management Official[s] (RMO[s]) who you claim on December 9, 2002, yelled at you in front of fellow employees to get off the floor and return at 10:00 am.

**A13.** Supervisor, Mark Johnson yelled in Front of Employees for me to get off Workroom Floor & Clock out and not to return until 10:000, ARL VA, P.O. ARL VA
Superviser, Carlton McCoy told me to do as Sup Johnson instructed to Leave the Work room Floor & Clock out and return at 10:00 See 1/14/03 Cert. No. ARL VA, 7002-0510-6317-0366

**Q14.** *Explain in detail* the reasons cited by the RMO(s) who you claim on December 9, 2002, yelled at you in front of fellow employees to get off the floor and return at 10:00 am.

**A14.** RMOs Johnson & McCoy gave no reason.
See 1/14/2003 Complaint Cert No. 7002-0510-0001-6317-0366

**Issue #1:** **On September 16, 2002, your request for LWOP in lieu of annual or sick leave for the period of September 5, 2002 until further notice was disapproved by Postmaster Napper.**

Q3. *Identify by full name*, mental disability (if any), age (DOB), position title and work *location*, the Responsible Management Official[s] (RMO[s]) who you claim on September 16, 2002, disapproved your request for LWOP in lieu of annual or sick leave for the period of September 5, 2002 until further.

A3. Postmaster, Leonard Napper
Arl. Main P.O. Arl, VA 22210

Q4. *Explain in detail* the reasons cited by the RMO(s) on September 16, 2002, for disapproving your request for LWOP in lieu of annual or sick leave for the period of September 5, 2002 until further.

A4. Postmaster, Napper stated he was unable to approve my request because he stated I had Not Provided Suitable documentation to Support My absenses (See Sep.6,02 Letter Attached & June 18,2002, Cert# 7001 1940 0006 9132 7418

Q5. *Explain in detail* the circumstances that caused your request for LWOP in Lieu of annual leave to be disapproved. Station Manager, Ivy Cash & Supervisor, Anthony Huntley

A5. had Contacted Union Rep. Xanthippia that I had not given them any Medical documentation for the period I was out Due to Mental Illness RMOs Sta. Cash & Sup. Huntley, I was notified by Rep.Brown, I provided Medical Documentation on Sept.9, 2002, RMOs Cash & Huntley were Illegally using my Sick and annual Leaves without Notice. (See Continuation Sheet)

Q6. *Identify by full name*, mental disability (if any), age (DOB), position title and work *location*, other employees who were treated differently than you under the same or similar circumstances.

A6. Desta Beyne, Disability Unknown, City Carrier, Arl Main P.O. Arl, VA
Demetrice Mundy, Disability Unknown City Carrier Arl Main P.O. Arl, VA

Q7. *Explain in detail how* each of these employees was treated differently than you.

A7. D. Beyne was approved.
D. Mundy was approved.

Q8. *Identify by full name*, mental disability, age (DOB), position, title and work location, the RMO that treated these employees differently.

A8. Station Manager, Ivy Cash and Supervisor Anthony Huntley. & Postmaster Leonard Napper. all Arlington Main P.O. Arl VA.

Q9. *Explain how* you were aggrieved when your request for leave was disapproved.

A9. Aggravation of My Medical Condition (Stress), and Loss of Wages/income. and Benefits.

Q10. *Explain in detail* why you feel your mental disability, caused or became a factor when on September 16, 2002, your request for LWOP in lieu of annual or sick leave for the period of September 5, 2002 until further was disapproved.

A10. Aggravation to my Mental Condition (Stress)

Affidavit __A__
Page __3__ of __15__

**Q15.** *Explain in detail* the circumstances that caused you to be yelled at in front of fellow employees to get off the floor and return at 10:00 am.

**A15.** RMO's Johnson & McCoy gave No reason & there were no circumstances (see conduct sheet) that lead to me being told to Clock out, leave workroom Floor and not to Return until 10:00am. There were No Circumstances and no explaination of thier Actions I Believe Because I Filed a grievance on Dec 6, 2002 for violation of Medic.

**Q16.** *Identify by full name,* mental disability (if any), age (DOB), position title and work *location,* other employees who were treated differently than you under the same or similar circumstances.

**A16.** All City Carrier/employees', White, Hispanic, other at Arlington Main P.O.

**Q17.** *Explain in detail how* each of these employees was treated differently than you.

**A17.** No City Carriers/employees were asked to leave, Clock out and not return until 10:00am with or without Seniority over Me, Medical Limitations, or age.

**Q18.** *Identify by full name,* mental disability, age (DOB), position title and work *location,* the RMO that treated these employees differently.

**A18.** Supervisors, Mark Johnson & Carlton McCoy Arlington Main P.O., Arlington VA.

**Q19.** *Explain in detail* why you feel your mental disability, caused or became a factor when on December 9, 2002, you were yelled at you in front of fellow employees to get off the floor and return at 10:00 am.

**A19.** Aggravation to My Medical Condition (Stress). I was put on Medical until Jan. 6, 2003, by My Therapist. DR. Arhold Ed Peterson and was given a Non-Clearence to duty Because of RMO's at Arl. Main P.O. Continually aggravating My Medical (Stress) untill resolution of grievances & Medical DR Mary L Shook U.S.P.S. Medical Unit. (See attached Medical Notices)

**Q20.** *Explain in detail* why you feel your age (DOB) caused or became a factor when on December 9, 2002, you were yelled at you in front of fellow employees to get off the floor and return at 10:00 am.

**A20.** No City Carrier(s) younger than I was not asked to leave, Clock out and not return till 10:00.

**Q21.** *Explain in detail* why you feel your prior EEO Activity caused or became a factor when December 9, 2002, you were yelled at you in front of fellow employees to get off the floor and return at 10:00 am.

**A21.** I had Filed at least 10 or More EEO Complaints, and at least 10 or more Union grievances of Hostile Work environment, and rights violations & Medical against the Management/RMO's L. Napper, R. Huntley, I. Cash, Mark Johnson & David Lee. also Retaliation by ARL RMO's also Station Mgr Timothy Scott

**Issue # 5:** <u>On December 2, 2002, after returning from an appointment at the USPS medical unit, you were advised by Supervisor Johnson that your reporting time had been changed from 7:00 am to 9:00am that day thus making the job related appointment off-the-clock when it should have been on the clock.</u>

**Q22.** *Identify by full name, mental disability (if any), age (DOB), position title and work location*, the Responsible Management Official[s] (RMO[s]) who you claim on December 2, 2002 changed your reporting time from 7:00am to 9:00am

**A22.** Supervisor Mark Johnson & David Lee. ARL Main P.O., Arl VA

**Q23.** *Explain in detail* the reasons cited by the RMO(s) who you claim on December 2, 2002 changed your reporting time from 7:00am to 9:00am

**A23.** Because I Reported to U.S.P.S Medical Unit Prior to 7:00 Begin Tour (BT) at 9:00AM.

**Q24.** *Explain in detail* the circumstances, which caused your reporting time to be changed.

**A24.** I was told by U.S.P.S Medical Unit to report Prior to my 7:00AM (BT). at 9:00AM. Mr Johnson wanted to start My Begin Tour (BT) at 9:00, and (see continued) Stated that start time was 8:00, I was told start time was 7:00 by Sta. Mgr. Timothy Scott, Supervisor, James Reeve, Union Reps Curtis Gasper & Xanthippia Brown Sup. Johnson after making me hit back on clock in violation of my 8hr of Restriction. once again said my start time was 8 instead of 7. See. D/4/02 Cert No CEO Complaint # 700-0510-0000-6881-8829

**Q25.** *Identify by full name, mental disability (if any), age (DOB), position title and work location*, other employees who were treated differently than you under the same or similar circumstances.

**A25.** All employees/City Carriers at ARL Main P.O., Arl VA.

**Q26.** *Explain in detail how each of these employees was treated differently than you.*
**A26.** No Employees/City Carriers Start Time/Begin Tour was Changed.

**Q27.** *Identify by full name, mental disability, age (DOB), position title and work location*, the RMO that treated these employees differently.
**A27.** Supervisor, Mark Johnson Arlington Main P.O. Arl VA
Supervisor, David Lee    Same work location as RMO Johnson.

**Q28.** *Explain in detail* why you feel your mental disability caused or became a factor when on December 2, 2002, your reporting time was changed from 7:00am to 9:00am.
**A28.** Aggravation of My Mental Disability (Stress), and Violation of Medical restrictions of 8 hrs only, RMO Johnson forced me to clock back on the clock in front of Co-Workers, Supervisor Wayne Cameron, Eric Munson (City Carrier) and Sharon Pinski (Clerk) and on Medication was forced to Miss Lunch by Super's Mark Johnson & David Lee (See 12/14/2002 Cert No. 7002-0510-0001-6317-0410) (Cont. on sheet)  Attached

**Q29.** *Explain in detail* why you feel your age (DOB) caused or became a factor when on December 2, 2002, your reporting time was changed from 7:00am to 9:00am.
**A29.** No employee/City Carriers with less age was asked to BT at 9:00am. See 12/14/2002 Cert No. 7002-0510-0001-6317-0410.

**Q30.** *Explain in detail* why you feel your prior EEO activity caused or became a factor when on December 2, 2002, your reporting time was changed from 7:00am to 9:00am.
**A30.** Same as A-21 The answer is the same

**Issue # (6)** on February 10, 2003, you received a Notice of Fourteen (14) Day Suspension from Mark Johnson.

**Q31.** *Identify by full name, mental disability (if any), age (DOB), position title and work location*, the Responsible Management Official[s] (RMO[s]) who you claim on February 10, 2003, issued you a Notice of Fourteen (14) Day Suspension.
**A31.** Supervisor, Mark Johnson · Arlington · Main P.O. Arl VA.

Affidavit A
Page 6 of 15

**Q32.** *Explain in detail* the reasons cited by the RMO(s) who you claim on February 10, 2003, issued you a Notice for a Fourteen (14) Day Suspension.

**A32.** Unsatisfactory Performance/Failure at follow Instruction/Failure to Complete the Delivery of the Mail as Scheduled. (Attached)

**Q33.** *Explain in detail* the circumstances, which caused you to be, issued a Fourteen (14) Day Suspension.

**A33.** Retaliation Prior EEO and Union grievances, Supervisors, D. Lee, Johnson wanted to increase my workload and not provide me the rights of Seniority over City Carrier, Donald Spencer by letting City Carrier, Spencer Case, Carry & Issue CC, Spencer my vehicle, by me only Carrying Rt. 111 (new on Rt. 111). and

**Q34.** *Identify by full name, mental disability (if any), age (DOB), position title and work location,* other employees who were treated differently than you under the same or similar circumstances.

**A34.** All employees/City Carriers ARL Main P.O. with & without Medical Illnesses, Less Seniority & Age and Race & Lunch rights.

**Q35.** *Explain in detail how each* of these employees was treated differently than you.

**A35.** All employees/City Carriers were given rights in Nat'l & Local Agreements, (ELM) Employees Language Manuals, for time to learn new assignment, & The Rights of Medical Limitations, Seniority, Age, and Lunch.

**Q36.** *Identify by full name, mental disability, age (DOB), position title and work location,* the RMO that treated these employees differently.

**A36.** Supervisors, Mark Johnson and David Lee. Arlington Main P.O. ARL VA.

**Q37.** *Explain in detail* why you feel your mental disability caused or became a factor when on February 10, 2003, you were issued a Notice for a Fourteen (14) Day Suspension.

**A37.** Aggravation of My Medical Illness (stress/depression), with Medication was forced to Miss Lunch while on Medication. (Medical Violation) and RMOs, Johnson & Lee wanted to increase My workload for purposes of retaliation and harassment.

**Q38.** *Explain in detail* why you feel your age (DOB) caused or became a factor when on February 10, 2003, you were issued a Notice for a Fourteen (14) Day Suspension.

**A38.** No City Carriers/Employees younger with or without Medical Limitation. Were given an increased workload for purposes of harassment.

**Q39.** *Explain in detail* why you feel your prior EEO activity caused or became a factor when on February 10, 2003, you were issued a Notice for a Fourteen (14) Day Suspension.

**A39.** Same answer as A-21

**Q40.** Did you file a grievance on this issue? If yes, what was the outcome of the grievance? Provide a copy of the grievance and any correspondence you received in response to the grievance.

**A40.** Yes, The 14 day Paper Suspension was rescinded. Attached.

Affidavit ___A___
Page _8_ of _15_

**Q41.** Is there anything else you can add that will assist in the processing of this complaint? Yes

**A41.** I request an Issue of Medical Violation For Dec, 2, 2002, because Supervisors, Johnson & Lee. Wanted to increase My workload for purposes of Harassment for Prior EEO & Union grievance activities. I attempt to return to work in Jan, 2003 but was given a Non-Clearance to duty by U.S.P.S. Medical Unit Health Nurse Dr. Mary Shook. (Attached)
(See Continuation Sheet)

Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744

Date: July 31, 2003

EEO Investigation Affidavit (Continuation Sheet) for Case No. 4K-220-0002-03

Issue #1:
Q5. Explain in detail the circumstances that caused your request for LWOP in Lieu of annual leave to be disapproved.

A5. Station Manager, Ivy Cash and Supervisor, Anthony Huntley were illegally using my sick and annual leaves without my permission or proper leave notice. On June 18, 2002 I was issued a certified letter No. 7001 1940 0006 9132 7978, on Extended Absences(attached), which I received on or about June 23, 2002, which stated in writing , "A review of your records reflects that since June 10, 2002, you have failed to report for duty or notify this office of your inability to report for duty. Because of your extended illness, or absence. which has not been supported, you are requested to furnish the Medical Unit with medical evidence which includes a diagnosis and prognosis by June 25, 2002, and once each pay period thereafter, to cover your absence". I provided medical documentation to support my absences on June 25, 2002 to Station manager, Ivy Cash with Union Representative, Xanthippia Brown present ( see attatched medical notice dated 6/21,2002) and I and my medical Dr. Arnold O. D. Peterson, PH, D. since 6/25/2002 have been sending medical notices each and every pay period there after, I also on 6/25/02, gave a PS. Form 3971 Request for or Notification of Absence Form, requesting LWOP, I received no response to my request. On or about Sept.4, 2002, I received a call from Union Rep. X. Brown at my home, that she was notified by RMO's Cash and Huntley that I had not submitted medical notification to support my absences since June 10, 2002, I faxed a request for LWOP to Post Master, Napper on Sept. 5, 2002 and once again submitted a PS Form 3971 for LWOP on Sept. 9, 2002 and all requested medical documentation (attached) to RMO's Cash and Huntley in the presence of Union Rep. Brown.

Issue #2:

A13. Supervisors, Mark Johnson and Carlton McCoy, Arlington main P.O., Arl. VA and Station Manager, Timothy Scott with home resident/witness Nigel McClean present at time of phone conversation asked my Medical Condition. (see attached EEO complaint Cert. No. 7002 0510 0001 6317 0366).

Issue #5:

Q24. Explain in detail the circumstances, which caused your reporting time to be changed.

A24. I was mailed a notice from P.O. medical Unit on 11/7/02 requesting me to call and set up an appointment with P.O. Physician before returning to duty. I was given an appointment on 12/2/02 at 9:00am. I returned to duty with 8hr work restriction (medical notices attached), Upon returning from my appointment, RMO, Johnson

Affidavit A
Page 9 of 15

Date:7/31/2003

EEO Investigation Affidavit (continuation Sheet), for Case No. 4K-220-0002-03

A24cont. wanted to start my Begin Tour (BT) at 9:00am and stated that BT for Arl. Main was 8:00, I informed him that I had been told by RMOs T. Scott and James Reeve that starting time was 7:00am, I requested Union representation, Union Rep. X. Brown also reiterated that the start time was 7:00 for Arl. Main P.O. RMO, Johnson asked me to put in a PS Form 3971 for the time and would get back to me as to if I was responsible for the 2hrs leave or the P.O. RMO, Johnson refused to sign my PS Form 3971 and also my form PS 1260 Timecard(both attached). And upon End Touring (ET)at 2:30pm RMO Johnson, yelling in front of co-workers, Supervisor, Wayne Curry, Clerk, Sharon Panski, and City Carrier, Eric Munson for me to clock back on in violation of my 8hr only work restriction, and once again reiterated that my start time was 9:00am instead of 7:00am. RMO, Johnson refused to work out this situation. RMO, Johnson requested that I finish the delivery of my work assignment, I stated to RMO, Johnson once again that he was in violation of my 8hr medical work limitation, RMO, Johnson then became more inraged and told me not to return to work with a notice of incapacitation, I did not return until 12/4/02 with 8rh medical restriction. I was also forced to miss lunch by RMOs, Johnson and David Lee (see 12/14/02 EEO Complaint Cert. No 7002 0510-0000-6882-8829). ET for 12/2/02 should have been 2:00pm because of missed lunch RMOs Johnson and Lee wanted to increase my work load for purposes of retaliation and harassment.

Q41. Is there anything you can add that will assist in the processing of this complaint?

A41. I also request an Issue of medical violation against Station Manager, Timothy Scott, Supervisors, Mark Johnson and David Lee for 12/2/02. On 1/6/2003 I was released to return to work by DR. Peterson Ph, D(attached). I was requested to report to P.O. medical unit prior to return to duty by P.O. Health Unit Certifier, Dr. Shook, after reporting I was given a non-Clearance to Duty(attached). I returned to Dr. Peterson PH, D. and he has put me out of work due to continued agitation of my medical condition by RMOs at Arl. Main P.O. or until my grievance situations are resolved.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Marco Thomas*
Marco Thomas
City Carrier

Affid: A
Page 10 of 15

**Q42.** What are you seeking as a remedy to this complaint?

A42. 1) Removal of all records of Reprimands, 2) Compensatory Damages (Pain & Suffering), 3) Made whole for all lost wages and benefits. All RMOs in Violation(s) of Rights to include Medical be Fired.

1.) Made whole for all lost wages, & Benefits.
2.) Compensatory damages, Pain & Suffering.
3.) Expunge 'records(s) of Reprimand(s)
4.) Payment of legal Fees.
5.) All RMOs in Violation of Medical/Limitations be Fired.
6.) Stop to harrassment and retaliation, & Medical Violations
7.) Restoration of Credit Letter & Payments.
8.)

Please provide a copy of any documentation in your possession you believe is important to the investigation of this discrimination complaint.

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature<br>Marco Thomas | Date Signed<br>July 31, 2003 |

PS Form **2568-A**, March 2001

Affidavit _A_
Page _11_ of _15_

| U.S. Postal Service | Case No. |
|---|---|
| **Certification** | 4K-220-0002-03 |

I have read the foregoing attached statement, consisting of _____ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

> "Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### USPS Standards of Conduct

Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

### Oath / Affirmation

Subscribed and (sworn) (affirmed) before me on this _____ day of _____ 2003.

| Signature of EEO Complaints Investigator | *(Affiant, sign in the presence of an EEO Complainants Investigator.)* <br> Signature of Affiant |
|---|---|

### Declaration

I declare, under penalty of perjury, that the foregoing is true and correct.

*(Affiant, sign and date if attached statement was not completed in the presence of an EEO Complaints Investigator.)*

| Signature of Affiant | Date Signed |
|---|---|
| *Marco Thomas* (signed) | July 31, 2003 |

PS Form **2571**, March 2001                                                                                             Affidavit A
                                                                                                                         Page 12 of 15

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

FORT WASHINGTON MD 20744

| | | |
|---|---|---|
| Postage | $ | $1.29 |
| Certified Fee | | $2.30 |
| Return Reciept Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.34 |

0374
09 Postmark Here
06/27/2003

7002 3150 0002 3264 0106

Sent To: Marco Thomas
Street, Apt or PO Box: 10008 Edgewater Terrace
City, State: Ft. Washington, MD 20744-5767

Complainant Affidavit    4K-220-0002-03

PS Form 3...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marco Thomas
10008 Edgewater Terrace
Ft. Washington, MD 20744-5767

Complainant Affidavit    4K-220-0002-03

2. Article Number (Transfer from service label)
7002 3150 0002 3264 0106

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name): Marco Thomas
C. Date of Delivery: 7-1-03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2ACPRI-03-P-4081

Affidavit
Page 17

**UNITED STATES POSTAL SERVICE®**

## EEO Investigative Affidavit for Compensatory Damages
*Note: Not applicable to Age Discrimination in Employment Act (ADEA) Claims*

| Name | Case No. | Page No. | No. of Pages |
|---|---|---|---|
| Marco J. Thomas | 4K-220-0002-03 | 1 | |

### Instructions for the Complainant:
During an investigation into alleged discrimination, The Postal Service is required to gather evidence regarding appropriate remedies, which may include compensatory damages. The remedy that you are seeking to resolve this complaint includes your claim that you are entitled to receive a monetary award. Therefore, you must provide testimony and evidence concerning the nature, extent and severity of the harm you suffered due to the alleged discriminatory conduct. PS Form 2569-C contains a number of questions and/or statements regarding your claim for damages. Please read the questions or statements carefully before responding. If you need additional space, please use an additional sheet(s). Any additional sheet(s) must show the number of this form (Form 2569-C), the item number(s) to which it pertains, a page number and the total number of pages submitted for this form. *You must declare under penalty of perjury that the information you provide on this form including any attached sheets is true and correct.*

---

1. I experienced financial difficulties because of the discriminatory act(s) alleged in my complaint.

   ☑ Yes   ☐ No

   If yes, provide full explanation. Please include description and cause of difficulty(ies), when occurred, duration of occurrence, and severity. See attached current deliquent, defaulted, repossession, judgements, Medical, Utilities and tax bills, all difficulties have been occurri continuoisly and in thier severity since April 2002 to present.

2. I experienced medical problems because of the discriminatory act(s) alleged in my complaint.

   ☑ Yes   ☐ No

   If yes, provide full explanation. Please include description and cause of problems, when occurred, duration of occurrence, and severity. I have and am still suffering from Stress, Depression, & Anixiety(to include my HIV infection) since 12/01, I have been in treatment since 2/02 to 1/04, my illnesses have been worsened due to loss of income and Health Insurance(form attached)and non treatment( to include medications, Attached are Medical Record Release & Authorization forms.

3. I obtained psychological or psychiatric counseling and/or treatment because of the discriminatory act(s) alleged in my complaint.

   ☐ Yes   ☐ No

   If yes, provide full explanation. Please include description and cause of problems, when occurred, duration of occurrence, and severity.

   Same answer and responce as question No. 2

4. I have had to take medication because of the discriminatory act(s) alleged in my complaint.

   ☐ Yes   ☐ No

   If yes, list type of medication, reason for the medication, and the cost of the medication.

   Same answer and responce as question No. 2

Affidavit A
Page 14 of 15

| Marco J. Thomas | Page No. 2 | No. of Pages |
|---|---|---|

5. Did any of the difficulties for which you checked "Yes" in items 1-4 exist prior to the act(s) of discrimination alleged in your complaint?

   ☒ Yes    ☐ No

   If yes, please complete question 6 below.

6. Describe for each pre-existing condition how that condition was made worse by the act(s) of discrimination alleged in your complaint. Begin each description with the item number on page 1 (items 1 through 4) to which it pertains.

   My Stress, Depression, Anxiety and my HIV infection has worsened due to non treatment(to include medications for treatment), loss of Health Insuranc coverage and income. (This answer pertains to items 1 through 4)

7. Is there any other information or evidence regarding your claim for entitlement to compensatory damages that you want to include with your affidavit?

   ☒ Yes    ☐ No

   If yes, please provide a full explanation of the information you wish to include. Attach additional pages if necessary.

   Since 12/02, I have not been able to support myself financially, my family (Aunt, Mary Miles & Cousin, Irma Fenwick)has loaned me money, and co-home owner, Nigel McClean has paid my half of the Mortgage, Taxes and Utilities(attached), they are also, to be compensated.

   **IMPORTANT!**
   You must attach or provide the investigator with copies of documentation, such as bills, doctor's statements, pharmacy bills, statements from other persons, or other paperwork relevant to the difficulty that you claim is related to the discriminatory act(s) alleged in your complaint. If you do not have copies of your documentation, you may provide the original to the investigator who will copy relevant records and return the original documents to you. Alternatively, for medical information and records, you may provide a signed authorization from your health care provider to the investigator permitting him/her to obtain information directly from your health care provider or pharmacy. Or, you may sign a medical information release provided by the investigator if you prefer.

**Privacy Act Notice.**
Privacy Act Notice. The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes, where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage, to the Office of Management and Budget for review of private relief legislation, to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

I declare under penalty of perjury that the foregoing, including any attached sheets, is true and correct.

| Affiant's Signature: *Marco J. Thomas* | Date Signed: 4-23-04 |
|---|---|

Affidavit  A
Page 15 of 15