**NOTIFICATION of PERSONNEL ACTION**

U. S. Postal Service

| | | | | | |
|---|---|---|---|---|---|
| 01 Effective Date | 11-18-2000 | | | 02 Social Security Number | 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 |

**EMPLOYEE INFORMATION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | THOMAS | 39 | FLSA Status | N - NON-EXEMPT |
| 04 | Employee Name-First | MARCO | 40 | Pay Location | 012 |
| 05 | Employee Name-Middle | J | 41 | Rural Carrier-Route | |
| 06 | Mailing Address Street/Box/Apts | 10008 EDGEWATER TER | 42 | Rural Carr-L-Rte ID | |
| | | | 43 | Rural Carr-Pay Type | |
| 07 | Mailing Address-City | FT WASHINGTON | 44 | Rural Carr-Tri-Weekly | |
| 08 | Mailing Address-State | MD | 45 | Rural Carr-FLSA | |
| 09 | Mailing Address-Zip+4 | 20744-5767 | 46 | Rural Carr-Commit | |
| 10 | Date of Birth | 10-14-1962 | 47 | Rural Carr-EMA | |
| 11 | Veterans Preference | 1 - NO PREFERENCE | 48 | Rural Carr-Hours | |
| 12 | Sex | | 49 | Rural Carr-Miles | |
| 13 | Minority | | 50 | Job Sequence | 1 |
| 14 | Disability | | 51 | Occupation Code | 2310-2009 |
| 15 | Leave Comp Date | 12-22-1985 | 52 | Position Title | CARRIER (CITY) |
| 16 | Enter on Duty Date | 10-22-1988 | 53 | Functional Oper Nbr | 2100 |
| 17 | Retirement- Comp Date | 10-22-1988 | 54 | Designation/Activity | 13/4 |
| 18 | Serv Anniversary PPYR | 23-1988 | 55 | Position Type | 1 - FULL TIME |
| 19 | TSP Eligibility | Y - ELIGIBLE WITH DEDUCT | 56 | Limit Hours | |
| 20 | TSP Service Comp Date | 10-22-1988 | 57 | Allowance Code | U - UNIFORM ALLOWANCE |
| 21 | Prior CSRS Service | N | 58 | Employment Type | |
| 22 | Frozen Csrs Time | | | **SALARY INFORMATION** | |
| 23 | Leave Data-Category | 6 - HOURS/PP | 59 | Pay Rate Code | A - ANNUAL RATE |
| 24 | Leave Data-Chg PPYR | 02-2001 | 60 | Rate Schedule Code | Q - CC |
| 25 | Leave Data-Type | 1 - ADVANCED AT BEGINNING | 61 | Grade/Step | 01/ 0 |
| 26 | Credit Military Serv | | 62 | Base Salary | 41,949 |
| 27 | Retired Military | | 63 | Cola | |
| 28 | Retirement Plan | 8 - FERS | 64 | Cola Roll-In Ind | |
| 29 | Employee Status | | 65 | Next Step PPYR | |
| 30 | Life Insurance | D0 - Basic + Option A | 66 | Merit Anniv Date | |
| 31 | Special Benefits | | 67 | Merit Lump Sum | |
| | **POSITION INFORMATION** | | 68 | Special Salary Code | |
| 32 | Employ Office-Fin No | 51-0306 | 69 | Protected RSC | |
| 33 | Employ Office-Name | ARLINGTON POST OFFICE | 70 | Protected Grade/Step | |
| | | | 71 | Expiration PP/YR | |
| 34 | Employ Office-Address | ARLINGTON VA 22210-9998 | 72 | Protected RC Hours | |
| | | | 73 | Protected RC Miles | |
| 35 | Duty Station-Fin No | 51-0306 | 74 | RC Guaranteed Salary | |
| 36 | Duty-Station-Name | ARLINGTON POST OFFICE | 75 | Annuity Amount | |
| 37 | Appt Expiration Date | | 76 | Red Circle Code | 0 |
| 38 | Probation Expir Date | | | | |

**NATURE OF PERSONNEL ACTION**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 77 Nature of Action Code | 910 | | | 78 Authority | | | 39-USC SECT. 1001 | | |
| 79 Description | POSITION REEVALUATION/UPGRAD | | | 80 Code | 81 Code | | 82 Code | | 83 Code |
| 84 Remarks | | | | | | | | | |

CARRIER UPGRADED PER MANAGEMENT/UNION AGREEMENT DATED MARCH 21,2000.
SALARY INCLUDES 1.2% INCREASE EFFECTIVE 11/18/2000.

| | | | |
|---|---|---|---|
| 85 Authorization | JERRY LANE, MANAGER CAPTIAL METRO AREA OPERATIONS | 86 Processed Date | 11-24-2000 |
| | | 87 Personnel Office ID | TD60 |
| | | 88 OPF Location | ARLINGTON POST OFFICE |

PS Form 50. March 1990 (Exception to Standard Form 50)     2 - OPF COPY

EXHIBIT 1
Page 1 of 1

PAGE    1

HRE222S2

RESEARCH ALL CASES BY SSN

| LAST NAME | FIRST NAME | CASE NO. | CASE CODE | SOC SEC | AREA CODE | DIST CODE | DATE INITIAL CONTACT | FORMAL FILE DATE | DATE FAD |
|-----------|-----------|----------|-----------|---------|-----------|-----------|----------------------|------------------|----------|
| THOMAS | MARCO | 4K220000203 | | 219965571 | 4K | 220 | 02/09/23 | | |
| THOMAS | MARCO | 4K220008702 | F1 | 219965571 | 4K | 220 | 02/06/10 | 02/08/09 | 02/09/1 |
| THOMAS | MARCO | 4K220006402 | F1 | 219965571 | 4K | 220 | 02/04/01 | 02/05/31 | |
| THOMAS | MARCO | 4K220004302 | F1 | 219965571 | 4K | 220 | 02/02/19 | | |
| THOMAS | MARCO | 4K220002801 | F1 | 219965571 | 4K | 220 | 00/09/21 | | |
| THOMAS | MARCO | 4K220008798 | | 219965571 | 4K | 220 | 98/03/11 | | |

RECORD THE CASE NUMBER OF THE RECORD(S) YOU WERE SEARCHING FOR
RETURN TO THE MAIN MENU FOR FURTHER PROCESSING SELECTIONS
PF03 -- CONTINUE   PF07 -- PAGE BACKWARD   PF08 -- PAGE FORWARD
                        END OF REPORT                              MORE =>

EXHIBIT 2
Page 1 of 1

STD POSITION DESCRIPTION                                    U. S. Postal Service

## CARRIER (CITY OR SPECIAL),  PS-05

### FUNCTIONAL PURPOSE

Delivers and collects mail on foot or by vehicle under varying conditions in a prescribed area within a city. Maintains pleasant and effective public relations with route customers and others, requiring a general familiarity with postal laws, regulations, and procedures commonly used, and with the geography of the city.

### DUTIES AND RESPONSIBILITIES

1.  Routes or cases all classes of mail in sequence of delivery along an established route. Rearranges and relabels cases as required by route adjustments and changes in deliveries.

2.  Withdraws mail from the distribution case and prepares it in sequence for efficient delivery by himself or a substitute along an established route.  Prepares and separates all classes of mail to be carried by truck to relay boxes along route for subsequent delivery.

3.  Sorts mail to be forwarded into throw-back case for handling by clerks.

4.  Delivers mail along a prescribed route, on foot or by vehicle, on a regular schedule, picking up additional mail from relay boxes.  Collects mail from street letter boxes and accepts letters for mailing from customers; on certain routes may deliver mail that consists exclusively of parcel post, or the collection of mail.

5.  Delivers and collects charges on customs, postage-due, and c.o.d. mail matter. Delivers and obtains receipts for registered and certain insured mail.  Obtains receipts for such matter, except insured mail, at the post office before beginning route and accounts for it upon return by payments of the amounts collected and delivery of receipts taken.

6.  Deposits mail collected in the post office upon return from route; faces such mail for stamp cancellation.

7.  Checks, and corrects if necessary, mailing cards bearing names and addresses of customers or former customers of the route.

8.  Furnishes customers with postal information when requested, and provides change of address cards and other postal forms as requested.

9.  Reports to supervisor all unusual incidents or conditions relating to mail delivery, including condition of street letter boxes and timecards.

10. Becomes proficient, when assigned to a foot route, in the casing of mail on at least one other foot delivery route.

EXHIBIT 3
Page 1 of 2

(Continued on Next Page)

Document Date: 03-03-92              SPD Number: KP-0011              Occupation Code: 2310-01XX



STD POSITION DESCRIPTION                                        U. S. Postal Service

## CARRIER (CITY OR SPECIAL),  PS-05

*(Continued from Previous Page)*

11. Performs other duties as assigned, such as checking hotels and other such establishments to ensure that mail for residents undeliverable as addressed is not improperly held; delivers stamps or other paper supplies to contract or classified stations; serves at carriers' delivery window, receiving registering, providing a receipt, where practical, for all letters and packages of first-class matter properly offered for registration; makes deliveries on other routes and performs clerical duties.

### SUPERVISION

Supervisor, Delivery and Collection; or other designated supervisor.

### SELECTION METHOD

Senior Qualified

### BARGAINING UNIT

CITY CARRIER

### KEY POSITION REFERENCE

KP-0011

EXHIBIT 3
Page 2 of 2

*(End of Document)*

Document Date: 03-03-92          SPD Number: KP-0011          Occupation Code: 2310-01XX



Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744

Fax: 703-243-4061

Date: September 5, 2002

Attn: Post Master Leonard Napper

From today Sept. 5, 2002 until further notice I am requesting Leave Without Pay (LWOP) for both Sick and Annual Leave.

I can be reached at 301-567-2473 for comments.

Thank You.

Regards

*Marco Thomas*

Marco Thomas
City Carrier

EXHIBIT 4
Page 1 of 4

**PS Form 3971, January 1998**

Employee's Name (Last, First, M.I.)
Thomas, Darrin

Installation (City, State, and ZIP Code)
Main

Social Security No.
579-91-XXX

Date Supplied
9/9/02

No. of Hours Requested
0

Type of Absence
- Annual
- Carrier "701 Rule
- LWOP (See Reverse) [X]
- Sick (See Reverse)
- Late
- COP
- Other:

Time of Call or Request
Main

Documentation (For Official Use Only)
- For COP Leave (CA1 on File)
- For Advanced Sick Leave (1221 on File)
- For Military Leave (Orders Reviewed)
- For Court Leave (Summons Reviewed)
- For Higher Level (1723 on File)
- Scheme Training Testing Qualifying (Memo on File)

Remarks (Do Not Enter Medical Information)
LWOP starting from Sept 5 until further notice.

Employee's Signature and Date
Darrin Thomas  9/9/02

Official Action on Application (Return copy of signed request to employee)
- Approved, FMLA
- Approved, not FMLA
- Disapproved (Give Reason)
- Pending Documentation
- Noted on Reverse

I understand that the annual leave authorized in excess of amount available to me during the leave year will be changed to LWOP.

Signature of Person Recording Absence and Date
Signature of Supervisor and Date Notified
Signature of Supervisor and Date

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

EXHIBIT 4
Page 2 of 4



☐ Sickness
☒ On the Job Injury
☐ Off the Job Injury
☐ Pregnancy and Confinement

☐ Caring for, or Exposed to, a Contagious Disease
☒ Undergoing Medical, Dental, or Optical Examination or Treatment

Additional Documentation Required

Request Leave Without Pay to Start on Sept 5, 2002 - Until further Notice.

Privacy Act: The collection of this information is authorized by 39 USC 401, 1001, 1003, 1005; 5 USC 8339; and Public Law 103-3. This information will be used to grant or deny your request for official leave from Postal Service duty. It may be disclosed under the routine uses given in Privacy Act system notices USPS 050.020 and USPS 120.070 (see appendix of Administrative Support Manual or, if you wish to obtain a copy of those notices contact your personnel office). Completion of this form is voluntary. If this information is not provided, official leave may not be granted.

PS Form 3971, January 1998 (Reverse)

## Leave Types (Information Only)

| Leave Type | Time Card Code | PSDS Code | Scheduled | Un-Scheduled | PP | Day | Init. | Hours | Year |
|---|---|---|---|---|---|---|---|---|---|
| LWOP – Lieu of Sick Leave | 59/60 | 20 | | | | Sun 01 | | | |
| LWOP – Proffered | 59/60 | 21 | | | | Sun 02 | | | |
| LWOP – Personal Reasons | 59/60 | 22 | | | | Mon 03 | | | |
| LWOP – Part Day | 59 | 23 | | | | Tue 04 | | | |
| LWOP – Full Day | 60 | 23 | | | | Wed 05 | | | |
| LWOP – AWOL | 59/60 | 24 | | | | Thur 06 | | | |
| LWOP – IOD-OWCP | 49 | 25 | | | | Fri 07 | | | |
| LWOP – Maternity | 59/60 | 26 | | | | Sat 08 | | | |
| LWOP – Suspension | 59/60 | 27 | | | | Sun 09 | | | |
| LWOP – Union Official | 84 | 28 | | | | Mon 10 | | | |
| LWOP – Suspension Pending Termination | 59/60 | 29 | | | | Tue 11 | | | |
| Continuation of Pay – USPS | 71 | 03 | | | | Wed 12 | | | |
| Court Duty | 61 | 04 | | | | Thur 13 | | | |
| Military Leave | 67 | 05 | | | | Fri 14 | | | |
| Postmaster's Organization | 89 | 05 | | | | | | | |
| Blood Donor Leave | 68 | 09 | | | | | | | |
| Other Paid Leave | 88 | 10 | | | | | | | |
| Convention Leave | 66 | 12 | | | | | | | |
| Acts of God | 78 | 13 | | | | | | | |
| Veteran's Funeral | 70 | 14 | | | | | | | |
| Relocation | 80 | 15 | | | | | | | |
| Civil Defense | 77 | 16 | | | | | | | |
| Civil Disorder | 81 | 17 | | | | | | | |
| Voting Leave | 85 | 18 | | | | | | | |

EXHIBIT 4
Page 3 of 4

Postmaster


**UNITED STATES**
**POSTAL SERVICE**

September 16, 2002

Mr. Marco Thomas
10008 Edgewater Terrace
Ft. Washington, MD 20744

Dear Mr. Thomas:

I am in receipt of you letter dated September 5, 2002, requesting Leave Without Pay (LWOP) until further notice.

I am unable to approve your request because you have not provided suitable documentation to support your absences.

Sincerely,

Leonard L. Napper

ARLINGTON MAIN POST OFFICE
3118 WASHINGTON BLVD.
ARLINGTON, VA 22210-9998

197.

EXHIBIT 4
Page 4 of 4

See Corespondence
Pa 10 of 25

nat Case 105 cv 01923-JDB   02V92P   Eads Station

7039794618

P.2

| | |
|---|---|
| **UNITED STATES POSTAL SERVICE** ® | User ID: YZDJJO |
| Report: TAC500R3 | Date: 06/14/04 |
| YrPPWk: 2002-25-1 to 2002-26-2 | Restricted USPS T&A Information | Time: 01:01 PM |
| Fin. #: 51-0306 | ARLINGTON VA | Page: 1 |
| | Employee Everything Report | |

YrPPWk: 2002-25-1                                    Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 012 / 0000 | | Variable EAS | N | Annual Lv Bal. | -88.00 | FMLA Hrs | 809.77 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | 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 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 72.00 |
| Employee Name | THOMAS | M  J | Auto HVL | N | LWOP Lv Bal. | 1020.36 | SLDC Used | 00.00 |

| Job | O/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 13-4 | 2100 | 7220-12 | O0 | 01 | N | 001011 | 51-0306 | | 2002-25-1 | 2002-25-1 | 08.00 | 16.50 | 0.50 | N | S-MTW-F |

**Processed Clock Rings**

Saturday
        Base                 05600: 008.00
            EBR #
        000-0000  05600  11/16   08.00  51-0306  7220-12  000000    08.00 ✓              10/31   05.87
                                                                                                 00.00

Monday
        Base                 05600: 008.00
            EBR #
        000-0000  05600  11/18   08.00  51-0306  7220-12  000000    08.00 ✓              10/31   05.67
                                                                                                 00.00

Tuesday
        Base                 05600: 008.00
            EBR #
        000-0000  05600  11/19   08.00  51-0306  7220-12  000000    08.00               10/31   05.87
                                                                                                 00.00

Wednesday
        Base                 05600: 008.00
            EBR #
        000-0000  05600  11/20   08.00  51-0306  7220-12  000000    08.00               10/31   05.87
                                                                                                 00.00

Friday
        Base                 05600: 008.00
            EBR #
        000-0000  05600  11/22   08.00  51-0306  7220-12  000000    08.00 ✓              10/31   05.88
                                                                                                 00.00

**Weekly Total**
        Paid Hours :     Base        060: 040.00
        TACS Hours :     Base        056: 040.00

**Un-Processed Rings**
        EBR#

EXHIBIT 5
Page 1 of 5

| UNITED STATES POSTAL SERVICE ® | | | | User ID: YZDJJ0 |
|---|---|---|---|---|
| Report: TAC500R3 | | Restricted USPS T&A Information | | Date: 05/14/04 |
| YrPPWk: 2002-25-1 to 2002-26-2 | | ARLINGTON VA | | Time: 01:01 PM |
| Fin. #: 51-0306 | | Employee Everything Report | | Page: 2 |

YrPPWk: 2002-25-2     Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 012 / 0000 | Variable EAS | N | Annual Lv Bal. | -88.00 | FMLA Hrs | 609.77 |
|---|---|---|---|---|---|---|---|
| Employee ID | 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 | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 72.00 |
| Employee Name | THOMAS   M J | Auto H/L | N | LWOP Lv Bal. | 1020.35 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 13-4 | 2100 | 7220-12 | Q0 | 01 | N | 001011 | 51-0306 | | 2002-25-2 | 2002-25-2 | 08.00 | 16.50 | 0.50 | N | S-MTW-F |

**Processed Clock Rings**

Saturday
   Base      05600: 008.00
     EBR #
     000-0000 05600 11/23   08.00 51-0306 7220-12 000000   08.00          0/31   05.88
                                               _/_   00.00

Monday
   Base      05600: 008.00
     EBR #
     000-0000 05600 11/25   08.00 51-0306 7220-12 000000   08.00          10/31   05.88
                                               /_   00.00

Tuesday
   Base      05600: 008.00
     EBR #
     000-0000 05600 11/26   08.00 51-0306 7220-12 000000   08.00          10/31   05.88
                                               _/_   00.00

Wednesday
   Base      05800: 008.00
     EBR #
     000-0000 05600 11/27   08.00 51-0306 7220-12 000000   08.00          10/31   05.88
                                               _/   00.00

Friday
   Base      05600: 008.00
     EBR #
     000-0000 05600 11/28   08.00 51-0306 7220-12 000000   08.00          10/31   05.88
                                               /_   00.00

**Weekly Total**
   Paid Hours :    Base      060: 040.00
   TACS Hours :    Base      056: 032.00      058: 008.00

**Un-Processed Rings**
     EBR#

EXHIBIT 5
Page 2 of 5

May 14 04 02:52p    Eads Station    7039794618    p.4

---

**UNITED STATES POSTAL SERVICE ®**

| | | | |
|---|---|---|---|
| Report: | TAC500R3 | | User ID: YZOJJ0 |
| YrPPWK: | 2002-26-1 to 2002-26-2 | Restricted USPS Y&A Information | Date: 05/14/04 |
| Fin. #: | 51-0306 | ARLINGTON VA | Time: 01:01 PM |
| | | Employee Everything Report | Page: 3 |

| | | |
|---|---|---|
| YrPPWK: 2002-26-1 | | Weekly |
| Sub-Unit: 0000 | | |

| Pay Loc/Fin. Unit | 012 / 0000 | Variable EAS | N | Annual Lv Bal. | -96.00 | FMLA Hrs | 509.57 |
|---|---|---|---|---|---|---|---|
| Employee ID | 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 | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 72.00 |
| Employee Name | THOMAS       M. J. | Auto H/L | N | LWOP Lv Bal. | 1100.35 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 13-4 | 2100 | 7220-12 | Qo | 01 | N | 001011 | 51-0306 | | 2002-26-1 | 2002-26-1 | 08.00 | 16.50 | 0.50 | N | S-MTW-F |

**Processed Clock Rings**

**Saturday**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | | | 05600: 008.00 | | | | | | | | |
| EBR # | | | | | | | | | | | |
| 000-0000 | 05500 | 11/30 | 08.00 | 51-0306 | 7220-12 | 000000 | 08.00 | | 12/02 | 12.17 | |
| | | | | | | | | /  | | 00.00 | |

**Monday**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | | | 05200: 006.00 | | 05500: 002.00 | | | | | | |
| EBR # | | | | | | | | | | | |
| 000-0000 | BT | 12/02 | 08.00 | 51-0306 | 7220-12 | 001011 | | | 12/02 | 12.18 | (W)Ring Deleted From PC |
| | | | | | | | | | 12/05 | 07.06 | |
| 000-0000 | BT | 12/02 | 09.00 | 51-0306 | 7220-12 | 001011 | | | 12/05 | 07.10 | (W)NonScheduled Begin Tour |
| | | | | | | | | / | | 00.00 | |
| 026-0101 | MV | 12/02 | 12.39 | 51-0306 | 7210-12 | 001011 | | / | | 00.00 | |
| | | | | | | | | / | | 00.00 | |
| 026-0101 | MV | 12/02 | 15.35 | 51-0306 | 7220-12 | 001011 | | /  | | 00.00 | |
| | | | | | | | | / | | 00.00 | |
| 000-0000 | 05500 | 12/02 | 15.50 | 51-0306 | 7220-12 | 000000 | 00.50 | | 12/02 | 18.90 | (W)Ring Deleted From PC |
| | | | | | | | | | 12/02 | 18.90 | |
| 000-0000 | 05500 | 12/02 | 15.50 | 51-0306 | 7220-12 | 000000 | 02.00 | | 12/05 | 07.10 | |
| | | | | | | | | / | | 00.00 | |
| 026-0102 | ET | 12/02 | 15.50 | 51-0306 | 7220-12 | 001011 | | | | 00.00 | (W)NonScheduled End Tour |
| | | | | | | | | /  | | 00.00 | |
| 000-0000 | 05500 | 12/02 | 15.50 | 51-0306 | 7220-12 | 000000 | 01.00 | | 12/02 | 18.90 | (W)Ring Deleted From PC |
| | | | | | | | | | 12/05 | 07.10 | |
| 026-0102 | BT | 12/02 | 16.05 | 51-0306 | 7220-12 | 001011 | | /  | | 00.00 | (W)Ring Deleted From PC |
| | | | | | | | | | 12/02 | 18.66 | |

**Tuesday**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | | | 05600: 008.00 | | | | | | | | |
| EBR # | | | | | | | | | | | |
| 000-0000 | 05600 | 12/03 | 08.00 | 51-0306 | 7220-12 | 000000 | 08.00 | | 12/04 | 06.72 | |
| | | | | | | | | / | | 00.00 | |

**Wednesday**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | | | 05200: 008.10 | | 05300: 000.10 | | | | | | |
| EBR # | | | | | | | | | | | |
| 026-0102 | BT | 12/04 | 07.20 | 51-0306 | 7220-12 | 001011 | | / | | 00.00 | (W)NonScheduled Begin Tour |
| | | | | | | | | / | | 00.00 | |
| 026-0102 | MV | 12/04 | 09.07 | 51-0306 | 7210-12 | 001011 | | / | | 00.00 | |
| | | | | | | | | / | | 00.00 | |
| 026-0102 | MV | 12/04 | 12.91 | 51-0306 | 7210-12 | 001011 | | / | | 00.00 | |
| | | | | | | | | / | | 00.00 | |
| 026-0102 | MV | 12/04 | 15.80 | 51-0306 | 7220-12 | 001011 | | / | | 00.00 | |
| | | | | | | | | / | | 00.00 | |
| 026-0102 | ET | 12/04 | 15.80 | 51-0306 | 7220-12 | 001011 | | /  | | 00.00 | (W)Overtime Not Authorized |
| | | | | | | | | / | | 00.00 | |

EXHIBIT 5
Page 3 of 5

| UNITED STATES POSTAL SERVICE ® | | | | User ID: YZDJJ0 |
|---|---|---|---|---|
| **Report:** TAC500R3 | | Restricted USPS T&A Information | | **Date:** 05/14/04 |
| **YrPPWk:** 2002-25-1 to 2002-26-2 | | ARLINGTON VA | | **Time:** 01:01 PM |
| **Fin. #:** 51-0306 | | Employee Everything Report | | **Page:** 4 |

**YrPPWk:** 2002-26-1                                Weekly
**Sub-Unit:** 0000

| Pay Loc/Fin. Unit | 012 / 0000 | Variable EAS | N | Annual Lv Bal. | -96.00 | FMLA Hrs | 509.57 |
|---|---|---|---|---|---|---|---|
| Employee ID | 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 | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 72.00 |
| Employee Name | THOMAS    M J | Auto H/L | N | LWOP Lv Bal. | 1100.35 | SLDC Used | 00.00 |

**Processed Clock Rings**

Friday

| Base | | | 05200: 008.00 | 07000: 000.23 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EBR # | | | | | | | | | | | |
| 026-0102 | BT | 12/06 | 07.07 | 51-0306 | 7220-12 | 001011 | | /_ | 00.00 | (W)NonScheduled Begin Tour |
| | | | | | | | | | 00.00 | |
| 026-0102 | MV | 12/06 | 08.47 | 51-0306 | 6130-12 | 000000 | | /_ | 00.00 | |
| | | | | | | | | /_ | 00.00 | |
| 026-0102 | MV | 12/06 | 08.70 | 51-0306 | 7220-12 | 001011 | | / | 00.00 | |
| | | | | | | | | / | 00.00 | |
| 026-0102 | MV | 12/06 | 12.73 | 51-0306 | 7210-12 | 001011 | | / | 00.00 | |
| | | | | | | | | /_ | 00.00 | |
| 026-0102 | ET | 12/06 | 15.57 | 51-0306 | 7220-12 | 001011 | | /_ | 00.00 | (W)NonScheduled End Tour |
| | | | | | | | | /_ | 00.00 | |

**Weekly Total**

| Paid Hours : | Base | 052: 022.10 | 053: 000.10 | 059: 002.00 | 060: 016.00 | 070: 000.23 |
|---|---|---|---|---|---|---|
| TACS Hours : | Base | 052: 022.10 | 053: 000.10 | 055: 002.00 | 056: 016.00 | 070: 000.23 |

**Un-Processed Rings**
EBR#

EXHIBIT 5
Page 4 of 5

May 14 04 02:52p    Eads Station    7039794618    p.6

**UNITED STATES POSTAL SERVICE ®**

| Report: | TAC500R3 | | | Restricted USPS T&A Information | User ID: | YZDJJ0 |
| YrPPWk: | 2002-25-1 to 2002-26-2 | | | ARLINGTON VA | Date: | 05/14/04 |
| | | | | | Time: | 01:01 PM |
| Fin. #: | 51-0306 | | | Employee Everything Report | Page: | 5 |

YrPPWk: 2002-26-2                                               Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 012 / 0000 | | Variable EAS | N | Annual Lv Bal. | -96.00 | FMLA Hrs | 509.57 |
| Employee ID | 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 | | Borrowed | N | Sick Lv Bal. | 00.00 | FMLA Used | 72.00 |
| Employee Name | THOMAS | M J | Auto H/L | N | LWOP Lv Bal. | 1100.35 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|-----|-----|-----|---------|-----|-----|------|---------|--------|--------------|-----------------|---------------|------------|----------|-----------|----------|----------|
| Base | 13-4 | 2100 | 7220-12 | QO | 01 | N | 001011 | 51-0306 | | 2002-26-2 | 2002-26-2 | 08.00 | 16.50 | 0.50 | N | S-MTW-F |

**Processed Clock Rings**

Saturday
   Base       05200: 008.00
     EBR #

| | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 026-0102 | BT | 12/07 | 07.00 | 51-0306 | 7220-12 | 001011 | | __/__ | 00.00 | (W)NonScheduled Begin Tour | | |
| | | | | | | | | | 00.00 | | | |
| 026-0102 | MV | 12/07 | 12.10 | 51-0306 | 7210-12 | 001011 | | __/__ | 00.00 | | | |
| | | | | | | | | | 00.00 | | | |
| 026-0102 | MV | 12/07 | 15.20 | 51-0306 | 7220-12 | 001011 | | __/ | 00.00 | | | |
| | | | | | | | | | 00.00 | | | |
| 026-0101 | ET | 12/07 | 15.50 | 51-0306 | 7220-12 | 001011 | | __/__ | 00.00 | (W)NonScheduled End Tour | | |
| | | | | | | | | | 00.00 | | | |

Monday
   Base       05200: 000.18    05900: 007.82
     EBR #

| | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 026-0102 | BT | 12/09 | 07.02 | 51-0306 | 7220-12 | 001011 | | __/ | 00.00 | (W)NonScheduled Begin Tour | | |
| | | | | | | | | | 00.00 | | | |
| 000-0000 | 05900 | 12/09 | 07.20 | 51-0306 | 7220-12 | 000000 | 07.82 | 12/09 | 18.67 | | | |
| | | | | | | | | | 00.00 | | | |
| 026-0102 | ET | 12/09 | 07.20 | 51-0306 | 7220-12 | 001011 | | __/ | 00.00 | (W)NonScheduled End Tour | | |
| | | | | | | | | | 00.00 | | | |

Tuesday
   Base       06000: 008.00
     EBR #

| | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|
| 000-0000 | 06000 | 12/10 | 06.00 | 51-0306 | 7220-12 | 000000 | 08.00 | 12/10 | 19.30 | |
| | | | | | | | | | 00.00 | |

Wednesday
   Base       06000: 008.00
     EBR #

| | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|
| 000-0000 | 06000 | 12/11 | 06.00 | 51-0306 | 7220-12 | 000000 | 08.00 | 12/11 | 18.08 | |
| | | | | | | | | | 00.00 | |

Friday
   Base       06000: 008.00
     EBR #

| | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|
| 000-0000 | 06000 | 12/13 | 06.00 | 51-0306 | 7220-12 | 000000 | 08.00 | 12/13 | 17.70 | |
| | | | | | | | | | 00.00 | |

**Weekly Total**
| Paid Hours : | Base | | 052: 008.18 | 059: 007.82 | 060: 024.00 |
| TACS Hours : | Base | | 052: 008.18 | 059: 007.82 | 060: 024.00 |

**Un-Processed Rings**
     EBR#

EXHIBIT 5
Page 5 of 5

Cert # 7001-1140 0001 7788 4285 / 5-20-03

Nov. 7, 2002

Mr. Thomas,

This Form B (completed by your Psychiatrist) is required prior to you returning to work. Please call the Health Unit at: 703-698-6393 to set up an appointment with the Postal Physician whenever you are ready to return.

Thank you,
Health Unit

Mildred

Mon & Thurs

EXHIBIT 6
Page 1 of 1

Cert # 7001 1140 0001 7788 4283 15-20-03

## Authorization for Medical Report

| Name & Address | Social Security Number | VA Number |
|---|---|---|
| X Thomas, Marco | X 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 | |
| | X Case of Born | Case of Injury |

### Service Record

| Branch of Service | Rate | Military Service Number |
|---|---|---|
| ☐ USA ☐ USMC ☐ USCG | | |
| ☐ USN ☐ USAF | | Date Entered Service | Date Released from Service |

### Postal Medical Officer

| Name Drs. Kenjerpenc; Barthel; Shook; Wangah; Allen | Mailing Address |
|---|---|

### Authorization

I, the undersigned, authorize the following hospitals and/or doctors to furnish the above mentioned postal medical officer all medical information concerning the following problems. It is understood that this report(s) will be furnished without cost to the US Postal Service. A photostat of this authorization will be as valid and effective as the original. **AUTHORIZATION ALSO GIVEN TO SPEAK WITH ABOVE PHYSICIANS**

| Signature | Witness Signature |
|---|---|
| X Marco Thomas | X Mary A. Shook, M.D. |
| Printed or Typed Name Marco Thomas | Printed or Typed Name of Witness Mary A. Shook, MD  Date 12/2/02 X |

### Authorized Doctors/Hospitals

X Dr. Madison
  Dr Peterson

### Medical Problems

X anxiety disorder

### Privacy Act Statement

The collection of this information is authorized by 39 USC 401 and 1001. Completion of this Form is voluntary. This information will be used to secure outside medical information necessary to process medical records which are kept on each postal employee. As a routine use, this information may be disclosed to the Civil Service Commission, Public Health Service, HHS, and to officials of other federal agencies responsible for federal benefit programs. In addition, this information may be disclosed to an appropriate law enforcement agency to investigate or prosecute violations, to a congressional office at your request, or where pertinent, in a legal proceeding to which the Postal Service is a party, to OMB for review or private relief regulation, to a labor organization as required by the NLRA, or to an agency where relevant to hiring, contracting, or licensing procedures. Your failure to provide this information may result in your not receiving full consideration for a position.

PS Form 2488, June 1987

Front & Back Copy.

EXHIBIT 7
Page 1 of 3

Cert# 7001 1440 0001 7788 4283 / 5-20-03

**UNITED STATES POSTAL SERVICE**

**Health Unit**
**Northern Virginia District**

Date: 12/2/02

To: Supervisor

Subject: RTW                                    **NON-OCCUPATIONAL**

This is Official Notice that employee ( Mr./Mrs./Miss) _Marco Thomas_

Social Security No. _319 - 96 - 5571_ , has been cleared through the Occupational

Health Nurse/~~Physician~~ to return to his/her ~~Regular~~/Light Duty commencing _12/2/02_

Listed below/attached are his/her light duty restriction(s). **Light duty availability is subject to Administrative approval.**

Recommended : no overtime

~~Nancy L. Short~~ M.D.
**Signature Of Authorized Official**

( This form is only to be used when an employee is returning to duty after a non-occupational injury/illness)

** Note. If you have any questions regarding this form please contact the Health Unit at 698-5393

8409 LEE HIGHWAY, ROOM 8-7
MERRIFIELD, VA 22081-9407
(703) 698-5393 FAX (703) 698-5391

-Front & Back Copy

EXHIBIT 7
Page 2 of 3

## Dr. Wadeson Psychiatric Center, P.C.

9435 Piscataway Road, Suite 235 • Clinton, Maryland 20735
(301) 868-8291

Cert # 7001 1140 000/ 7788 4283/5-20-03

March 12, 2002

United States Postal Service
Arlington Main Post Office

Dear Sir:

From today until further notice Mr. Morco J. Thomas should not be required to
work more than eight (8) hours a day because of his medical condition.

Sincerely,

Ralph W. Wadeson Jr., M.D.
Director

Arnold Peterson PH.D.
Clinical Psychologist

EXHIBIT 7
Page 3 of 3



1st (2nd) AM

EMC Supervisor Nicole Johnson Refuse to Sign

OVER
∨

Front & Back Copy

**UNITED STATES**
**POSTAL SERVICE**

# Request for or Notification of Absence

Employee's Name (Last, First, MI) — Torres, Marco T.

Time of Call or Request — Main

**Type of Absence**
- [ ] Annual
- [ ] Sick (See reverse)
- [ ] LWOP (See reverse)
- [ ] Court Leave
- [ ] Other
- [X] Late
- [ ] COP

Documentation (For official use only)
- [ ] For FMLA Leave (Certification reviewed)
- [ ] For COP Leave (CA-1 on file)
- [ ] For Advanced Sick Leave (1221 on file)
- [ ] For Military Leave (Orders reviewed)
- [ ] For Court Leave (Summons reviewed)
- [ ] For Higher Level (1723 on file)

- [ ] Approved, not FMLA*
- [ ] Disapproved (Give reason):
- [ ] Ineligible for FMLA (Estimate eligibility date):

- [ ] Approved, FMLA.
(See Publication 71)
- [ ] Approved FMLA, Pending Documentation Noted on Reverse.

PS Form 3971, April 2001 (Page 1 of 2)

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

EXHIBIT 8
Page 1 of 4

During This Absence, I Was Incapacitated for Duty by:

- [x] Sickness
- [x] On-the-Job Injury
- [ ] Off-the-Job Injury
- [ ] Pregnancy and Confinement
- [ ] Exposed to a Contagious Disease

- [x] Undergoing Medical, Dental, or Optical Examination or Treatment (Not job related)
- [ ] Undergoing Medical, Dental, or Optical Examination or Treatment (Not job related)

During This Absence, I Was Unavailable for Duty Because:

- [ ] Sick Leave for Dependent Care
- [ ] Birth of Child - Bonding

- [ ] Placement of a Child with Employee for Adoption or Foster Care

Additional Information Regarding Denial of Leave Protection Under FMLA

- [ ] Employee Not Eligible -- Less than 1250 Hours Worked.
- [ ] Employee Not Eligible -- Not Employed with USPS 1 Year.
- [ ] Employee Has Exhausted FMLA Entitlement in Current Leave Year.
- [ ] Absence Not for a Covered Condition.
- [ ] Absence Not for a Covered Family Member.
- [ ] Requested Documentation Not Provided.
- [ ] Documentation Provided Does Not Meet Criteria for FMLA Protection.

Additional Documentation Required: Washington Union Rep & Supervisor Mark Johnson to Find out What the Rules for Medical Unit Request for Medical appointment 12-2-05.

PS Form 3971, April 2001 (Page 2 of 2)

Privacy Act: The collection of this information is authorized by 39 USC 401, 1001, 1001, 1005, & USC 6339, and Public Law 103-3. This information will be used to grant or deny a request for official leave from Postal Service duty. It may be disclosed under the routine uses given in Privacy Act system notices USPS 050.020 and USPS 120.070 (see appendix of Administrative Support Manual) or, if you wish to obtain a copy of these notices contact your personnel office). Completion of this form is voluntary. If this information is not provided, official leave may not be granted.

| Leave Types (Information Only) | Time Card Code | RSC Code |
|---|---|---|
| AL/FMLA 83-FMLA | 86/01 | 32 |
| LWOP -- FMLA -- Part Day | 86/02 | 38 |
| LWOP -- FMLA -- Full Day | 86/05 | 36 |
| LWOP -- Full Day | 86/08 | 37 |
| LWOP -- Part of State Leave | 86/60 | 20 |
| LWOP -- Deferred | 86/60 | 21 |
| LWOP -- Personal Reasons | 86/60 | 22 |
| LWOP -- Full Day | 80 | 23 |
| LWOP -- Part Day | 80 | 33 |
| LWOP -- AWOL | 80/80 | 24 |
| LWOP -- ICDI (Not FMLA) - OWCP | 49 | 35 |
| LWOP -- Maternity | 86/80 | 26 |
| LWOP -- Suspension | 86/80 | 27 |
| LWOP -- Union Official | 86/80 | 28 |
| LWOP -- Suspension Pending Termination | 84 | 28 |
| Continuation of Pay -- USPS | 86/80 | 29 |
| Continuation of Pay -- USPS-FMLA | 71 | 83 |
| Continuation of Pay /FMLA-ADD-OWCP | 71/03 | 34 |
| Court Duty | 49/04 | 35 |
| Military Leave | 61 | 04 |
| Professional Organization | 87 | 05 |
| Blood Donor Leave | 86 | 06 |
| Other Paid Leave | 86 | 07 |
| Compensatory | 46 | 11 |
| Acts of God | 48 | 12 |
| Veteran's Funeral | 78 | 13 |
| Relocation | 86 | 09 |
| Civil Defense | 80 | 15 |
| Civil Disorder | 77 | 16 |
| Voting Leave | 81 | 17 |
| | 86 | 18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PP | Year | Ini. | Hours | | | | |
| Day | | | | | | | |
| Sat. 01 | | | | | | | |
| Sun 02 | | | | | | | |
| Mon 03 | | | | | | | |
| Tue 04 | | | | | | | |
| Wed 05 | | | | | | | |
| Thur 06 | | | | | | | |
| Fri 07 | | | | | | | |
| Sat 08 | | | | | | | |
| Sun 09 | | | | | | | |
| Mon 10 | | | | | | | |
| Tue 11 | | | | | | | |
| Wed 12 | | | | | | | |
| Thur 13 | | | | | | | |
| Fri 14 | | | | | | | |

Front & Back Copy

Over

EXHIBIT 8
Page 2 of 4

2nd after 8hrs work

**UNITED STATES POSTAL SERVICE®**

# Request for or Notification of Absence

| Employee's Name (Last, First, M.I.) | | Social Security No. | Date Submitted | No. of Hours Requested | | |
|---|---|---|---|---|---|---|
| | | 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 | 12-7-02 | Day | Hour | Year |

Installation (City, state, and ZIP code)

| Time of Call or Request | Scheduled Reporting Time | Employee Can Be Reached At (If needed) | | | |
|---|---|---|---|---|---|
| | | N/S Day | Pay Loc. # | D/A Code | From Date | Thru Date |
| | | Enur | | | | |

**Type of Absence**

- ☐ Annual
- ☐ Carrier 701 Rule
- ☐ LWOP (See reverse)
- ☐ Sick (See reverse)
- ☐ Leave
- ☐ COP
- ☒ Other:

**Documentation (For official use only)**

- ☐ For FMLA Leave (Certification reviewed)
- ☐ For COP Leave (CA1 on file)
- ☐ For Advanced Sick Leave (1221 on file)
- ☐ For Military Leave (Orders reviewed)
- ☐ For Court Leave (Summons reviewed)
- ☐ For Higher Level (1723 on file)
- ☐ Scheduled Training Testing Qualifying (Minutes on file)

| | Begin Work | |
| | Lunch-Out | |
| | Lunch-In | |
| | End Work | |
| | Total Hours | |

Revised Schedule for (Date)  ☐ No Call

☐ Yes  ☐ No

Approved in Advance ☐ Yes ☐ No

Remarks (Do not enter medical information)

pending Medical Info-from Medical Unit-

**Official Action on Application (Return copy of signed request to employee)**

- ☐ Approved, not FMLA
- ☐ Approved, FMLA (See Publication 71)
- ☐ Disapproved (Give reason):
- ☐ Approved FMLA Pending Documentation Noted on Reverse

I understand that the annual leave authorized in excess of amount available to me during this leave year will be changed to LWOP.

Employee's Signature and Date
LWOP Pending — 12-7-02

Signature of Person Recording Absence and Date

Signature of Supervisor and Date

☐ Continued on Reverse

☐ Ineligible for FMLA (Estimate eligibility date):

PS Form 3971, April 2001 (Page 1 of 2)

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

| PP | Year | Day | | Scheduled | Un-Scheduled | Init. | Hours |
|---|---|---|---|---|---|---|---|
| | | Sun 02 | Sat 01 | | | | |
| | | Mon 03 | | | | | |
| | | Tue 04 | | | | | |
| | | Wed 05 | | | | | |
| | | Thur 06 | | | | | |
| | | Fri 07 | | | | | |
| | | Sat 08 | | | | | |
| | | Sun 09 | | | | | |
| | | Mon 10 | | | | | |
| | | Tue 11 | | | | | |
| | | Wed 12 | | | | | |
| | | Thur 13 | | | | | |
| | | Fri 14 | | | | | |

EXHIBIT 8
Page 3 of 4

RMO Supervisor, Mark Johnson
refused to sign.

| Thomas, Marco | SSN 219 96 5571 | | DES/ACT |
|---|---|---|---|
| Name (Last, First, MI) | Route Number | Time (HRs./100s) | 0.700 |
| DPP (PSDS) MMDD (ETC) | Tr. Code | FON-LU | |
| 12/02/02 BT | | | |
| Input by (Initials) | Date 12-2-02 | Signature of Supervisor | Pay Loc. | Date |
| PS Form 1260, March 1993 | | NONTRANSACTOR CARD |

EXHIBIT 8
Page 4 of 4

06/18/2024   15:26   7033549498                    NALC                              PAGE  21

**UNITED STATES POSTAL SERVICE**

**USPS-NALC** ...nt Step A Grievance Form

**INFORMAL STEP A — NALC Shop Steward Completes This Section**

| | | |
|---|---|---|
| 1. Grievant's Name *(Last, first, middle initial)* Thomas, Marco | | 2. Home Telephone No. (301) 567-2473 |
| 3. Seniority Date (MM/DD/YYYY) 10/22/88 | 4. Status (Check One) ☑ FT ☐ FTF ☐ PTR ☐ PTF ☐ TE | 5. Grievant's SSN 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 |
| 6. Installation/Work Unit Arlington, VA / Main | | 7. Finance Number 51-0306 |
| 8. NALC Branch No. Branch 3520 | 9. NALC Grievance No. ARL-64-02 | 10. Incident Date (MM/DD/YYYY) 12/2/02 | 11. Date Discussed with Supervisor *(filing date)* 12/12/02 |
| 12a. Companion MSPB Appeal? ☐ Yes ☑ No | 12b. Companion EEO Appeal? ☐ Yes ☑ No |
| 13a. Supervisor's Printed Name and Initials *(Completed by Supervisor)* | 13b. Steward's Printed Name and Initials *(Completed by Steward)* |

**FORMAL STEP A — Formal Step A Parties Complete This Section**

14. USPS Grievance No.

15. Issue Statement/Provide Contract Provision(s) and Frame the Issue(s)

Did management violate article 10 and ELM section 510 when they denied leave, if so what is the appropriate remedy?

16. Undisputed Facts *(List and Attach All Supporting Documentation).*   Attachments? ☐ Yes ☐ No   Number: ___

Carrier Thomas was told to make an appointment with the USPS medical unit when he was ready to return to work so he could be released to work. The appointment was scheduled for December 2, 2002. After being released by the medical unit he returned to work on 12/2/02 and requested leave from 0700 until 0900 due to the doctors appointment.

17. UNION'S full, detailed statement of disputed facts and contentions   Attachments? ☐ Yes ☐ No   Number: ___

When he returned to work the supervisor nor the carrier knew what type of leave he was due, so they and the NALC steward agreed that the supervisor would check and let them know. When Mr. Thomas returned from the street he was told that management had denied his leave request and they had changed his start time to the time he punched on the clock after his doctors appointment. Mr. Thomas never requested a change of schedule for 12/2/02 and his regular schedule was 0700 - 1550. The 2 +- hours of leave he requested should have been approved as S/L as he had medical documentation stating that he had a doctors appointment.

18. MANAGEMENT'S full, detailed statement of disputed facts and contentions   Attachments? ☐ Yes ☐ No   Number: ___

19. Remedy Requested/Offered

Pay Mr. Thomas for the leave he requested for 12/2/02 and make him whole in all wages and benefits due to this violation.

| | | |
|---|---|---|
| 20. Disposition and Date *(Check one)* ☐ Resolved ☐ Withdrawn ☐ Not Resolved   Date of Formal Step A Meeting: | | |
| 21a. USPS Representative Name Walt Honchar, MCSO | 21b. Telephone No. *(Include Area Code)* (703) 525-8007 |
| 21c. USPS Representative Signature | 21d. Date |
| 22a. NALC Representative Name Tom Clear, Vice President | 22b. Telephone No. *(Include Area Code)* (703)750-3520 |
| 22c. NALC Representative Signature | 22d. Date |

PS Form 8190 September 2000 *(Page 1 of 2)*

EXHIBIT 9
Page 1 of 2

# GRIEVANCE SETTLEMENT RESOLUTION

**UNION:** Branch 3520    **DATE:**    3 /24/03

**UNION REP:** Tom Cleer, Vice President

**MANAGEMENT REP** Earl Baylor, Step A Designee

**GRIEVANT** Thomas, Marco    **OFFICE:** Arlington, VA / Main

**GRIEVANCE NUMBER** ARL-64-02

As a result of our discussion on this date, it is mutually agreed that the above
cited grievance is resolved in accordance with the following:

*The leave requested by Marco Thomas for December 2, 2002 will be
approved.*

_Tom Cleer_
Union Representative

3-28-03
Date

_Earl Baylor_
Management Representative

4-1-03
Date

EXHIBIT 9
Page 2 of 2

Cert # 7001 1140 0001 7788 4283/5/20/03

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

December 03, 2002

Re: Marco Thomas

To Whom It May Concern:

This letter is to acknowledge that Mr. Marco Thomas was seen today, December 03, 2002 for medical treatment. He is still suffering from anxiety and tension related to job stress and is continuing with treatment. At this time I feel that he is well enough to return to work within his usual eight hours a day on Wednesday December 04, 2002.

If you have any questions, please give me a call.

Sincerely:

Arnold O.D. Peterson, Ph. D.



EXHIBIT 10
Page 1 of 1

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

January 02, 2003

Dept. of Labor
Attn: Caroline Howard
File #252008829
Re: Marco Thomas

To Whom It May Concern:

This letter is to acknowledge that Mr. Marco Thomas was seen today,
January 02, 2003 for medical treatment. He is still suffering from anxiety
and tension related to job stress and should be excused from work from
December 09, 2002 through January 06, 2003 and return to work on
Monday, January 07, 2003. If you have any questions, please give me a
call.

Sincerely:

*Arnold O.D. Peterson*
Arnold O.D. Peterson, Ph. D.

*SJH*

# *Dr. Wadeson Psychiatric Center, P.C.*

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

July 24, 2003

Re: Marco Thomas

To Whom It May Concern:

This letter is to acknowledge that Mr. Marco Thomas was seen in my office on July 17 and July 24, 2003 for medical treatment. He is still suffering from anxiety and tension related to job stress and should be excused from work from December 09, 2002 until further notice / or his grievance situations are resolved, due to continued agitation of his medical condition.

If you have any questions, please give me a call.

Sincerely:

Arnold O.D. Peterson, Ph. D.

EXHIBIT 11
Page 2 of 2



**MAIN STATION** Cert # 7001 1940 0006 9193 6569



**UNITED STATES**
**POSTAL SERVICE**

**DATE:** December 11, 2002

**SUBJECT: Notice of Fourteen (14) Day Paper Suspension**

**TO:**     Marco J Thomas
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
City Letter Carrier
Main Station Post Office
Arlington, VA. 22201-9998

This official disciplinary fourteen (14) day paper suspension is being issued to you for the following reason(s):

**CHARGE: UNSATISFACTORY PERFORMANCE/FAILUE AT FOLLOW INSTRUCTION/FAILURE TO COMPLETE THE DELIVERY OF THE MAIL AS SCHEDULED**

While you will not serve time off with this fourteen (14) day paper suspension, it has the equivalent degree of seriousness as if you had served time off without pay. This action is intended to correct the deficiencies described in this letter and should be taken seriously. It is more serious than a letter of warning.

You are assigned the duties as a city letter carrier at the Main Station Post Office In Arlington, Virginia. Your regular duty schedule is 8:00 am to 4:30 p.m. with Sunday and Thursday as your days off.

On December 2, 2002 at 12:30 pm you were given instructions to carry 2 and half hours of mail on city route 111.    You were driven out to 801 Monroe St. Which is part of route 111, and told that when you had completed delivery of that building to call. At 2:00 pm after the building was completed a vehicle along with 1 and a half hours of mail taken to you for delivery. At 3:20 you returned to the office with the mail not delivered.

You failed to follow the instructions given to you by your supervisor to deliver the mail that was given to you.

You were given an opportunity to provide an explanation for your failure to follow these instructions. During a pre-disciplinary interview, in the presence of your union steward, you failed to provide an explanation.

Front & Back Copy

EXHIBIT 12
Page 1 of 3

2

Your decision not to response is unacceptable in that the Postal Service is a highly labor intensive organization that relies on its employees to discharge their assigned duties a conscientious and effective manner.

Your failure to complete the delivery of the mails on your assigned route as scheduled adversely affects the ability of the Postal Service to provide timely and efficient service to our customers. You failed to follow proper procedures and notify management in a timely manner of your inability to complete your assignment as scheduled. This undermined my ability to make any operational adjustments which could have been more cost effective and/or ensured that our customer's mail is delivered to meet our service goals. This cannot and will not be tolerated.

Furthermore, the City Delivery Carrier Handbook (M-41), Section 131.33, states in part, "Unless otherwise instructed by a unit manager, deliver all mail distributed to your route prior to the leaving time for that trip and complete delivery within scheduled time".

Your have blatantly refused to follow the instructions of your supervisor. Your failure to follow proper procedure caused additional handling of the mails resulting in unnecessary and increased cost to the postal service. More importantly, your continued disregard of the supervisor's instructions adversely affects the timely and efficient delivery of this mail and reflects negatively upon the Postal Service. This cannot and will not be tolerated.

The Employee and Labor Relations Manual Section 666.51 states, in part, "Employees must obey the instructions of their supervisor". It further states in Section 666.5, "If an employee has reason to question the propriety of a supervisor's order, the individual will never the less carry out the order and immediately file a protest in writing to the official in charge of the installation, or appeal through official channels.

In addition, the following element of your past record has been considered in arriving at this decision: You were issued a letter of warning dated March 20, 2002, for Unsatisfactory Performance/Failure to follow Instructions, and a 7 day suspension dated March 26, 2002, for Unsatisfactory Performance/Failure to follow Instructions.

While this suspension does not result in a loss of pay or time, it is equivalent to and is of the same degree as a time off suspension. It satisfies the requirement of progressive discipline as a time off suspension, and may be cited as an element of past discipline in subsequent discipline pursuant to Article 16.10.

EXHIBIT 12
Page 2 of 3

3

You have the right to appeal this action under the Grievance/Arbitration procedures set forth in Article 15 section 2 of the National Agreement within fourteen (14) days of your receipt of this letter.

_____   1/15/03
Signature of Supervisor                      Date

I HAVE RECEIVED THE ORIGINAL OF THIS LETTER
(DATE) 1-29-03 _____ (TIME) 4:35pm

SIGNATURE _____

cc: OPF FILE
    Labor Relations



Cert # 7001 1940 0006 9193 6569

EXHIBIT 12
Page 3 of 3

06/18/2004  15:06    7033549496                 NALC                    PAGE  03

| Date Received at Step B (MM/DD/YYYY) |

**UNITED STATES POSTAL SERVICE®**        **USPS-NALC Joint Step A Grievance Form**

**INFORMAL STEP A    NALC Shop Steward Completes This Section**

| 1. Grievant's Name    *(Last, first, middle initial)*    Thomas, Marco | 2. Home Telephone No.    (301) 567-2473 |
|---|---|

| 3. Seniority Date (MM/DD/YYYY)    10/22/88 | 4. Status   *(Check One)*   ☑ FT  ☐ FTF  ☐ PTR  ☐ PTF  ☐ TE | 5. Grievant's SSN    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 |
|---|---|---|

| 6. Installation/Work Unit    Arlington, VA / Main | 7. Finance Number    51-0306 |
|---|---|

| 8. NALC Branch No.    Branch 3520 | 9. NALC Grievance No.    ARL-18-03 | 10. Incident Date (MM/DD/YYYY)    1/29/03 | 11. Date Discussed with Supervisor    *(filing date)*    3 /4 /03 |
|---|---|---|---|

| 12a. Companion MSPB Appeal?   ☐ Yes  ☑ No | 12b. Companion EEO Appeal?   ☐ Yes  ☑ No |
|---|---|

| 13a. Supervisor's Printed Name and Initials    *(Completed by Supervisor)* | 13b. Steward's Printed Name and Initials    *(Completed by Steward)* |
|---|---|

**FORMAL STEP A    Formal Step A Parties Complete This Section**

14. USPS Grievance No.

15. Issue Statement/Provide Contract Provision(s) and Frame the Issue(s)

Did management have just cause under article 16 to issue the Notice of Fourteen (14) Day Paper Suspension dated December 11, 2002, if not what is the appropriate remedy?

| 16. Undisputed Facts    *(List and Attach All Supporting Documentation).* | Attachments?   ☐ Yes  ☐ No    Number: |
|---|---|

Mr. Thomas was mailed a Notice of Fourteen (14) Day Paper Suspension which he received on January 29, 2003 charging "Unsatisfactory Performance / Failure to Follow Instructions / Failure to Complete the Delivery of the Mail as Scheduled".

| 17. UNION'S full, detailed statement of disputed facts and contentions | Attachments?   ☐ Yes  ☐ No    Number: |
|---|---|

Management issued this discipline 58 days after the alleged incident. Mr. Thomas had medical restrictions of 8 hours per day on December 2, 2002. Management issued this discipline due to Mr. Thomas's refusal to work past his medical restriction. Management did not have just cause to issue this discipline.

| 18. MANAGEMENT'S full, detailed statement of disputed facts and contentions | Attachments?   ☐ Yes  ☐ No    Number: |
|---|---|

19. Remedy Requested/Offered

Rescind the Notice of Fourteen (14) Day Paper Suspension dated December 11, 2002 and pay Mr. Thomas double time for all hours forced to worked past 1550 on December 2, 2002.

| 20. Disposition and Date    *(Check one)*   ☐ Resolved   ☐ Withdrawn   ☐ Not Resolved    Date of Formal Step A Meeting: | |
|---|---|

| 21a. USPS Representative Name    Earl Baylor, Step A Designee | 21b. Telephone No.    *(Include Area Code)*    (703) 538-7117 |
|---|---|

| 21c. USPS Representative Signature | 21d. Date |
|---|---|

| 22a. NALC Representative Name    Tom Clear, Vice President | 22b. Telephone No.    *(Include Area Code)*    (703)750-3520 |
|---|---|

| 22c. NALC Representative Signature | 22d. Date |
|---|---|

PS Form **8190** September 2000  *(Page 1 of 2)*

EXHIBIT 13
Page 1 of 2

# GRIEVANCE SETTLEMENT RESOLUTION

**UNION:** Branch 3520                    **DATE:**    3 /24/03

**UNION REP:** Tom Cleer, Vice President

**MANAGEMENT REP** Earl Baylor, Step A designee

**GRIEVANT** Thomas, Marco                    **OFFICE:** Arlington, VA / Main

**GRIEVANCE NUMBER** ARL-18-03

As a result of our discussion on this date, it is mutually agreed that the above
cited grievance is resolved in accordance with the following:

*The Notice of Fourteen (14) Day Paper Suspension dated December 11,
2002 will be rescinded.*

*Tom Cleer*
_____

Union Representative

3-28-03
_____

Date

*Earl Baylor*
_____

Management Representative

4-1-03
_____

Date

EXHIBIT 13
Page 2 of 2

### 513.822 Disability Retirement

If the OPM has approved an application for disability retirement effective on expiration of accumulated and accrued leave, or if the employee is being otherwise separated for physical or mental disability resulting in inability to perform the work, sick leave is granted at the rate of 8 hours per day, 40 hours per week, or 80 hours per pay period until the employee's sick leave is exhausted. Payments may not be made, however, for any hours for which the employee received salary or leave payments from another federal agency.

### 513.83 Separation by Death

If an ill employee dies without returning to duty and without making application for sick leave, the postal official who is in charge of the installation grants sick leave for the period of illness or disability immediately prior to death. If the employee was in pay status on the day of death or immediately prior to death, the employee's beneficiary is entitled to receive compensation without charge to leave for the date of death. The latter applies whether or not employees have leave to their credit.

### 513.9 Collection for Unearned Sick Leave

Collection for used but unearned sick leave at the time of separation is made in the same manner as for unearned annual leave (see 512.72).

## 514 Leave Without Pay

### 514.1 Definitions

The following definitions apply for the purposes of 514:

a.   LWOP is an authorized absence from duty in a nonpay status.

b.   LWOP may be granted upon the employee's request and covers only those hours that the employee would normally work or for which the employee would normally be paid.

c.   LWOP is different from AWOL (absent without leave), which is a nonpay status due to a determination that no kind of leave can be granted either because (1) the employee did not obtain advance authorization or (2) the employee's request for leave was denied.

### 514.2 Policy

### 514.21 Restriction

LWOP in excess of 2 years is not approved unless specifically provided for in postal policy or regulations.

### 514.22 Administrative Discretion

Each request for LWOP is examined closely, and a decision is made based on the needs of the employee, the needs of the Postal Service, and the cost to the Postal Service. The granting of LWOP is a matter of administrative

EXHIBIT 14
Page 1 of 3

Exhibit 36

190

discretion and is not granted on the employee's demand except as provided in collective bargaining agreements or as follows:

a.    A disabled veteran is entitled to LWOP, if necessary, for medical treatment.

b.    A Reservist or a National Guardsman is entitled to LWOP, if necessary, to perform military training duties under the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), Public Law 103-353.

c.    An employee who requests and is entitled to time off under 515, Absence for Family Care or Serious Health Condition of Employee, must be allowed up to a total of 12 workweeks of absence within a Postal Service leave year for one or more reasons listed in 515.41.

### 514.23 Condition

In granting approval for extended LWOP, the granting official should have reasonable expectation that the employee will return at the end of the approved period.

### 514.24 Leave Credit Adjustment

Employees who are on LWOP for a period, or periods, totaling 80 hours (normal number of workhours in 1 pay period) during a leave year have their leave credits reduced by the amount of leave earned in 1 pay period.

**Exception:** Employees who (1) are in leave category 6, (2) are not on LWOP for the entire year, and (3) whose accumulated LWOP reaches 80 hours in the last pay period in a leave year have their leave balance reduced by only 6 hours, even if they earn 10 hours during that pay period (see 512.3). Also, no adjustment is made to the leave computation date for periods of LWOP taken for active military service or while absent due to an illness or injury approved by OWCP.

### 514.25 Other Employment

LWOP is not granted for the purpose of enabling an employee to "try out" or to accept other employment.

### 514.3 Authority to Approve

### 514.31 Installation Head

Installation heads may approve requests for LWOP that are not in excess of 1 year.

### 514.32 District Managers

District managers may approve requests for LWOP that are not in excess of 2 years.

### 514.4 Acceptable Reasons and Instructions

See Exhibit 514.4 for acceptable reasons and instructions for LWOP.

EXHIBIT 14
Page 2 of 3

ELM 17.3, April 2003

514.5    **Forms Required**

514.51    **PS Form 3971**

A request for LWOP is submitted by the employee on PS Form 3971. If the request for leave indicates that the LWOP will extend over 30 days, a written justification and statement of reason for the desired absence is required.

514.52    **PS Form 50**

PS Form 50, *Notification of Personnel Action,* is prepared when LWOP is in excess of 30 days (see Handbook EL-301, *Guidelines for Processing Personnel Actions*).

515    **Absence for Family Care or Serious Health Condition of Employee**

515.1    **Purpose**

Section 515 provides policies to comply with the Family and Medical Leave Act of 1993 (FMLA). Nothing in this section is intended to limit employees' rights or benefits available under other current policies (see 511, 512, 513, 514) or collective bargaining agreements. Likewise, nothing increases the amount of paid leave beyond what is provided for under current leave policies or in any collective bargaining agreement. The conditions for authorizing the use of annual leave, sick leave, or LWOP are modified only to the extent described in this section.

515.2    **Definitions**

The following definitions apply for the purposes of 515:

a.    *Son or daughter* — biological, adopted, or foster child, stepchild, legal ward, or child who stands in the position of a son or daughter to the employee, who is under 18 years of age or who is 18 or older and incapable of self-care because of mental or physical disability.

b.    *Parent* — biological parent or individual who stood in that position to the employee when the employee was a child.

c.    *Spouse* — husband or wife.

d.    *Serious health condition* — illness, injury, impairment, or physical or mental condition that involves any of the following:

(1)    *Hospital care* — inpatient care (i.e., an overnight stay) in a hospital or residential medical care facility, including any period of incapacity or subsequent treatment in connection with or subsequent to such inpatient care.

(2)    *Absence plus treatment* — a period of incapacity of more than 3 consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition) that also involves either one of the following:

(a)    Treatment two or more times by a health care provider.

EXHIBIT 14
Page 3 of 3

2001-2006

# *National*
# *Agreement*

between the
National Association of Letter Carriers
the United States Postal Service

EXHIBIT 15
Page 1 of 2

179

Article 16.5

## Section 2. Discussion

For minor offenses by an employee, management has a responsibility to discuss such matters with the employee. Discussions of this type shall be held in private between the employee and the supervisor. Such discussions are not considered discipline and are not grievable. Following such discussions, there is no prohibition against the supervisor and/or the employee making a personal notation of the date and subject matter for their own personal record(s). However, no notation or other information pertaining to such discussion shall be included in the employee's personnel folder. While such discussions may not be cited as an element of prior adverse record in any subsequent disciplinary action against an employee, they may be, where relevant and timely, relied upon to establish that employees have been made aware of their obligations and responsibilities.

## Section 3. Letter of Warning

A letter of warning is a disciplinary notice in writing, identified as an official disciplinary letter of warning, which shall include an explanation of a deficiency or misconduct to be corrected.

[see Memo, page 187]

## Section 4. Suspensions of 14 Days or Less

In the case of discipline involving suspensions of fourteen (14) days or less, the employee against whom disciplinary action is sought to be initiated shall be served with a written notice of the charges against the employee and shall be further informed that he/she will be suspended. **A suspended employee will remain on duty during the term of the suspension with no loss of pay. These disciplinary actions shall, however, be considered to be of the same degree of seriousness and satisfy the same corrective steps in the pattern of progressive discipline as the time-off suspensions. Such suspensions are equivalent to time-off suspensions and may be cited as elements of past discipline in subsequent discipline in accordance with Article 16.10.**

## Section 5. Suspensions of More Than 14 Days or Discharge

In the case of suspensions of more than fourteen (14) da

EXHIBIT 15
Page 2 of 2

Exhibit 31 (2 of 2)

180

131.13   When leaving the route for lunch, lock undelivered registered and COD mail in a designated relay box or vehicle in accordance with existing practices. Make a simple record of registered, COD, and other more-than-ordinary value items which are left. On return from lunch, check to insure that no pieces are missing.

131.14   Do not remove stamps from mail or throw away or improperly dispose of mail. Line through uncanceled stamps (except on philatelic mail) to prevent re-use. Delivery Point Sequence mail may contain uncanceled stamps that will not be identified until the mail is being readied while performing street duties. These stamps should also be lined through (except on philatelic mail) to prevent re-use.

### 131.2  General Precautions

131.21   Do not deliver mail that has not passed through a proper delivery unit.

131.22   Do not place letters, large flats, and other mail within the pages of magazines, catalogs, etc., at any time. Whenever letters and flats are cased together, care must be exercised to avoid having letters fall between pages of magazines, etc.

131.23   When you find in a mail receptacle mailable matter on which postage has not been paid, addressed to, or intended for the person in whose receptacle it is deposited, take the matter to the post office for treatment as provided in section 146.2, *Postal Service Manual*. If general distribution of the same bill, circular, or other matter has been made on the route, return only 2 with a statement of the number of similar pieces without postage.

### 131.3  Actual Delivery

131.31   Do not deviate from your route for meals or other purposes unless authorized by your manager or if local policies concerning handling out of sequence mail permit minor deviations.

131.32   Enter premises for official duty only — except for authorized lunch periods.

131.33   Unless otherwise instructed by a unit manager, deliver all mail distributed to your route prior to the leaving time for that trip and complete delivery within scheduled time. It is your responsibility to inform management when this cannot be done.

131.34   Exhibit mail to the addressee only. Delivery may be made to a customer on the street if it does not delay the carrier unreasonably.

131.35   Deliver mail according to the instructions or known desire of the addressee. Otherwise, deliver as addressed if the addressee has not moved. Make inquiry, if necessary, and return the mail to the post office if still in doubt.

131.36   Deliver First-Class Mail undeliverable as addressed when you know the customer's correct address on your route — unless other delivery instructions are specified on the piece of mail.

EXHIBIT $\backslash_{6}$
Page $\backslash$ of $2$

 

### 666.2 Behavior and Personal Habits

Employees are expected to conduct themselves during and outside of working hours in a manner which reflects favorably upon the Postal Service. Although it is not the policy of the Postal Service to interfere with the private lives of employees, it does require that postal personnel be honest, reliable, trustworthy, courteous, and of good character and reputation. Employees are expected to maintain satisfactory personal habits so as not to be obnoxious or offensive to other persons or to create unpleasant working conditions.

### 666.3 Loyalty

Employees are expected to be loyal to the government and uphold the policies of the Postal Service.

### 666.4 Performance of Public Duties

Employees are expected, when called upon, to serve on juries or to act as witnesses.

### 666.5 Obedience to Orders

### 666.51 Protests

Employees must obey the instructions of their supervisors. If an employee has reason to question the propriety of a supervisor's order, the individual will nevertheless carry out the order and immediately file a protest in writing to the official in charge of the installation, or appeal through official channels.

### 666.52 Reporting of Violations

Violations of postal laws, including irregular practices involving the handling of stamps, funds, accounts, or property will be reported immediately to the postal inspector in charge.

### 666.6 Cooperation in Investigations

Employees will cooperate in any postal investigation.

### 666.7 Furnishing Address

Employees must keep the installation head informed of their current mailing addresses. Any changes in mailing addresses will be reported on PS Form 1216, *Employee's Current Mailing Address*, to the installation head who will forward copy No. 1 to the Postal Data Center.

### 666.8 Attendance

### 666.81 Requirement for Attendance

Employees are required to be regular in attendance.

### 666.82 Absence Without Permission

Employees failing to report for duty on scheduled days, including Saturdays, Sundays, and holidays, will be considered absent without leave

EXHIBIT 16
Page 2 of 2



### 666.2 Behavior and Personal Habits

Employees are expected to conduct themselves during and outside of working hours in a manner which reflects favorably upon the Postal Service. Although it is not the policy of the Postal Service to interfere with the private lives of employees, it does require that postal personnel be honest, reliable, trustworthy, courteous, and of good character and reputation. Employees are expected to maintain satisfactory personal habits so as not to be obnoxious or offensive to other persons or to create unpleasant working conditions.

### 666.3 Loyalty

Employees are expected to be loyal to the government and uphold the policies of the Postal Service.

### 666.4 Performance of Public Duties

Employees are expected, when called upon, to serve on juries or to act as witnesses.

### 666.5 Obedience to Orders

### 666.51 Protests

Employees must obey the instructions of their supervisors. If an employee has reason to question the propriety of a supervisor's order, the individual will nevertheless carry out the order and immediately file a protest in writing to the official in charge of the installation, or appeal through official channels.

### 666.52 Reporting of Violations

Violations of postal laws, including irregular practices involving the handling of stamps, funds, accounts, or property will be reported immediately to the postal inspector in charge.

### 666.6 Cooperation in Investigations

Employees will cooperate in any postal investigation.

### 666.7 Furnishing Address

Employees must keep the installation head informed of their current mailing addresses. Any changes in mailing addresses will be reported on PS Form 1216, *Employee's Current Mailing Address*, to the installation head who will forward copy No. 1 to the Postal Data Center.

### 666.8 Attendance

### 666.81 Requirement for Attendance

Employees are required to be regular in attendance.

### 666.82 Absence Without Permission

Employees failing to report for duty on scheduled days, including Saturdays, Sundays, and holidays, will be considered absent without leave

EXHIBIT 16
Page 1 of 2

ELM 17.3, April 2003

April 8, 2004

Judith O'Hara
Arlington Main Post Office
3119 Washington Blvd.
Arlington, VA 22210-9998

Re:  Documents and Statistics concerning the Marco J. Thomas EEO complaint
     (No. 4K-220-0002-03)

## THE FOLLOWING DOCUMENTS AND STATISTICS ARE REQUIRED FROM YOU TO COMPLETE THIS INVESTIGATION:

1.  Mr. Thomas's position description
Response: City Letter Carrier (description attached)

2.  Documentation showing Mr. Thomas's scheduled beginning and ending time for December 2002.
Response: Nothing available in file. His bid schedule would have been 7:30 to 4:00 pm.

3.  A list of similarly situated employees to Mr. Thomas, under the same or similar circumstances, who Leonard Napper allowed to use leave without pay (LWOP) during the period January through September 2002, by employee's name, position title, grade, reason for LWOP, mental disability, age (DOB), and whether the employee had prior EEO activity.
Response: Desta Beyene. letter carrier, 5, awaiting OWCP claim, No idea about EEO

4.  The Notice of 14-Day Suspension Mr. Johnson gave to Mr. Thomas
Response:  No file on record, called Labor Relations, nothing on file. Mr. Johnson states he did not issue a letter of 14 suspension to Mr. Thomas. It may have been issued by a different supervisor.

5.  Any written responses from Mr. Thomas regarding the Notice of 14-Day Suspension.
Response:  Nothing on file, this must be retrieved form the employee.

6.  Any written prior warnings Mr. Thomas was given prior to the Notice of 14-Day Suspension
Response: LOW 2/4/02 attached.

7.  Any Disciplinary/Personnel Actions given to Mr. Thomas as a result of the Notice of 14-Day Suspension
Response: Nothing on file, no personnel action issued.

8.  A list of similarly situated employees to Mr. Thomas, under the same or similar circumstances, who Mark Johnson and/or Carlton McCoy yelled at or told to get off the floor and return at a later time during the period January to December 2002 by employee's name position title, grade, the reasons they were yelled at or told to return at a later time, mental disability, age (DOB), and whether the employee had prior EEO activity.
Response:  Mr. Mckoy and Mr. Johnson do not 'yell' at employees.

EXHIBIT 17
Page 1 of 2

9. A list of similarly situated employees to Mr. Thomas, under the same or similar circumstances, whose starting time was changed by Mark Johnson and/or David Lee during the period January through December 2002 by employee's name position title, grade, the reasons the starting time was changed, mental disability, age (DOB), and whether the employee had prior EEO activity.
Response: Mr. Sweeney, medical reasons, letter carrier, 5, no EEO activity

10. A list of similarly situated employees to Mr. Thomas, under the same or similar circumstances, who Mr. Johnson gave a Notice of 14-Day Suspension during the period February 2002 through February 2003 by employee's name position title, grade, the reasons for the notice, mental disability, age (DOB), and whether the employee had prior EEO activity.
Response: Mr. Johnson did not issue a 14 day.

11. Policy/contract provisions regarding approving LWOP
Response: attached

12. Policy/contract provisions regarding having an employee leave the floor and return at a later time
Response: No such policy, possible light or limited duty.

13. Policy/contract provisions regarding a management official yelling at an employee
Response: Postal Policy attached, management does not 'yell' at employees.

14. Policy/contract provisions regarding changing an employee's starting time when he/she has a medical appointment
Response: no policy

15. Policy/contract provisions regarding giving an employee a Notice of 14-Day Suspension
Response: attached

16. Any other documents you believe are related to the matters at issue.
I have attached the letter from Mr. Thomas requesting LWOP and the response letter from the postmaster, informing Mr. Thomas that he failed to provide the required documentation to support his absence.

**Please provide, in writing, the reason for any documentation or statistic that cannot be provided**

Please call me at (540) 752-1606 if you have any questions.

Sincerely,

Michael M. Jurach
USPS Contract EEO Investigator

EXHIBIT 14
Page 2 of 2

Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744

**Fax: 1-540-752-2984**

April 23, 2004
Cert No. 7003 1680 0001 2464 6231

Case No. 4K-220-0002 03,  EEO Investigative Affidavit for Compensatory Damages
Attn: Michael Jurach, USPU Contract EEO Investigator

**ATTACHMENTS:** For questions 1 through 7 & notices of Debts

1. USPS federal Credit Union, canceling my checking account due to low balance and NSN fees with $33.44 due.
2. USPS District Officer Accounting Service Center, Total Due: $515.78,
3. Infectious Disease Assoc of So. MD, unpaid Balance $346.86.
4. Chase Mortgage, default notice, total due: $4,707.45.
5. Wadeson Psychiatric Center, delinquent balance, amt due: $170.00.
6. Notice After Repossession or Voluntary Surrender, for my 2001, Chrysler, Sebring, amt. due $24, 334.00. (also has side B)
7. Verizon Wireless, Recoveries, balance due $313.10.
8. Wells Fargo, writ of Garnishment of wages.
9. Health Benefit Plan cancellation of Health Insurance.
10. Dr. Wadeson Psychiatric Center, P.C., Records Release Authorization form.
11. Infectious die. Assoc. of So. MD, Medical Records Release form
12. NALC Mastercard Statement payment due: $1,386.00.
13. Circuit City & Debt Enforcement Bureau, Inc, Collection of delinquent dept,  amt due: $927.05.
14. Washington Gas Account info since 10/2000 (14 & 14A front and back copy) & current amt due $1,037.39.
15. Household Credit Card, amt due $10,255.35.
16. Md Consolidated Tax Bill For Tax Year Jul 1, 2003 to June 30, 2004, ant due: $10, 740. 67.
17. Washington Suburban Sanitary Commission(WSSC), past due bill amt due $98.08.
18. PEPCO,  Notice of Intent to Disconnect Electric Service Notice, amt due: $525.96.
19. Nigel McClean, Statement.
20. Verizon amt due: $519.53.

**All documents listed in Affidavit are provided. All other documents at this time that I do not have, I request/reserve the right to supplement this/these and other additional documents at a later date.**

**I declare under penalty of perjury that the fore going, including any attached sheets, is true and correct.**

Marco Thomas

EXHIBIT 18
Page 1 of 23



**U. S. Postal Service Federal Credit Union**
**7905 Malcolm Road, Suite 311**
**Clinton, MD 20735-1730**

Tel: (301) 856-5000    (800) USPS FCU (877-7328)    Fax: (301) 856-4061
Web site: www.uspsfcu.org    E-mail: uspsfcu@uspsfcu.org

*(#1) CASE No 4K-220-0002-03*
*Cert No. 7003-1680-0001-2464-6231*

## -CANCELLED-

March 31, 2004

Checking Account #81780

Please be advised that as of 31MAR04 your **checking** account is no longer active. You owe the Credit Union $33.40 due to **low balance fees** and or NSF fees. Please send payment in the envelope provided. If we do not receive payment or hear from you by Friday, April 23rd your name will be reported to our collection agency.

Thank you for your cooperation in this matter. If you have any questions concerning this matter please call.

Respectfully,
*Krica Hemingway-Dozier*
Checking/Payroll Department

EXHIBIT 18
Page 2 of 23

**UNITED STATE.**
**POSTAL SERVICE**

512245

CASE # 4K-220-0007-03
Cert No. 70031680 0001-2464-6231

**Statement**    2

Page 1  of 1

USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9640

STATEMENT DATE: 22-MAR-2004
CUSTOMER NUMBER: 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
TOTAL DUE: $      515.78

MARCO J THOMAS
10008 EDGEWATER TER
FT WASHINGTON MD 20744-5767
Cer

**Questions or correspondence:**
YOUR EMPLOYING OFFICE MAY CONTACT US AT
651 681-1404 IF ADDITIONAL ASSISTANCE IS
NEEDED.

| TRANSACTION NUMBER | DATE | TRANSACTION TYPE | DUE DATE | REFERENCE | TRANSACTION AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 701128178 | 12-MAR-03 | Invoice | 11-APR-03 | M75270 PRD | 142.55 | 142.55 |
| 701164319 | 21-MAY-03 | Invoice | 20-JUN-03 | P35090 PRD | 143.55 | 143.55 |
| 701204444 | 30-JUL-03 | Invoice | 29-AUG-03 | M04630 PRD | 143.55 | 143.55 |
| 701226748 | 10-SEP-03 | Invoice | 10-OCT-03 | M47630 PRD | 86.13 | 86.13 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | FINANCE CHARGES | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 515.78 | 0.00 $ | 515.78 |

PS Form 18 - May 31, 2002

---- To ensure proper credit to your account please return bottom portion with your remittance ----

**UNITED STATES**
**POSTAL SERVICE**

ATTN: FINANCIAL PROCESSING
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9616

STATEMENT DATE: 22-MAR-2004
CUSTOMER NUMBER: 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
TOTAL DUE: $      515.78

AMOUNT PAID: $ _____.___

**MAIL TO:**

MARCO J THOMAS
10008 EDGEWATER TER
FT WASHINGTON MD 20744-5767

USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN  55121-9640    EXHIBIT 18
Page 3 of 23

Check here to change address, complete new address on reverse.
Write your customer number on your check or money order. Do not send cash.

01219-96-5571                    X0000000000000051578X

TRI-COUNTY SERVICE BUREAU, INC.
P.O. BOX 639
HOLLYWOOD, MARYLAND 20636
301-373-4840

CASe # 4K-220-0002-03   4/7/04
Cert No. 7003-1680-0001-2464-6231

308101

MARCO J THOMAS
10008 EDGEWATER TER
FT WASHINGTON, MD  20744

RE:  406454-308101       INFECTIOUS DISEASE ASSOC OF SO MD
$346.86

YOUR UNPAID BALANCE, AS INDICATED ABOVE, HAS BEEN REPORTED TO THE CREDIT
BUREAU.

IF YOU WISH TO DISCUSS YOUR ACCOUNT WITH ME OR WANT TO SET UP A PAYMENT PLAN,
PLEASE CALL ME.

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE.

BETTY POE
ACCOUNT SUPERVISOR

DEBT COLLECTORS SINCE 1982

EXHIBIT 18
Page 4 of 23



**Chase Manhattan Mortgage Corporation**
3415 Vision Drive
Columbus, OH 43219-6009

*(handwritten) (#4)*

*(handwritten) Case No. 4K-820-0002-03*
*(handwritten) Cert No. 7003-1680-0001-2464-6231*

MARCO J THOMAS
NIGEL D MCCLEAN
10008 EDGEWATER TERRACE
FORT WASHINGTON MD  20744-0000

DATE OF NOTICE 03/09/04

RE: NOTICE OF DEFAULTED MORTGAGE

Dear Mortgagor:

Be advised you are in default for failure to make the required monthly payments as they become due.  This is a breach of your Note and Mortgage, Security Deed, or Deed of Trust securing the Note and encumbering the real property.

You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

It is necessary that the delinquent principal, interest, escrow funds, and late charges be paid.  While the loan remains in default, we are required to perform certain tasks to protect our interest in the property.  One of the tasks that we may be required to perform is to visit your property.  This is done to determine the property condition, as well as discuss your plans on paying this loan on time. Whatever costs are incurred by Chase Manhattan Mortgage Corporation will be added to the amount you now owe.

Emergency homeowner counseling is available.  As required by HUD Regulation 89-4, to receive a list of HUD approved counseling agencies in your area, you may contact HUD at 800-569-4287.

We welcome the opportunity to discuss this matter with you.  Please contact our office at 1-800-848-9380.

Chase Manhattan Mortgage Corporation is attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Chase Manhattan Mortgage Corporation

| LOAN NUMBER: | 1988740995 | TOTAL | PRINCIPAL | 491.68 |
|---|---|---|---|---|
| PAYMENT PAST DUE: | 02/01/04 | TOTAL | INTEREST | 2,812.68 |
| CURRENT PAYMENT DUE: | 03/01/04 | | ESCROW | 0.00 |
| NO. PAYMENTS PAST DUE: | 02 | | LATE CHG BAL | 1,403.09 |
| | | | TOTAL DUE | 4,707.45 |

EXHIBIT 18
Page 5 of 23

S T A T E M E N T

WADESON PSYCHIATRIC CENTER ⑤    PREPARED March 15, 2004
9135 PISCATAWAY ROAD #235         ACCOUNT #: 6780
CLINTON, MD 20735                 PATIENT : MARCO THOMAS
301-868-8291  *Case No. 4K-230-0002-03* PATIENT BALANCE:    170.00
*Cert. No. 7003-1680-0001-2464-6231*

MARCO THOMAS
10008 EDGEWATER TERRACE
FORT WASHINGTON MD  20744

Amount Enclosed _____

PAYMENTS MADE ONE WEEK PRIOR TO STATEMENT DATE MAY NOT BE REFLECTED

| DATE | * CODE # | DESCRIPTION | CHARGES | PAYMENTS CREDITS | INSURANCE BALANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| 01-02-03 | 11 | IND THERAPY | 150.00 | 130.00 | | 20.00(2) |
| | | APPLIED TO INSURANCE DEDUCTIBLE | | | | |
| 01-09-03 | 11 | IND THERAPY | 150.00 | 100.00 | | 50.00(2) |
| | | APPLIED TO INSURANCE DEDUCTIBLE | | | | |
| 01-23-03 | 11 | IND THERAPY | 150.00 | 100.00 | | 50.00(2) |
| | | APPLIED TO INSURANCE DEDUCTIBLE | | | | |
| 11-13-03 | 1 | DIAG-EVAL- 60 MIN | 200.00 | | 200.00 | (1) |
| 11-20-03 | 18 | MISSED APPT | 50.00 | | | 50.00 |
| 01-13-04 | 11 | IND THERAPY | 150.00 | 20.00 | 130.00 | (1) |

| TOTALS | | | | | 330.00 | 170.00 |
|---|---|---|---|---|---|---|

| AGING: | Current | 30 Day | 60 Day | 90 Day | 120 Day | T O T A L |
|---|---|---|---|---|---|---|
| Insurance | | | 130.00 | | 200.00 | 330.00 |
| Patient | | | | 50.00 | 120.00 | 170.00 |

(1) - This item has been filed for insurance
(2) - This item is the patient's responsibility

EXHIBIT 18
Page 6 of 23

PLEASE PAY PATIENT BALANCE ->      170.00

84-291-3524 (9/03) MD - SIMPLE INTEREST

# NOTICE AFTER REPOSSESSION
# OR VOLUNTARY SURRENDER
CAse No. 7003-1680-0001-2464-6931

ACCOUNT NO.
1014718149

(#6)

| BUYER'S NAME | CO-BUYER'S NAME |
|---|---|
| MARCO J CHESLEY   Case No. 4K 220-0002-03 | |
| ADDRESS | ADDRESS |
| 10008 EDGWWATER TERR | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| FT WASHINGTON     MD    20744 | |

We have obtained your *(insert "Car," "Van," "Truck" or "Other Vehicle")* _____ Car _____, called your "vehicle," either by

☐ repossession   or   ☒ voluntary surrender, whichever is checked.  DESCRIPTION OF YOUR VEHICLE FOLLOWS:

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NO. |
|---|---|---|---|
| 2001 | CHRYSLER | SEBRING LX | 1C3AL56U11N730446 |

**NOTICE OF SALE:** Your vehicle will be offered for sale, at private sale, beginning at _12_ o'clock p.m. on _03/26/2004_ , and from day to da thereafter until sold.  Your vehicle will be sold by:

☒ Chrysler Financial   ☐ the Dealer who sold you the vehicle, at the dealership address listed below.  (Your vehicle has been or will be returned to that Dealer, but will **NOT** be sold before the date shown above.)

| DEALERSHIP NAME | PHONE NO. |
|---|---|
| ADDRESS, CITY, STATE, ZIP | |

**RIGHT TO SALE BY PUBLIC AUCTION:** If you have paid at least 50% of the cash price of your vehicle, then you have a right to require th your vehicle be sold at public auction, instead of the private sale described above.  To do this, you must send us a written request b registered or certified mail to our address listed on the reverse within 15 days of this Notice.  Along with your request, you must also send a deposit on the costs of the sale in the amount of $ _15.00_ .

The longer you wait, the more costs (including repairs) you may have to pay.  But these costs are limited by law to reasonable expens incurred as a direct result of retaking your vehicle, holding it, and preparing it for sale.

**INSURANCE RIGHTS:** If you want your vehicle back, you are required to keep the vehicle insured in accordance with the terms and conditio of your contract.  If you do not want your vehicle back, you should consider canceling any insurance on it.  To make sure this is done, call insurance company or the Dealer.  You have a right to get credit for all premium refunds.  We will cancel any insurance on your vehicle that y purchased from us or that we purchased for you and which was financed in the contract.  That insurance, if any, is listed on the reverse, a we have given you credit for any unearned premiums.

**ACCOUNTING:** If you want us to explain to you in writing how we have figured the amount that you owe us you may call or write us at number or address listed on the back of this Notice.  We reserve the right to charge you $ _0.00_ for the explanation if we sent you anot explanation of the amount within the last six months.

**RIGHT TO MONEY LEFT OVER FROM SALE:** When your vehicle is sold, the sale price minus expenses will be deducted from your debt.  Y are entitled to any money left over except as otherwise provided for in Section 12-626 of Maryland Statutes.  If we sell your vehicle, we return this money (if any is left over) to you.  If the Dealer sells your vehicle, the Dealer should pay you this money (if any is left over), wit summary of all expenses, within 45 days after the sale.  If you do not get this money, you may have a right to sue for it plus penalties un state law.

**REMAINING DEBT:** The sale price might not cover your debt and expenses.  If that happens, you will owe the difference to us or to the Dea (whoever sells your vehicle), and you may be held liable for this deficiency.  If there is any attempt to collect this difference from you, we or Dealer (whoever sells your vehicle) should send you a summary of the resale and expense amounts.

**NOTICE TO OTHER INTERESTED PARTIES:** We are sending this notice to the following other people who have an interest in the vehicle or w owe money under the contract: _N/A_

**NOTICE TO CO-BUYER:** As a Co-Buyer, you are personally liable for any indebtedness owed by Buyer to us and you are also subject to all obligations of Buyer.  All the rights and obligations of Buyer as described above apply to you.  In your capacity as Co-Buyer, a judgment may sought against you should the sale price not cover Buyer's debt and expenses.

*If you have any questions, please call or write us.*

EXHIBIT  18
Page 7 of 23

**SEE REVERSE SIDE FOR INFORMATION ON HOW TO GET YOUR VEHICLE BACK AND OTHER IMPORTANT NOTICES.**

P.O. Box 100036
Kennesaw, GA 30156-9236

Address Service Requested

*Case No. 4K-220-0002-83*

March 30, 2004

*Case No. 7003-1680-0001-2464-6231*

#BWNFMTN
#0805 6000 4618 6791#

Marco Thomas-Chesley          55994880
10008 Edgewater Ter
Ft Washington, MD 20744-5767



7001 Peachtree Ind. Blvd, Suite 320
Norcross GA 30092
800-801-3502

## ACCOUNT IDENTIFICATION

Creditor : Verizon Wireless
Account : 55994880
Balance  : $313.10
Refer    : 0001021655599200001

THE INFORMATION ON THIS ACCOUNT COULD
BE FORWARDED TO A CREDIT BUREAU. THIS
COULD BECOME PART OF YOUR CREDIT RECORD.

THIS IS A DEMAND FOR PAYMENT IN FULL!!

**See reverse side for important information.**

THIS LETTER IS FROM A COLLECTION AGENCY. THIS IS AN ATTEMPT TO COLLECT A
DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

You may now pay over the Internet! This option will accept check, debit cards and credit cards. Go to
www.PayMyBill.com and enter the following:
User ID: 0020420
Password: 55994880

- - - - - - - - - - - - - - - - - - - - - - - - - - - Detach and Return with Payment - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For: Marco Thomas-Chesley

Change of Address: _____

City, State, ZIP: _____

Telephone: _____

Creditor : Verizon Wireless

Account : 55994880

Balance : $313.10

Refer    : 0001021655599200001

EXHIBIT 18
Page 9 of 23

AMO Recoveries
P.O. Box 100036
Kennesaw, GA 30156-9236

Enclosing this notice with your payment will
expedite credit to your account.

MM 000551P 1 384 000053 90 080560 S-CRE

DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY     0502
COURTHOUSE, BOURNE WING  (V)
UPPER MARLBORO, MD 20772-3042
TELEPHONE NUMBER:  (301) 952-4080

Case No. 4K-720-0002-03
Cert No. 7003-1680-0001-2464-6231

Civil Case No.: 0502 - 0037594 - 2003     Complaint No.: 001

**To:**  THOMAS, MARCO J
10008 EDGEWATER TERRACE
FORT WASHINGTON, MD 20744

**Regarding:**  WELLS FARGO FIANCIAL
VS.
THOMAS, MARCO J

**Date:**  March 31, 2004

On March 30, 2004 the District Court of Maryland issued a Writ of
Garnishment of Wages against you to be served on:

USPS
ATTN PAYROLL
8409 LEE HIGHWAY
MAYFIELD, VA  22081

For information contact:

FINE, RICHARD A ESQ
FINE GIBBONS MACMEEKIN
7231 RITCHIE HWY, STE A
GLEN BURNIE, MD  21060
(410)766-9700

Visit our website for directions and information about procedures.
Our web address is www.courts.state.md.us/district

EXHIBIT 18
Page 10 of 23

To request a foreign language interpreter or a reasonable accommodation under
the Americans with Disabilities Act, please contact the court immediately.

TTY users call 1-800-925-9690 or use the Maryland Relay Service at 1-800-735-2258 or 711

006912A

NOTICE OF DEFENDANT/DEBTOR: WAGES (GARNISHMENT) III



(#7) CAse No.04 730 0002 03 (H No 7003 1680 0001 2464 23)

# CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

*In compliance with the Health Insurance Portability and Accountability Act of 1996,*
*we confirm the following participation in the Federal Employees Health Benefits Program,*
*pursuant to the Federal Employees Health Benefits Act, 5 U.S.C. 8901 et seq.*

September 12, 2003

Member:  MARCO J THOMAS
Member # 219965571

This certificate applies to the following:

| Name | Date of Birth | Coverage Dates Began | Ended | 18 months* |
|------|--------------|-------|-------|-----------|
| MARCO J THOMAS | 1962-10-14 | 1988-12-03 | 2003-09-22 | * |

8:30 PM

This Certificate applies to 1 person(s).

If coverage has not ended, we show "N/A" (not applicable) in the "Ended" column.

EXHIBIT 18
Page 11 of 23

* An asterisk (*) in this column indicates the individual has at least 18 months creditable coverage
(disregarding periods of coverage before a 63-day break).

Questions about the coverage listed above should be directed to Calvin I. Engel, Administrator, NALC Health
Benefit Plan, 20547 Waverly Court, Ashburn, VA 20149 (703) 729-4677.

Cert N⁰ 7003-1680-0001-2464-6231

## RECORDS RELEASE AUTHORIZATION

TO _Carmel O J Peterson    Ph. D. #(a)_
DOCTOR OR HOSPITAL

_Dr. Wilkerson Psychiatric Center, 9135 Piscataway Road, Stag 5_
ADDRESS
_Clinton, MD 20735_

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

_Michael Jurach EEOC for Case 4K-220-0002-03_
_for EEO Investigative Affidavit for Compensatory_
_Damages._

THE COMPLETE HISTORY RECORDS IN YOUR POSSESSION, CONCERNING MY ILLNESS
_a pertinent summary of treatment_
AND/OR TREATMENT DURING THE PERIOD FROM _Feb 2002_ TO _present_

NAME _Nancy Harris_    DATE _4-15-2004_

ADDRESS _10008 Edgewater Terrace, #1 Washington Md 20744_

SIGNATURE _Nancy Harris_    WITNESS _____
(IF RELATIVE, STATE RELATIONSHIP)

FORM NO. 119                HISTACOUNT CORPORATION  MELVILLE, NEW YORK 11746

EXHIBIT 18
Page 12 of 23

*Infectious Disease Associates of Southern Maryland*

#11 *Case No. 4K200-0009-03* **Venkat Mani, M.D., F.A.C.P.**
Patrick Haugh, M.D.
Diplomates of the American Boards
*C.A No. 7603-1680-0001 2464-6231* of Internal Medicine & Infectious Disease

Southern Professional Building * 9131 Piscataway Road, Suite #620 * Clinton, Md. 20735
Telephone: (301) 868-8044 * Fax: (301) 856-2418

# "Medical Records Release"

Date: 4-22-2004

Patient Name: Marco Thomas

Intended Party: Michael Twork, USPS EEO Investigator, for Fax 1-752-2984 540-
EEO Investigator affidavit for Compensatory Office: 540-752-1606
Damages - Case No. 4K-200-0009-03

I understand that, under the Health Insurance Portability & Accountability Act of 1996 ("HIPPA"), I have certain rights regarding my protected health information. I am hereby authorizing the release of my medical records including all laboratory work, x-ray's etc. to *Infectious Disease Associates of Southern Maryland, and /or their associates* any information including records of any treatment rendered to me during the period from ___1997___ to ___Present___.

Marco A. Thomas
_____
Signature of Patient

Marco Thomas
_____
Print Name

S. A. Bader    4/21/04
_____
Witness Signature/Date

EXHIBIT 18
Page 3 of 23

# NALC MASTERCARD STATEMENT #12 - CASE NO. 4K-220-0002-03
### CERT NO. 7003 1680-0001-7464-6231



MARCO J THOMAS

Page 1 of 1

| ACCOUNT SUMMARY | | PAYMENT SUMMARY | | BALANCE SUMMARY | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 5480-4200-0886-8901 | PAST DUE AMOUNT | $1,152.00 | PREVIOUS BALANCE | $10,197.35 |
| TOTAL CREDIT LIMIT | $9,405 | MINIMUM PAYMENT* | $234.00 | PAYMENTS/CREDITS | $0.00 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 | CURRENT PAYMENT DUE* | $1,386.00 | PURCHASES/DEBITS + | $58.00 |
| | | PAYMENT REQUESTED BY | 05/06/04 | | |
| | | OVERLIMIT AMOUNT | $981.27 | | |
| | | | | FINANCE CHARGE + | $130.92 |
| STATEMENT DATE | 04/11/04 | *See reverse side for an explanation of these amounts | | NEW BALANCE = | $10,386.27 |

## TRANSACTION SUMMARY

| TRAN DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 04/05 | 04/05 | LATE CHARGE ASSESSMENT | 19999999980000009964750 | $29.00 | |
| 03/26 | 03/26 | OVERLIMIT CHARGE ASSESSMENT | 19999999980000009926340 | $29.00 | |

IF YOU ARE UNABLE TO SEND YOUR PAYMENT TODAY, PLEASE CALL 800-201-0071 TO DISCUSS A REPAYMENT ARRANGEMENT.

## FINANCE CHARGE CALCULATION
This is a grace account. Grace period information on back.

| | Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | FINANCE CHARGE At Periodic Rate | Cash Advance Fees | Nominal Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| BONUS CHECK | $9,632.79 | .04106% | 31 | $122.64 | $0.00 | 14.99% | 14.990% |
| PURCHASES | $650.14 | .04106% | 31 | $8.28 | $0.00 | 14.99% | 14.990% |
| CASH ADVANCES | $0.00 | .05476% | 31 | $0.00 | $0.00 | 19.99% | 19.990% |

✓ **MAIL PAYMENTS TO:**
HOUSEHOLD CREDIT SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ **QUESTIONS?**
24-HOUR CUSTOMER SERVICE
1-800-622-2580
OUTSIDE USA, COLLECT 1-702-243-1575
TDD HEARING IMPAIRED 1-800-655-9392
☞ Manage your account online at:
www.unionpluscard.com

✉ **MAIL INQUIRIES TO:**
HOUSEHOLD CREDIT SERVICES
PO BOX 80027
SALINAS CA 93912-0027

010250 E 11     G     STMT57  D     K     00016966     UP1     015510
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT To Assure Proper Credit Please Write Your Account Number On Your Check



| Account Number | 5480-4200-0886-8901 |
|---|---|
| New Balance     $10,386.27 | |
| Payment Requested By   05/06/04 | Current Payment Due     $1,386.00 |

Make checks payable to HOUSEHOLD CREDIT SERVICES. Please write your account number on your check. Do not fold, staple or clip. Do not send cash. Please send your payment 7 days prior to the payment requested by date to ensure timely delivery.

Amount Enclosed  $

MARCO J THOMAS
10008 EDGEWATER TER
FT WASHINGTON MD 20744-5767

3015510   1 00000076

EXHIBIT 18
Page 4 of 23

HOUSEHOLD CREDIT SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

5480420000886890100138000010380270

**DEBT ENFORCEMENT BUREAU , INC.**
**8200 W. HWY 98**
**SUITE D**
**PENSACOLA, FL. 32506**
**TOLL FREE:1-866-452-9477**

#13
CASE No. 4K-220-0002-03
Cert No 7003-1680-0001-2464-6251

04/15/04

MARCO THOMAS
10008 EDGEWATER TER
FORT WASHINGTON MD 20744

REF #: 722049
BALANCE: 927.05
CIRCUIT CITY E1

**50% PRE-LITIGATION SETTLEMENT OFFER**
**\* 10 DAYS ONLY**

DEAR MARCO THOMAS /

Our office has been retained to collect the debt owed to **CIRCUIT CITY E1**.

If a lawsuit is filed, it will be handled by an Attorney in your State, and additional damages may be awarded to our client, adding up to 33% to your current balance in legal fees, and court costs upon granted judgement.

Prior to taking any action this office for the next 10 days from the date of this letter will accept 50% of the balance listed above as **FULL SETTLEMENT** on the account, and dismiss any collections on your account. If you cannot take advantage of this offer, but would like to avoid a possible lawsuit, contact us immediately to make other arrangements. If you do neither, our client has a right to file a lawsuit against you to collect their money.

**THIS IS YOUR SECOND NOTICE**

Any payment recived after the 110 days will be considered a partial payment on the full balance.

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

THANK YOU

NELSON
Lead Paralegal

EXHIBIT 18
Page 15 of 23

#14  (CASE No. 4K-22υ - -02-03

# Customer Cash App

Tel No. 7803-168-0001-2464-6031

Account No.: 1224.511715

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/05/2004 | 04/05/2004 | $5.00 | | $5.00 | Dep | 734617 | |
| 04/05/2004 | 04/05/2004 | | 01/12/2004 | $261.11 | Gas | | |
| 04/05/2004 | 04/05/2004 | | 12/12/2003 | $256.89 | Gas | | |
| 02/23/2004 | 02/23/2004 | $256.87 | 12/12/2003 | $111.12 | Gas | | |
| 02/23/2004 | 02/23/2004 | | 11/10/2003 | $145.75 | Gas | | |
| 12/23/2003 | 12/23/2003 | $139.44 | 11/10/2003 | $20.29 | Gas | | |
| 12/23/2003 | 12/23/2003 | | 10/08/2003 | $71.50 | Gas | | |
| 12/23/2003 | 12/23/2003 | | 09/10/2003 | $47.55 | Gas | | |
| 10/06/2003 | 10/06/2003 | $241.00 | 09/10/2003 | $5.73 | Gas | | |
| 10/06/2003 | 10/06/2003 | | 08/11/2003 | $4.27 | Gas | | |
| 10/06/2003 | 10/06/2003 | | 08/28/2003 | $231.00 | Gas | | |
| 09/04/2003 | 09/04/2003 | $1,000.00 | 08/28/2003 | $980.00 | Gas | | |
| 09/04/2003 | 09/04/2003 | | 08/28/2003 | $20.00 | Gas | | |
| 08/13/2003 | 08/11/2003 | $1.59 | 08/11/2003 | $1.59 | Gas | | |
| 08/11/2003 | 08/11/2003 | $1,211.00 | | $1.59 | Over | | |
| 08/11/2003 | 08/11/2003 | | | $285.00 | Dep | 898671 | |
| 08/11/2003 | 08/11/2003 | | 06/09/2003 | $106.00 | Gas | | |
| 08/11/2003 | 08/11/2003 | | 05/12/2003 | $118.79 | Gas | | |
| 08/11/2003 | 08/11/2003 | | 04/11/2003 | $225.06 | Gas | | |
| 08/11/2003 | 08/11/2003 | | 03/13/2003 | $472.91 | Gas | | |
| 08/11/2003 | 08/11/2003 | | 02/11/2003 | $1.65 | Gas | | |
| 08/08/2003 | 08/08/2003 | $525.00 | 02/11/2003 | $409.71 | Gas | | |
| 08/08/2003 | 08/08/2003 | | 01/10/2003 | $115.29 | Gas | | |
| 07/14/2003 | 07/14/2003 | $360.00 | 01/10/2003 | $230.27 | Gas | | |
| 07/14/2003 | 07/14/2003 | | 12/10/2002 | $129.73 | Gas | | |
| 05/08/2003 | 05/08/2003 | $300.00 | 12/10/2002 | $114.26 | Gas | | |
| 05/08/2003 | 05/08/2003 | | 11/06/2002 | $176.36 | Gas | | |
| 05/08/2003 | 05/08/2003 | | 10/08/2002 | $9.38 | Gas | | |
| 10/10/2002 | 10/02/2002 | $9.38 | 10/08/2002 | $0.38 | Gas | | |
| 10/02/2002 | 10/02/2002 | $134.00 | | $0.38 | Over | | |
| 10/02/2002 | 10/02/2002 | | 09/09/2002 | $82.76 | Gas | | |
| 10/02/2002 | 10/02/2002 | | 08/06/2002 | $35.50 | Gas | | |
| 10/02/2002 | 10/02/2002 | | 07/10/2002 | $35.26 | Gas | | |
| 08/02/2002 | 08/02/2002 | $189.00 | 06/12/2002 | $74.22 | Gas | | |
| 08/02/2002 | 08/02/2002 | | 05/13/2002 | $80.85 | Gas | | |

EXHIBIT 18
Page 16 of 23

P.O. Box 80053
Salinas, CA 93912-0053 #15 CASE N#K-220-0002-03

April 08, 2004
Cert No 7003-1680-0001-2464-6231


**HOUSEHOLD**

MARCO J THOMAS
10008 EDGEWATER TER
FT WASHINGTON, MD  20744-5767

Ihldlllnuhmdlalelubldulmldlnhudllmdehlhul

Account Number:    5480420008868901
Account Balance:   $10,255.35

Dear MARCO J THOMAS,

Save money and avoid further action on your credit card account.

Your Union Plus account remains past due. It is being reviewed
to be turned over to a collection agency or attorney. If this
happens, the balance of the account may be due in full. Before
this action takes place, we are offering a better solution:

Pay just 42% of the $10,255.35 that you owe and we will
stop all collection efforts. Furthermore, all major credit
bureaus will be instructed to report your account as
"legally paid in full for less than the full balance".

Please call (800)201-0071 within ten (10) days from the date of
this letter to accept this offer or discuss other payment
options. If you delay, your next contact may be from an attorney
or an agency. At that time, we will no longer be able to assist
you.

For your own benefit, please go to the nearest phone and call
now.

Sincerely,

Collection Department

If you have an open checking account, you can pay right over the
telephone. Call us at (800)201-0071 and ask about our check by
phone plan. Please have your checkbook ready when you call. You
may also contact us via the internet by registering your account
on www.unionpluscard.com, utilizing the "contact us" tab on the
website.                                                    -243-

                                                                    21!

Household Credit Services, Inc. and/or Household Credit Services (II), Inc., affiliates of Household Bank,
provide administrative and processing services for this credit card or line of credit program.

EXHIBIT 18
Page 19 of 23

#16   Ce  J  7003-1680-0001-2464-6:

# CONSOLIDATED TAX BILL FOR TAX YEAR JUL 1, 2003 TO JUN 30, 2004

STATE, COUNTY, MUNICIPALITIES AND ALL OTHER TAXING AUTHORITIES IN PRINCE GEORGE'S COUNTY

| ACCOUNT NUMBER | 124795-6 | 04/13/2004 |
|---|---|---|

PRINCIPAL RESIDENCE - SEE BACK FOR HOMEOWNER'S TAX CREDIT INFORMATION
COUNTY RATE EXCEEDS CONSTANT YIELD RATE OF $ .9480 BY $ .0120
THIS PROPERTY SOLD AT TAX SALE.  CONTACT TREASURY DIVISION AT 952-3948.  P03

## REAL PROPERTY                3005 H

| Property Description | Owners Name And Property Location | Assessed Value | 253,710 | |
|---|---|---|---|---|
| | THOMAS,MARCO J & NIGEL D MCCLEAN | Liber | 14844 | Folio  690 |
| | 10008 EDGEWATER          TER | Section | 05 | Map  122 |
| | FORT WASHINGTON       MD 20744 | Block | C | Grid  E1 |
| Subdivision | Mortgage Co | Lot | 48 | Parcel |
| INDIAN QUEEN | | Area | 13858.00 | SQ FT |

| Item | Rates | Amount Due |
|---|---|---|
| TOTAL COUNTY PORTION OF THE TAX BILL IS ( 53.10%) | .9600 | 2,435.62 |
| OF WHICH THE PUBLIC SCHOOLS RECEIVE (47.81%) | | |
| TOTAL COUNTY FUNDING FOR PUBLIC SCHOOLS 521,253,500 | | |
| TOTAL ANTICIPATED COUNTY PROPERTY TAXES 453,718,700 | | |
| | | |
| OTHER TAXING AUTHORITIES    ( 46.90%) | | |
| STATE OF MARYLAND | .1320 | 334.90 |
| PARK & PLANNING | .2790 | 707.85 |
| STORMWATER/CHESAPEAKE BAY WATER QUALITY | .0540 | 137.00 |
| WASHINGTON SUBURBAN TRANSIT COMMISSION | .0260 | 65.96 |
| FRONT FOOT BENEFIT | | 830.29 |
| SOLID WASTE SERVICE CHARGE | | 74.86 |
| INTEREST/PENALTY | | 408.15 |
| TAX SALE AMOUNT | | 5,746.04 |

PAYMENT MUST BE MADE WITH GUARANTEED FUNDS

| | | |
|---|---|---|
| TOTAL COUNTY | 2,435.62 | |
| TOTAL OTHER | 2,150.86 | |
| TOTAL CREDIT | .00 | |

**  DELINQUENT  **

| GRAND TOTAL | $10,740.67 |
|---|---|

| 124795-6    R    REAL PROPERTY | RETURN BOTTOM PORTION WITH YOUR PAYMENT
3005 H | Payable on receipt |
|---|---|---|

#16 CASE NO 4K-730-002-03 COUNTY TAX BILL

P2003 FY2004

FULL PAYMENT APR 30

| AMOUNT DUE | AMOUNT PAID |
|---|---|
| $10,740.67 | |

EXHIBIT 18
Page 20 of 23

| LATE PAYMENT AMOUNT AFTER APR 30 | |
|---|---|
| | ANNUAL |
| MAY 31 | $10,894.68 |
| JUN 30 | $11,048.69 |
| JUL 31 | $11,202.71 |

THOMAS,MARCO J &  NIGEL D MCCLEAN     /TB
10008 EDGEWATER TER
FORT WASHINGTON      MD 20744-5767



# WASHINGTON SUBURBAN SANITARY COMMISSION

#19-
(Xse.No.4K-270-0002-03
Cer No. 903-1680-8001-2464-6231

14501 Sweitzer Lane • Laurel, Maryland 20707-5902 • (301) 206-4001 • (800) 634-8400
FAX (301) 206-8114 • TTY (301) 206-8345
Interactive Voice Response System (IVRS) • Available 24 hours a day.
www.wsscwater.com

## FINAL NOTICE OF PAYMENT DUE

| Account Number | Service Address | Billing Period |
|---|---|---|
| Account Number | Service Address | Turn-Off Date |
| 4048872 | 10008 EDGEWATER TER | 04/21/04 |

Your account is past due. The "Amount Due" indicated must be paid by the "Turn-Off Date." Otherwise, we will have no choice but to suspend your service until we receive the past due amount, plus the associated "turn-off/turn-on" fees. We will gladly restore your water service by the close of business on the day <u>after</u> we receive your payment.

We are sorry that we have had to provide this notice. To avoid suspension of your service, mail us a check now for the amount due. You can also:

\*    Bring your payment to our "One-stop Shop" in the Lobby of our Sweitzer Lane Building, near the intersection of routes 95 and 198 between 7:30 am and 5 pm.

\*    Use the drive-up window between 7:30 am and  5 pm.

\*    Use the night deposit in the Visitors' parking lot between 5 pm and 7:30 am.

If you have questions, call (301) 206-4001 and press 0 followed by the "pound key" (#) to speak to a representative. You may also call 1(800) 634-8400.

Thank you for your cooperation.

Amount Due:    $98.08

Turn-Off Date:    04/21/04

Account Number

4048872

Service Address

10008 EDGEWATER TER

MARCO THOMAS
NIGEL MC CLEAN
10008 EDGEWATER TER
FORT WASHINGTON MD 207445767

AMOUNT DUE NOW

$98.08

TURN-OFF DATE

04/21/04

EXHIBIT 18
Page 20 of 23

Page 1 of 2

# pepco
Potomac Electric Power Company

| | |
|---|---|
| Account N | 3090 9645 15 |
| Bill Issue Date: | Apr 15, 2004 |

MARCO THOMAS    #18 - CASE NO 4K-350-0002-03
NIGEL MCCLEAN
10008 EDGEWATER WY
FT WASHINGTN MD 20744-5767

Cert No. 7003-1680-0001-2464-6231

| | |
|---|---|
| Service Period: | Feb 21, 2004 to Mar 22, 2004 |
| Service Address: | 10008 EDGEWATER WY |

## NOTICE OF INTENT TO DISCONNECT ELECTRIC SERVICE

## NOT PAYABLE AT AREA BANKS

Apr 15, 2004

Dear Customer:

Our records indicate your account is overdue. You must pay $525.96 by April 29, 2004 to prevent disconnection of your electric service on or after April 30, 2004.

Accounts disconnected will be required to pay the total amount owed plus a reconnection fee of $35.00 and a deposit of two twelfths the annual usage.

You can pay with a check or major credit card by calling BillMatrix, Inc at 1-800-960-1242. You can also make in-person payments by check, money order, or cash at ACE or Global Express locations which are conveniently located in or around Washington. BillMatrix, ACE and Global Express charge a small fee for this convenience. Pepco offers other payment options. Please visit us at www.pepco.com to learn more.

The State of Maryland offers the Electric Universal Service Program which is available to assist low income customers in paying their electric bills. To qualify for this program the monthly household income cannot be more than $1,123 for a single member household. The maximum household income increases by approximately $393 for each additional household member ($1,516 for 2; $1,909 for 3; etc.). If you believe you can qualify for this program, please call the Office of Home Energy Programs for your county: Montgomery County residents call 240-777-4450; Prince George's County residents call 301-909-6300.

**AMOUNT DUE NOW**      **$525.96**

## SEE REVERSE SIDE OF THE NOTICE FOR PAYMENT LOCATIONS AND OTHER

## IMPORTANT CONTACT INFORMATION

---

17 - 00007P7      PLEASE DETACH HERE AND RETURN THIS PART WITH YOUR PAYMENT OR PAY ONLINE AT WWW.PEPCO.COM

Service Address.    10008 EDGEWATER WY      **Please make your payment payable to Pepco**
Write your Account No. 3090 9645 15 on your payment    | AMOUNT PAID |

EXHIBIT 18
Page 21 of 23

\*\*\*\*\*\*\*\*\*\*\*AUTO\*\* 3-DIGIT 207
MARCO THOMAS
NIGEL MCCLEAN
10008 EDGEWATER WY
FT WASHINGTN MD 20744-5767

DO NOT SEND CASH BY MAIL
NOT PAYABLE AT AREA BANKS
NOTICE OF INTENT TO DISCONNE

830909645150000525960000525962904040000525960003090964515



Nigel McClean
10008 Edgewater Terrace
Ft. Washington MD 20744

Date: April 23, 2004

Cert. No. 7003 1680 0001 2464 6231

Attn: Michael Kurach, USPS Contract EEO Investigator
Case No. 4K-220-0002-03

I am the co-owner of my current address, I have paid Marco Thomas' half of the Mortgage and Utilities since Dec. 2002 to present and continuing.

I declare under penalty of perjury that the forgoing statement is true and correct

Nigel McClean

EXHIBIT 18
Page 2 of 3



**Make progress every day**

MARCO THOMAS   *Ms Blunt*

*69.96*
*39.95*
*99.91*

Billing Date  03:25      1 of 6
Telephone Number   301-957-2473
Account Number   0006-49010520  71Y
How to Reach us  See page 2

*63.90 Feb 29*
*28.90*      *$36.10*
*9.18*  *A 20* *CaseNo. 4K-220-0002-03*
*! (Id No. 7003-1680-0001-2464-6231)*

## Account Summary

| | |
|---|---|
| Previous Charges | $803.59 |
| Payment Received Mar 2 . Thank you. | -186.22 |
| Adjustments | -259.38 |
| Past Due Charges | $357.99 |

### New Charges

| | |
|---|---|
| Verizon (page   3) | $72.18 |
| Verizon Online (page   4) | 60.46 |
| eBillit (page   6) | 28.90 |
| **Total New Charges due  Apr 28** | **$161.54** |
| **Total Due** (Past Due + New) | **$519.53** |

**A late payment charge not to exceed 1.50%
applies to any balance carried forward to
next month's bill.**

**Manage Your Verizon Account Online!**
*View & pay bills, request repairs, place orders.
It's quick and easy.
Go to verizon.com
Click "Sign In" under "Manage My Account".*

**Verizon Direct Payment Option**
*To enroll, please read and sign the agreement
on the reverse side of the payment form below.*

*61.54*
*28.90*
*90.41*

*4519.53*
*350*
*169.53*

**Mail Payments to**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress  or  see page 2

▼ Detach & return payment slip with your check, payable to Verizon

☐ **Yes!** I want to be a Literacy Champion
Sign me up for a $1 monthly donation
to **Verizon Reads.**

| | |
|---|---|
| Account: | 000649010520  71Y |
| **New Charges Due:** | **04/28/04** |
| **Total Due :** | **$519.53** |

**Amount Paid :**

$ ☐☐☐ . ☐☐

01                   ***C042
MARCO THOMAS
10008 EDGEWATER TER
FT WASHINGTON MD
20744 - 5767

VERIZON
PO BOX 17577
BALTIMORE MD 21297-0513

EXHIBIT 18
Page 23 of 23

109000006490106207031001070000040000035779600000519538000000