MANAGER, EEO COMPL..CE    APPEALS
CAPITAL METRO OPERATIONS
**UNITED STATES**
**POSTAL SERVICE**

Date: June 5, 2003

Donald Lanier
EEO COMPLAINTS INVESTIGATOR
CAPITAL METRO OPERATIONS

### ASSIGNMENT FOR INVESTIGATION

The following formal complaint filed on February 20, 2003 is assigned to you for the purpose of conducting an investigation into the alleged claims of discrimination.

> **COMPLAINANT:** Marco J. Thomas
> **CASE NO.:** 4K-220-0002-03
> **DISTRICT:** Northern Virginia

Enclosed is the formal complaint, the report of counseling, the request for counseling, and any related correspondence or documentation.

As the assigned Investigator in this case, you are authorized to:

- Investigate all aspects of this complaint;
- Require all Postal Employees to cooperate in the investigation; and to
- Require Postal Employees who have knowledge of the alleged claim(s) of discrimination raised in the complaint to provide testimony in affidavit or under oath, affirmation, or penalty of perjury.

Feel free to contact the Senior Complaints Investigator with any questions, problems, or needed advice with regards to the above complaint.

You are required to complete this investigation no later than September 3, 2003.

Sincerely,

KSKong

Senior EEO Complaints Investigator

Misc. Correspondence
Page    of
Page _1_ of _25_

Marco Thomas
10008 Edgewater Terrace
Ft. Washington MD 20744

Date July 22, 2003

Case No. 4K-220-0002-03
Attn: Donald Lanier, EEO Complaints Investigator

Per conversation today I  Requested a 10 Day Extension for case No. 4K-220-0002-03 and was approved until August 2, 2003.

Please contact me at 301-567-2473 for further comment(s)

Thank You,

Marco Thomas
City Carrier

National EEO Investigative Services Office


**UNITED STATES**
**POSTAL SERVICE**

January 29, 2004

MICHAEL M. JURACH
P.O. BOX 170
HARTWOOD VA  22471-0170

RE: **AUTHORIZATION**
Marco J. Thomas Vs. John E. Potter, Postmaster General
Agency No. 4k-220-0002-03
Filed on: February 20, 2003
Installation: Northern Virginia

Dear Michael M. Jurach:

You have been assigned to conduct an investigation of the complaint of discrimination referenced above. Enclosed is the formal complaint, report of counseling, and any related correspondence or documentation. Your investigation should be completed and returned to me in accordance with the terms of the statement of work and the task order.

You are authorized to:

► Investigate all aspects of this complaint.

► Require all postal employees to cooperate in the investigation (ELM 666.6)

► Require postal employees who have knowledge of the issue(s) raised in the complaint to provide testimony in affidavit or under oath, affirmation, or penalty of perjury.

Narisella M. Ryan
EEO Services Analyst

Enclosure

P O Box 21979
Tampa FL  33622-1979
Tel. (813) 739-2002
FAX (813) 739-2098

## Dr. Wadeson Psychiatric Center, P.C.

9135 Piscataway Road, Suite 235 • Clinton, Maryland 20735
(301) 868-8291



June 21, 2002

To Whom It May Concern:

Marco Thomas was under my care from March 30, 2002 thru July 31, 2002. Due to the continued toxic stress of his work situation, he is even more unable to return to his job. If you have any question please call me at the above number.

Sincerely,

Arnold O.D. Peterson, Ph.D

## Dr. Wadeson Psychiatric Center, P.C.

9135 Piscataway Road, Suite 235 • Clinton, Maryland 20735
(301) 868-8204

June 25, 2002

To Whom It May Concern:

Marco Thomas was under my care from March 30, 2002 thru July 31, 2002. He was incapacitated from work during that time. If you have any question please call me at the above number.

Sincerely,

Arnold O.D. Peterson, Ph.D

## Dr. Wadeson Psychiatric Center, P.C.

9135 Piscataway Road, Suite 235 • Clinton, Maryland 20735
(301) 868-8201

July 9, 2002

To Whom It May Concern:

Marco Thomas was under my care from February 28, 2002 thru July 31, 2002. Due to the continued toxic stress of his work situation, he is even more unable to return to his job. If you have any question please call me at the above number.

Sincerely,

Arnold O.D. Peterson, Ph.D

## Dr. Wadeson Psychiatric Center, P.C.

9135 Piscataway Road, Suite 235 • Clinton, Maryland 20735
(301) 868-8291

July 30, 2002

Arlington Post Office Management
3118 Washington Blvd.
Arlington, VA 22210

Re: Marco Thomas:

Mr. Marco Thomas was seen in medical consultation today, July 30, 2002. He is still suffering from anxiety and tension related to job stress, and is continuing with treatment, but is well enough to return to work within his usual eight hours a day schedule on Thursday, August 1, 2002.

Sincerely,

Arnold O.D. Peterson Ph.D
Arnold O.D. Peterson, Ph.D

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

August 6, 2002

To Whom It May Concern:

Marco Thomas was under my care from August 5, 2002 thru August 20, 200. Due to the continued toxic stress of his work situation, he is even more unable to return to his job. If you have any question please call me at the above number. He is able to return to work on August 21, 2002.

Sincerely,

*Arnold O.D. Peterson Ph.D*
Arnold O.D. Peterson, Ph.D

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

August 20, 2002

To Whom It May Concern:

At this time I am requesting that Marco Thomas be out of work starting August 20, 2002 until September 05, 2002. If you have any questions, please feel free to contact me at the number listed above.

Sincerely,

Arnold O.D. Peterson Ph.D.

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

September 4, 2002

To Whom It May Concern:

Marco Thomas is under my care from September 4, 2002 thru September 18 2002. Due to the continued toxic stress of his work situation, he is even more unable to return to his job. If you have any question please call me at the above number.

Sincerely,

Arnold O.D. Peterson, Ph.D

Misc. Correspondence
Page    of

Page _10_ of _25_

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

October 22, 2002

Arlington Post Office Management
3118 Washington Blvd.
Arlington, VA  22210

Re: Marco Thomas:

To Whom It May Concern:

Marco Thomas was seen in medical consultation today, October 22, 2002. He is still suffering fro anxiety and tension related to job stress, and is continuing with treatment, but is well enough to return to work within his usual eight hours a day schedule on Monday October 28, 2002.

Sincerely:

*Arnold O.D. Peterson, Ph.D.*
Arnold O.D. Peterson, Ph.D.

Cert #7001 1140 0001 7788 4283/5-20-03

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

October 29, 2002

Re: Marco Thomas

To Whom It May Concern:

It is recommended that Mr. Marco Thomas be put on medical leave from now until December 02, 2002, from his Post Office job due to his vulnerability to aroused anxiety by excessive and unrealistic demands at his workstation.

Sincerely:

Arnold O. D. Peterson, Ph. D,
Arnold O. D. Peterson, Ph. D.
Psychotherapist

Over-



Cert # 7001 1410 0001 7788 4283/5-30-03

# Dr. Wadeson Psychiatric Center, P.C.

◊◊◊

9135 Piscataway Road, Suite 235
Clinton, Maryland 20735
301-868-8291 ◊ Fax 301-868-9008

November 26, 2002

File # 252008829

Department Of Labor
Attn: Caroline Howard
Re: Marco Thomas

To Whom It May Concern:

This letter is to acknowledge that Mr. Marco J. Thomas was seen today,
November 26, 2002 for medical treatment. He is still suffering from anxiety
and tension related to job stress and is continuing with treatment. At this
time I feel that he is well enough to return to work within his usual eight
hours a day on Monday December 02, 2002.

If you have any questions, please give me a call.

Sincerely:

Arnold O. D. Peterson, Ph. D.

# Authorization for Release of Medical Records

For the purpose of verifying my handicapping condition, I authorize the EEO Investigators of the Capital Metro Office of EEO Compliance and Appeals, access to my medical records on file with the Injury Compensation Offices, Capital Metro area, the District Nurse's office in Capital Metro area, and/or the Human Resources Office of the Capital Metro area.

*Marca Thomas*

Complainant's Name

*July 31, 2003*

Date

Misc. Correspondence
Page      of

Page  *14*  of  *25*


**UNITED STATES**
**POSTAL SERVICE**

SUBJECT: <u>NON-CLEARANCE TO DUTY</u>

TO:          SUPERVISOR

EMPLOYEE: ~homas, Marco _____ SS# 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

    THE ABOVE NAMED EMPLOYEE REPORTED TO THE HEALTH UNIT ON
116|03 ___ HOWEVER, DUE TO HIS/HER EXISTING CONDITION AND /OR
INSUFFICIENT MEDICAL INFORMATION HE/SHE WAS NOT CLEARED TO
RETURN TO DUTY. HE/SHE WAS REFFERRED TO HIS/HER PRIVATE
MEDICAL DOCTOR FOR FURTHER TREATMENT AND INSTRUCTED TO
RETURN WITH MEDICAL CLEARANCE AS SOON AS POSSIBLE.

*Chery A. Shook, M D* _____
**HEALTH UNIT CERTIFIER**

HEALTH UNIT
NORTHERN VIRGINIA DISTRICT
(703) 898-8393
FAX (703) 898-8581

Misc. Correspondence
Page     of

Page 15 of 25

*File #252008829*

ADMINISTRATIVE CONTROL OFFICE
NORTHERN VIRGINIA PERFORMANCE CLUSTER



**UNITED STATES**
**POSTAL SERVICE**

June 18, 2002]

**CERTIFIED #70011940000691327978**

Marco Thomas
SSN: 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
Letter Carrier
10008 Edgewarter Terrace
Fort Washington MD. 20744

**SUBJECT**: Extended Absences

A review of your records reflects that since June 10, 2002, you have failed to report for duty or notify this office of your inability to report for duty.

Postal regulations require each employee on extended leave due to (<u>LWOP</u>, <u>ILLNESS</u>, <u>EAL</u>, and/or <u>AWOL</u>), to support their absence at appropriate intervals for continuance of pay.

Because of your extended <u>illness</u>, or <u>absence</u>, which has not been supported, you are requested to furnish the Medical Unit with medical evidence which includes a diagnosis and prognosis by June 25, 2002, and once each pay period thereafter, to cover your absence. A simple statement such as "patient has been under my care from" or "was seen by me" is not sufficient to cover absences due to illness. The documentation must indicate that you were incapacitated.

Employees returning to duty after an absence for **communicable or contagious diseases, as well as mental and nervous conditions, diabetes, cardiovascular diseases, epilepsy, or following hospitalization**, must submit a physician's statement stating unequivocally that they are fit for full duties without hazard to themselves or others, indicating the duties which they are capable of performing.

If the absence is due to a cause other than your personal illness, you are required to submit evidence to justify the reason for your absence.

If your absence is due to a serious health condition, you <u>may</u> be eligible to use leave under the Family and Medical Leave Act (FMLA). Once eligibility has been determined, the appropriate medical documentation must also be submitted.

Publication 71, Notice for Employees Requesting Leave for Conditions Covered by the Family and Medical Leave Act, is attached for your use.

Should you fail to provide the Medical Unit with acceptable evidence for your current absence by June 25, 2002, or any subsequent absences within the time specified in the t̶h̶

703- 698-6394
Fax  698-6581

8409 Lexthwy
Mensfield VA 22081
AttN. Medical Unit.

Misc. Correspondence
Page ___ of ___

Page _16_ of _25_

File #252008829

- 2 -

your absence will be charged to Absent Without Official Leave (AWOL), and necessary corrective action, up to and including removal from the Postal Service, will be initiated.

**Employees returning to duty after 21 days or more of absence due to illness or serious injury must submit medical evidence of their ability to return to work, with or without limitations. A contract physician evaluates the medical report/evidence and, when required, assists in employee placement to jobs where they can perform effectively.**

Anthony S. Huntley
Supervisor Customer Service

**Attachment, Publication 71**

cc:    OPF
       File

2

(Version 2 Unsigned by Rand Johnson)

Cert # 7001 1940 0006 9193 6569

**MAIN STATION**

 **UNITED STATES POSTAL SERVICE**

**DATE:**       December 11, 2002

**SUBJECT:**    Notice of Fourteen (14) Day Paper Suspension

**TO:**         Marco J Thomas
                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
                City Letter Carrier
                Main Station Post Office
                Arlington, VA. 22201-9998

This official disciplinary fourteen (14) day paper suspension is being issued to you for the following reason(s):

**CHARGE: UNSATISFACTORY PERFORMANCE/FAILUE AT FOLLOW INSTRUCTION/FAILURE TO COMPLETE THE DELIVERY OF THE MAIL AS SCHEDULED**

While you will not serve time off with this fourteen (14) day paper suspension, it has the equivalent degree of seriousness as if you had served time off without pay. This action is intended to correct the deficiencies described in this letter and should be taken seriously. It is more serious than a letter of warning.

You are assigned the duties as a city letter carrier at the Main Station Post Office in Arlington, Virginia. Your regular duty schedule is 8:00 am to 4:30 p.m. with Sunday and Thursday as your days off.

On December 2, 2002 you reported to work at 9:00 am, and began to case mail on route 111 which is your assigned route. You were instructed to leave 2 hours of your route which you were not carrying at your case for another carrier, and you were scheduled to deliver the remaining 2 and half hours. Due to a lack of available postal vehicles that day at 12:23 you were driven out to 801 Monroe Street by supervisor David Le, where you were dropped off along with the mail for that building, and were told to call the office when you finish delivering the mail for that building.

At 1:45 PM you called back to the office and inform David Le that you were finished delivering 801 Monroe Street. When David Le arrived at 2:00 PM to the building were you had delivered he left you with an LLV and 1 and half hours of mail for the street on route 111, and instructed you to carry this mail. At 3:20 you returned to the office without having delivered the mail that v
and said that you were not able to complete the deliveries

Misc. Correspondence
Page   of

2

You were given an opportunity to provide an explanation for your failure to follow these instructions. During a pre-disciplinary interview, in the presence of your union steward, you refused to provide any explanation for actions.

Your refusal is unacceptable in that the Postal Service is a highly labor intensive organization that relies on its employees to discharge their assigned duties a conscientious and effective manner. Also, there was unnecessary use of overtime used to carry the mail that you brought back to the office.

Your failure to complete the delivery of the mails on your assigned route as scheduled adversely affects the ability of the Postal Service to provide timely and efficient service to our customers. You failed to follow proper procedures and notify management in a timely manner of your inability to complete your assignment as scheduled. This should have been done by calling back to the office and notifying the supervisor that you would not be able to finish the delivery of the mails that were given to you. This undermined my ability to make any operational adjustments which could have been more cost effective and/or ensured that our customer's mail is delivered to meet our service goals. This cannot and will not be tolerated.

Furthermore, the City Delivery Carrier Handbook (M-41), Section 131.33, states in part, "Unless otherwise instructed by a unit manager, deliver all mail distributed to your route prior to the leaving time for that trip and complete delivery within scheduled time".

Also, The City Delivery Carriers Duties and Responsibilities Handbook M-41, Section 112.1. Efficient Service states: "Provide reliable and efficient service. Federal statutes provide penalties for persons whom knowingly or willfully obstruct or retard the mail. The statures do not afford employees immunity from arrest for violations of law."

The highest responsibility borne by the Postal Service and its employees, is to protect the mail entrusted to us against depredation, loss or mishandling and to deliver it to the addressees whenever possible. It is through this integrity to public that the Postal Service takes responsible action to ensure that mail entrusted to us be protected from mistreatment by personnel responsible for its handling and delivery.

It is you responsibility to inform management when you are unable to deliver mail to any address on your prescribe route. Postal regulations, spe

3

Cert #700 1 1940 0006 9193 6589

131.44 of the M-41 Handbook states in part: " Report on Form 1571 ( Report of Undelivered Mail, etc.) all mail undelivered – including all mail distributed to the route but not cased and taken out for delivery." Section 442. Completing Form 1571, states in part: "Add any mail which was not delivered but was returned to the office, sign the form and give it to a unit manager."

Your unsatisfactory performance in this matter is a serious violation of Postal Service rules and regulations. The Employee and Labor Relations Manual (ELM). Section 666.1. Discharge of Duties. states: Employees are expected to discharge their assigned duties conscientiously and effectively."

Your failure to discharge your duties in a conscientious manner may have resulted in an unnecessary liability for the Postal Service. Our customer's mail often includes notices of payment for bills that have time deadlines applied to them with remuneration penalties if said payments are not received in a timely manner. Through your unsatisfactory performance, these penalties could become a financial liability that the Postal Service will have to incur. It is the responsibility of all employees to comply with all rules, regulations, procedures and practices. You have failed to meet these standards

The Employee and Labor Relations Manual Section 666.51 states, in part, "Employees must obey the instructions of their supervisor". It further states in Section 666.5. "If an employee has reason to question the propriety of a supervisor's order, the individual will never the less carry out the order and immediately file a protest in writing to the official in charge of the installation, or appeal through official channels.

In addition, the following element of your past record has been considered in arriving at this decision: You were issued a letter of warning dated March 20, 2002, for Unsatisfactory Performance/Failure to follow Instructions, and a 7 day suspension dated March 26, 2002, for Unsatisfactory Performance/Failure to follow Instructions.

While this suspension does not result in a loss of pay or time, it is equivalent to and is of the same degree as a time off suspension. It satisfies the requirement of progressive discipline as a time off suspension, and may be cited as an element of past discipline in subsequent discipline pursuant to Article 16.10.

You have the right to appeal this action under the Grievance/Arbitration procedures set forth in Article 15 section 2 of the National Agreement within fourteen (14) days of your receipt of this letter.

Front & Back Copy

4

—————————————————          —————————————————
Signature of Supervisor                   Date
Mark Johnson

**I HAVE RECEIVED THE ORIGINAL OF THIS LETTER**

(DATE) 1-29-03 _____    (TIME) 4:35 PM

SIGNATURE _____

cc: OPF FILE
    Labor Relations



Misc. Correspondence
Page      of

Page 21 of 25

ARLINGTON MAIN OFFICE
NORTHERN VIRGINIA PERFORMANCE CLUSTER



**UNITED STATES**
**POSTAL SERVICE**

February 4, 2002

Marco J. Thomas
SSN: ████████████
Letter Carrier, P/L 012
Arlington Main Office
Arlington, VA. 22210-9998

**SUBJECT:** Letter of Warning

This official Letter of Warning is being issued to you for the following reasons:

## UNSATISFACTORY ATTENDANCE/
## FAILURE TO MAINTAIN REGULAR SCHEDULE

You are assigned duties as a full-time letter carrier at the Arlington Main Office, Arlington, Virginia. Your regular scheduled hours of duty are 8:00 AM to 4:30 PM, with Sunday and Tuesday as your non-scheduled days. During the period from September 5, 2001 through January 31, 2002, you have been absent from duty when scheduled as follows:

| | | |
|---|---|---|
| January 31, 2002 | 02 Hours 50 Minutes | Unscheduled SL |
| January 31, 2002 | 05 Hours 10 Minutes | AWOL |
| January 26-30, 2002 | 24 Hours, | Unscheduled SL |
| January 12-24, 2002 | 63 Hours | Unscheduled SL |
| January 02-07, 2002 | 38 Hours | Unscheduled SL |
| December 12, 2001 | 08 Hours | Unscheduled SL |
| September 26, 2001 | 08 Hours | Emergency AL |
| September 05, 2001 | 08 Hours | Unscheduled SL |

The Postal Service is a highly labor intensive organization that relies on its employees reporting for duty when scheduled. The Postal Service has a right and an expectation to require and expect its employees to report for duty when scheduled. When employees do not report for duty, their absence impedes management's ability to plan work schedules, adversely impacts productivity and increases the use of overtime.

Postal regulations, specifically 666.81 and 511.43 of the ELM, require that employees be regular in attendance and make every effort to avoid unscheduled absences. You have failed to meet these standards.

Misc. Correspondence
Page ___ of ___




- 2 -

It is hoped that this official Letter of Warning will serve to impress upon you the seriousness of your actions and that future discipline will not be necessary. If you are having difficulties which I may not be aware of, or if you need additional assistance or instructions for improving your performance, please call on me, or you may consult with your other supervisors, and we will assist you where possible. However, I must warn you that future deficiencies will result in more severe disciplinary action being taken against you. Such action may include suspensions, reduction in grade and/or pay, or removal from the Postal Service.

You have the right to file a grievance under the Grievance/Arbitration procedures set forth in Article 15, Section 2 of the National Agreement within 14 days of your receipt of this notice.

_____                    2/6/02
Signature of Supervisor                                    Date
James M. Rice

I HAVE RECEIVED THE ORIGINAL OF THIS LETTER ON _____

SIGNATURE _____

cc:    OPF
       Labor Relations
       File

*In Twess Carrier Refuse To Sign witness by (Bruce Fitzgerald)*

Misc. Correspondence
Page       of

Page  23  of  25



SUPERVISOR, CUSTOMER SERVICE


*UNITED STATES*
*POSTAL SERVICE*

March 18, 1998

Maco Thomas
Letter Carrier, P/L 012
Arlington, VA 22210-9998

SUBJECT:       Letter of Warning

This official Letter of Warning is being issued to you for the following reasons:

### UNSATISFACTORY PERFORMANCE/FAILURE TO FOLLOW INSTRUCTIONS/ EXPANDED STREET TIME

You are assigned duties as a carrier/clerk at the Main Office, Arlington Virginia. Your hours of duty are 7:00 a.m. to 3:30 p.m., with Sunday and Friday as your non-scheduled days.

On March 3, 1998, you submitted a 3996 requesting one hour and fifty units of overtime on Route 138. You went out the door with 15 feet of mail, of which 4 feet was marriage mail. Since the marriage mail was thick and not easy to manage, I approved one hour of overtime. Your leaving time is 11:08 with 13 feet reference. You moved to the street at 10:83 and returned to the station at 16:45 with 40 deliveries of undelivered mail. 204B Harris gave the mail to carriers Fuqua and Cephas to deliver. You had a total of 11 feet of caseable mail which is less than your reference. The total street time used on March 3 was 5 hours and 7 minutes, and you brought back 40 deliveries which has taken you 16 minutes to deliver. On January 27, 1998, I walked with you. On that day you had a total of 11 feet of caseable mail which is less than your reference. You moved to the street at 10:79 and returned at 15:78, for a total street time of 4 hours and 29 minutes. On March 3rd, you should have been able to carry your entire route and return to the office and end tour at 16:50 as scheduled.

When questioned concerning this matter, you stated that you didn't have enough time.

Your response is unacceptable because the ELM, Section 661.21, states that you are to give a full day's labor for a full day's pay, giving to the performance of duties earnest effort and best thought. According to the Employee M-41, Section 112.21, you are to obey the instructions of your manager. You demonstrated a lack of responsibility to our customers by placing priority in obtaining an extra 50 units of overtime over completing your route in the time authorized. Your Misc. Correspondence

Page        of



caused late deliv       d forced management to use          sary overtime, and
have carriers out a...   .00 p.m. As a letter carrier you  ...sponsible for
correctly handling and processing all mail entrusted to your care. Our customers
depend upon our reliability, and timely delivery is vital to the success of our
business.

It is hoped that this official Letter of Warning will serve to impress upon you the
seriousness of your actions and that future discipline will not be necessary. If you
are having difficulties which I may not be aware of or if you need additional
assistance or instructions for improving your performance, please call on me, or
you may consult with your other supervisors, and we will assist you where
possible. However, I must warn you that future deficiencies will result in more
severe disciplinary action being taken against you. Such action may include
suspensions, reduction in grade and/or pay, or removal from the Postal Service.

You have the right to file a grievance under the Grievance/Arbitration procedures
set forth in Article 15 of the National Agreement within 14 days of your receipt of
this letter.

_____          3/28/98
Signature of Supervisor                  Date
L. Hernandez


I HAVE RECEIVED THE ORIGINAL OF THIS LETTER ON _____

SIGNATURE

cc:        Labor Relations
           OPF
           File

Misc. Correspondence
Page      of

Page  25  of  25

