UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO J. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br><br>    Defendant. | Civil Action No.  05-1923 (JDB) |

## ORDER

In accordance with the Memorandum Opinion issued this 8th day of February, 2006, it is

**ORDERED** that defendant's motion to dismiss or, in the alternative, to transfer for lack of venue [5] is **GRANTED**.

It is

**FURTHER ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.

```
          /s/
      JOHN D. BATES
   United States District Judge
```